# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MAYUR PATEL a/k/a MIKE PATEL,** | : | **Case No. 15-11648 (AMC)** |
| | : | **(Joint Administration Pending)** |
| **Debtors.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, an associate with the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on July 6, 2016, a true and correct copy of the Notice of Service of Subpoena was served via electronic mail upon the following.

AMY E. VULPIO on behalf of Creditor Toroni Real Estate Partnership
vulpioa@whiteandwilliams.com


Dated: July 13, 2016            */s/ Michael D. Vagnoni*
                                 Michael D. Vagnoni, Esquire

5051228