# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **MAYUR PATEL a/k/a MIKE PATEL,** ) | **Case No. 15-11648 (AMC)** |
| *et al.*, ) | **(Jointly Administered)** |
| ) | |
| **Debtors.** ) | |
| ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Toroni Real Estate Partnership (**"Toroni"**) has filed a Motion of Toroni Real Estate Partnership to Modify Leap Subpoena and for Protective Order (the **"Motion"**).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before July 29, 2016, you or your attorney must do all of the following:

   a. file an answer explaining your position at:

   UNITED STATES BANKRUPTCY COURT
   EASTERN DISTRICT OF PENNSYLVANIA
   CLERK'S OFFICE
   900 MARKET STREET
   SUITE 400
   PHILADELPHIA, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   b. mail a copy to the Movant's attorneys:

   WHITE AND WILLIAMS LLP
   1650 MARKET ST., 18TH FLOOR

17418088v.1

        PHILADELPHIA, PA 19103
        ATTN: AMY E. VULPIO
        (215) 864-7000 (PHONE)
        (215) 864-7123 (FAX)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on <u>August 31, 2016 at 11:00 a.m.</u> in Courtroom #5, Second Floor, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert Nix Federal Building, 901 Market Street, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: July 15, 2016                               **WHITE AND WILLIAMS LLP**

                                                 */s/ Amy E. Vulpio*
                                                 Amy E. Vulpio
                                                 1650 Market Street, 18th Floor
                                                 Philadelphia, PA  19103
                                                 (215) 864-7000
                                                 vulpioa@whiteandwilliams.com

                                                 *Attorneys for Toroni Real Estate Partnership*

17418088v.1