**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL,** | : |
| *et al.*, | : **Case No. 15-11648 (AMC)** |
| | : (*Jointly Administered*) |
| **Debtors.** | : |
| | : |

**NOTICE OF DEBTORS' APPLICATION TO EMPLOY THE CENTER FOR FORENSIC ECONOMIC STUDIES AS EXPERTS FOR ECONOMIC AND VALUATION TESTIMONY**

1. Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors") have filed an Application pursuant to 11 U.S.C. § 327, Fed.R.Bankr.P. 2014 and L.B.R. 2014-1 to Employ The Center for Forensic Economic Studies ("TCFEC") as Experts for Economic and Valuation Testimony (the "Application") with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. The Debtors seek to retain TCFEC for the purposes detailed in the Application.

3. Any party receiving this Notice may inspect the Application and file an objection or other responsive pleading to the Application with the Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, on or before eight (8) days from the date of service of this Notice. A copy of any objection or other responsive pleading must be served upon the attorney for the Debtors at the address set forth below.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

5054459

4.    If no objection or responsive pleading to the Application is filed and served within the eight (8) day period specified in paragraph 3 of this Notice, the Debtors shall file a certificate of no objection to the Application along with a request that the Application be approved.

Dated: July 26, 2016    By:    s/ Edmond M. George
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Phone:  (215) 665-3140
Fax:  (215) 665-3165
e-mail: Edmond.george@obermayer.com