*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mayur Patel
    Debtor(s)

Case No: 15−11648−amc

Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application of debtor to employ the Center for Forensic Economic Studies as Experts for Economic and Valuation Testimony and objection filed by Toroni Real Estate Partnership

    on: 8/31/16

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/8/16

Timothy B. McGrath
Clerk of Court

186 – 182, 185
Form 167