United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mayur Patel  
    Debtor

Case No. 15-11648-amc  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia                    Page 1 of 1                    Date Rcvd: Aug 08, 2016  
                    Form ID: 167                   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.  
db         +Mayur Patel,   6 South Strawberry Street,   Unit 1,   Philadelphia, PA 19106-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:

        AMY E. VULPIO    on behalf of Creditor    Toroni Real Estate Partnership vulpioa@whiteandwilliams.com  
        ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        EDMOND M. GEORGE    on behalf of Debtor    SJM Limited, LLC angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com  
        EDMOND M. GEORGE    on behalf of Debtor Mayur  Patel angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com  
        JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Toroni Real Estate Partnership vandermarkj@whiteandwilliams.com  
        JEREMY JOHN KOBESKI    on behalf of Creditor    JPMorgan Chase Bank National Association paeb@fedphe.com  
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov  
        MICHAEL D. VAGNONI    on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com  
        MICHAEL D. VAGNONI    on behalf of Debtor    SJM Limited, LLC michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mayur Patel
    Debtor(s)

Case No: 15−11648−amc
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application of debtor to employ the Center for Forensic Economic Studies as Experts for Economic and Valuation Testimony and objection filed by Toroni Real Estate Partnership

    on: 8/31/16

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

Date:  8/8/16

For The Court

Timothy B. McGrath
Clerk of Court

186 – 182, 185
Form 167