UNITED STATES BANKRUPTCY COURT
DISTRICT OF Eastern PA
_____ DIVISION

IN RE:     Mayur Patel                }    CASE NUMBER: 15-11648
                                      }
                                      }
                                      }    JUDGE
                                      }
       DEBTOR.                        }    CHAPTER 11

DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
FOR THE PERIOD
FROM     June 1st 2016    TO    30-Jun-16

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  7/19/2016                              _____[signature]_____

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)   Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---:|---:|
| CASH- Beginning of Month (Household) | $835.06 | $835.06 |
| CASH- Beginning of Month (Business) | 0 | 0 |
| | | |
| Total Household Receipts | $4,000.00 | $205,289.71 |
| Total Business Receipts | | |
| Total Receipts | $4,000.00 | $205,289.71 |
| | | |
| Total Household Disbursements | 3,150.90 | 203,605.55 |
| Total Business Disbursements | | |
| Total Disbursements | 3,150.90 | 203,605.55 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 849.1 | 2,684.16 |
| | | |
| CASH- End of Month (Individual) | 1,684.16 | 1,684.16 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 3,150.90 | 203,605.55 |
|---|---:|---:|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 3,150.90 | 203,605.55 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_____ day of ____July_____ 2016___.

_____
Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $835.06 | $835.06 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $4,000.00 | $4,000.00 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| (credit card refund from previous debits | | |
| **TOTAL RECEIPTS** | $4,000.00 | 4,000.00 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 2500.9 | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 103.28 | |
| Vehicle Expenses | 435.01 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| Banking fee plus check printing | | |
| | | |
| **Total Household Disbursements** | $3,150.90 | 3,150.90 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $1,684.16 | 1,684.16 |

**MONTHLY OPERATING REPORT -**                                           **ATTACHMENT NO. 1**
**INDIVDUAL**

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance  Erie Insurance company | 5/10/2014   5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | 11/27/2014  11/27/2015 | $1,867  yearly | 0 |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 3029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 835.06 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 4,000 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 3,150.90 | | | |
| 5. Month End Balance (Must Agree with Books) | 1,684.16 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $1,684.16 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                    **ATTACHMENT NO. 3A**

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**                                    k8

| Name of Bank | TD |
|---|---|
| Account Number | ●●●3029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 161 | 24-May | PPA | | $36.00 |
| 162 | 7-Jun | US Trustee | | $325.00 |
| 163 | 31-May | US Trustee | | $325.00 |
| 164 | 7-Jun | PPA | | $36.00 |
| | | | TOTAL | $722.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# TD Bank

America's Most Convenient Bank®                    T        STATEMENT OF ACCOUNT

8073-MTD01041062416000995-100000

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA 19106-

Page:                          1 of 7
Statement Period:   May 24 2016-Jun 23 2016
Cust Ref #:            4315293029-039-T-###
Primary Account #:              431-5293029

## Chapter 11 Checking

MAYUR PATEL                                                Account #             3029
DIP CASE 15-11648 EDPA

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 835.06 | Average Collected Balance | 1,638.82 |
| Deposits | 1,500.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 2,500.00 | Days in Period | 31 |
| Checks Paid | 722.00 | | |
| Electronic Payments | 2,428.90 | | |
| Other Withdrawals | 0.00 | | |
| Ending Balance | 1,684.16 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/31 | DEPOSIT | 1,500.00 |
| | Subtotal: | 1,500.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/31 | ATM CASH DEPOSIT, *****45143678601, AUT 053116 ATM CASH DEPOSIT 399 MARKET ST    PHILADELPHIA * PA | 500.00 |
| 6/13 | ATM CASH DEPOSIT, *****45143678601, AUT 061316 ATM CASH DEPOSIT 399 MARKET ST    PHILADELPHIA * PA | 500.00 |
| 6/14 | ATM CASH DEPOSIT, *****45143678601, AUT 061416 ATM CASH DEPOSIT 399 MARKET ST    PHILADELPHIA * PA | 1,500.00 |
| | Subtotal: | 2,500.00 |

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 5/24 | 161 | 36.00 | 5/31 | 163 | 325.00 |
| 6/7 | 162 | 325.00 | 6/7 | 164 | 36.00 |
| | | | | Subtotal: | 722.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/24 | DEBIT CARD PURCHASE, *****45143678601, AUT 052216 VISA DDA PUR DUNKIN  348479   Q35    MORRISVILLE  * PA | 1.69 |
| 5/25 | DEBIT POS, *****45143678601, AUT 052516 DDA PURCHASE SUNOCO 03632783         WAYNE      * PA | 37.90 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# How to Balance your Account

Page: 2 of 7

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    1,684.16
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals    −
❺ Adjusted Balance

8073-1-4

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 3 of 7
Statement Period: May 24 2016-Jun 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: ▇▇▇▇3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 5/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 052316 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 4.50 |
| 5/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 052116 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 4.00 |
| 5/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 052316 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.50 |
| 5/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 052316 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.00 |
| 5/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 052316 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.50 |
| 5/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 052216 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.50 |
| 5/26 | DEBIT POS, *****45143678601, AUT 052616 DDA PURCHASE<br>STOP  SHOP 0897 581 S    PISCATAWAY   * NJ | 21.50 |
| 5/27 | DEBIT POS, *****45143678601, AUT 052716 DDA PURCHASE<br>WAWA 915         MEDFORD    * NJ | 1.45 |
| 5/31 | DEBIT POS, *****45143678601, AUT 053016 DDA PURCHASE<br>WM SUPERC WAL MART SUP    PHILADELPHIA * PA | 114.78 |
| 5/31 | DEBIT CARD PURCHASE, *****45143678601, AUT 052716 VISA DDA PUR<br>WAWA 953   00009530   TOMS RIVER   * NJ | 36.50 |
| 5/31 | DEBIT CARD PURCHASE, *****45143678601, AUT 053016 VISA DDA PUR<br>BP 6776314COLUMBUS BLVD   PHILADELPHIA * PA | 20.00 |
| 5/31 | DEBIT CARD PURCHASE, *****45143678601, AUT 052716 VISA DDA PUR<br>WAWA 948   00009480   WHITING    * NJ | 9.71 |
| 5/31 | DEBIT CARD PURCHASE, *****45143678601, AUT 052716 VISA DDA PUR<br>CHECKERS  TOMS RIVER    TOMS RIVER   * NJ | 9.18 |
| 5/31 | DEBIT CARD PURCHASE, *****45143678601, AUT 052816 VISA DDA PUR<br>KFC J130035  95500351    MAPLE SHADE  * PA | 7.67 |
| 5/31 | DEBIT CARD PURCHASE, *****45143678601, AUT 052816 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 3.00 |
| 5/31 | DEBIT CARD PURCHASE, *****45143678601, AUT 052816 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.50 |
| 6/3 | DEBIT POS, *****45143678601, AUT 060316 DDA PURCHASE<br>SUNOCO 03635182     WYNNEWOOD   * PA | 38.37 |
| 6/3 | DEBIT CARD PURCHASE, *****45143678601, AUT 060116 VISA DDA PUR<br>PITA CHIP        PHILADELPHIA * PA | 7.55 |
| 6/3 | DEBIT POS, *****45143678601, AUT 060316 DDA PURCHASE<br>SHEETZ 0269      EPHRATA    * PA | 7.05 |
| 6/3 | DEBIT CARD PURCHASE, *****45143678601, AUT 060116 VISA DDA PUR<br>PITA CHIP        PHILADELPHIA * PA | 5.40 |
| 6/6 | DEBIT CARD PURCHASE, *****45143678601, AUT 060316 VISA DDA PUR<br>SONIC DRIVE IN 5459    EPHRATA    * PA | 5.44 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 7
Statement Period: May 24 2016-Jun 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: 3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 6/6 | DEBIT CARD PURCHASE, *****45143678601, AUT 060316 VISA DDA PUR<br>PPA ON STREET METERS   PHILADELPHIA * PA | 3.00 |
| 6/6 | DEBIT CARD PURCHASE, *****45143678601, AUT 060416 VISA DDA PUR<br>PPA ON STREET METERS   PHILADELPHIA * PA | 2.50 |
| 6/6 | DEBIT CARD PURCHASE, *****45143678601, AUT 060316 VISA DDA PUR<br>PPA ON STREET METERS   PHILADELPHIA * PA | 1.00 |
| 6/6 | DEBIT CARD PURCHASE, *****45143678601, AUT 060416 VISA DDA PUR<br>PPA ON STREET METERS   PHILADELPHIA * PA | 1.00 |
| 6/6 | DEBIT CARD PURCHASE, *****45143678601, AUT 060316 VISA DDA PUR<br>PPA ON STREET METERS P   PHILADELPHIA * PA | 0.50 |
| 6/8 | DEBIT CARD PURCHASE, *****45143678601, AUT 060716 VISA DDA PUR<br>THE CRAYOLA EXPERIENCE   EASTON   * PA | 41.98 |
| 6/8 | DEBIT CARD PURCHASE, *****45143678601, AUT 060716 VISA DDA PUR<br>THE CRAYOLA EXPERIENCE   EASTON   * PA | 30.39 |
| 6/8 | DEBIT CARD PURCHASE, *****45143678601, AUT 060616 VISA DDA PUR<br>PPA ON STREET METERS   PHILADELPHIA * PA | 3.00 |
| 6/9 | DEBIT CARD PURCHASE, *****45143678601, AUT 060816 VISA DDA PUR<br>PSC SOCIETY HILL   PHILADELPHIA * PA | 79.98 |
| 6/9 | DEBIT CARD PURCHASE, *****45143678601, AUT 060716 VISA DDA PUR<br>DUNKIN 339866   Q35   PHILADELPHIA * PA | 6.09 |
| 6/9 | DEBIT CARD PURCHASE, *****45143678601, AUT 060716 VISA DDA PUR<br>SUBWAY   03146214   LEHIGHTON   * PA | 4.51 |
| 6/9 | DEBIT CARD PURCHASE, *****45143678601, AUT 060716 VISA DDA PUR<br>CITY OF EASTON PARKING M   EASTON   * PA | 2.00 |
| 6/9 | DEBIT CARD PURCHASE, *****45143678601, AUT 060716 VISA DDA PUR<br>PPA ON STREET METERS P   PHILADELPHIA * PA | 1.00 |
| 6/13 | DEBIT CARD PURCHASE, *****45143678601, AUT 061016 VISA DDA PUR<br>PHILADELPHIA PASSPORT   PHILADELPHIA * PA | 335.00 |
| 6/13 | DEBIT CARD PURCHASE, *****45143678601, AUT 061016 VISA DDA PUR<br>TMOBILE POSTPAID IVR   800 937 8997 * WA | 154.53 |
| 6/13 | DEBIT POS, *****45143678601, AUT 061116 DDA PURCHASE<br>WINE  SPIRITS  05134   PHILADELPHIA * PA | 118.79 |
| 6/13 | DEBIT POS, *****45143678601, AUT 061216 DDA PURCHASE<br>SHOPRITE FRNTANDSNY S1   SOUTH PHILIDE * PA | 91.19 |
| 6/13 | DEBIT POS, *****45143678601, AUT 061116 DDA PURCHASE<br>DSW UPPER 3638 WELSH R   WILLOW GROVE * PA | 64.95 |
| 6/13 | DEBIT POS, *****45143678601, AUT 061316 DDA PURCHASE<br>OLD NAVY US 6470   PHILADELPHIA * PA | 59.97 |
| 6/13 | DEBIT POS, *****45143678601, AUT 061316 DDA PURCHASE<br>CENTURY TWENTY ONE   PHILADELPHIA * PA | 50.96 |
| 6/13 | DEBIT CARD PURCHASE, *****45143678601, AUT 061016 VISA DDA PUR<br>GULF OIL 92031961   SOUTH PLAINFI * NJ | 36.25 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 7
Statement Period: May 24 2016-Jun 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/13 | DEBIT CARD PURCHASE, *****45143678601, AUT 060916 VISA DDA PUR<br>SHELL OIL 57542380001     PHILADELPHIA * PA | 15.09 |
| 6/13 | DEBIT CARD PURCHASE, *****45143678601, AUT 061116 VISA DDA PUR<br>CHICK FIL A 02246     WILLOW GROVE * PA | 7.52 |
| 6/13 | DEBIT CARD PURCHASE, *****45143678601, AUT 061016 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 4.75 |
| 6/13 | DEBIT CARD PURCHASE, *****45143678601, AUT 061116 VISA DDA PUR<br>PPA ON STREET METERS P     PHILADELPHIA * PA | 2.50 |
| 6/13 | DEBIT CARD PURCHASE, *****45143678601, AUT 061116 VISA DDA PUR<br>RADNOR TOWNSHIP     WAYNE     * PA | 0.25 |
| 6/14 | DEBIT CARD PAYMENT, *****45143678601, AUT 061316 VISA DDA PUR<br>TMOBILE AUTO PAY     800 937 8997 * WA | 139.32 |
| 6/14 | DEBIT POS, *****45143678601, AUT 061416 DDA PURCHASE<br>TARGET T 1 MIFFLIN ST     PHILADELPHIA * PA | 82.79 |
| 6/14 | DEBIT CARD PURCHASE, *****45143678601, AUT 061316 VISA DDA PUR<br>AMAZON MKTPLACE PMTS     AMZN COM BILL * WA | 64.15 |
| 6/14 | DEBIT CARD PURCHASE, *****45143678601, AUT 061316 VISA DDA PUR<br>BP 6779425CORNWELLS HEIG     CORNWELLS HEI * PA | 39.95 |
| 6/14 | DEBIT CARD PURCHASE, *****45143678601, AUT 061316 VISA DDA PUR<br>MEZBAAN BBQ GRILL     BENSALEM     * PA | 31.23 |
| 6/14 | DEBIT CARD PURCHASE, *****45143678601, AUT 061216 VISA DDA PUR<br>WENDY S 3095     PHILADELPHIA * PA | 6.24 |
| 6/14 | DEBIT CARD PURCHASE, *****45143678601, AUT 061216 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 5.00 |
| 6/14 | DEBIT CARD PURCHASE, *****45143678601, AUT 061216 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.25 |
| 6/15 | DEBIT POS, *****45143678601, AUT 061416 DDA PURCHASE<br>RITE AID STORE 0242     PHILADELPHIA * PA | 42.35 |
| 6/15 | DEBIT CARD PURCHASE, *****45143678601, AUT 061316 VISA DDA PUR<br>FIVE BELOW 125     PHILADELPHIA * PA | 41.04 |
| 6/15 | DEBIT CARD PURCHASE, *****45143678601, AUT 061316 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 3.25 |
| 6/15 | DEBIT CARD PURCHASE, *****45143678601, AUT 061316 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.25 |
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061516 VISA DDA PUR<br>MAKI OF JAPAN 104 Q84     PHILADELPHIA * PA | 12.17 |
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061416 VISA DDA PUR<br>STARBUCKS STORE 00764     PLYMOUTH MEET * PA | 8.80 |
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061516 VISA DDA PUR<br>FAMIGLIA PHILLY     PHILADELPHIA * PA | 8.46 |
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061416 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 4.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 6 of 7
Statement Period: May 24 2016-Jun 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: ▓3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061416 VISA DDA PUR<br>PARKING 06071 CENTER M    PHILADELPHIA * PA | 4.00 |
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061516 VISA DDA PUR<br>DUNKIN ST1242            PHILADELPHIA * PA | 2.15 |
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061416 VISA DDA PUR<br>PPA ON STREET METERS  P    PHILADELPHIA * PA | 1.75 |
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061416 VISA DDA PUR<br>PPA ON STREET METERS       PHILADELPHIA * PA | 0.75 |
| 6/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 061416 VISA DDA PUR<br>PPA ON STREET METERS  P    PHILADELPHIA * PA | 0.50 |
| 6/17 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0617 | 103.28 |
| 6/17 | DEBIT CARD PURCHASE, *****45143678601, AUT 061516 VISA DDA PUR<br>AMERICAN AIR001028229044  FORT WORTH  * TX | 50.00 |
| 6/20 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>THE PARKING SPOT 119       PHILADELPHIA * PA | 50.99 |
| 6/20 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>COFFEE SPICE              MONTEGO BAY  JAM | 25.00 |
| 6/20 | DEBIT CARD PURCHASE, *****45143678601, AUT 061716 VISA DDA PUR<br>HYATT ZIVA ZILARA SPA     MONTEGO BAY  JAM | 19.00 |
| 6/20 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>DQ RESTAURANT             MONTEGO BAY  JAM | 15.00 |
| 6/20 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>AA INFLIGHT VISA FACET 1   PHOENIX    * AZ | 8.00 |
| 6/20 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>AA INFLIGHT VISA FACET 1   PHOENIX    * AZ | 8.00 |
| 6/21 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>AMERICAN AIR001028269384   PHOENIX    JAM | 50.00 |
| 6/21 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>EKTA INDIAN CUISINE       PHILADELPHIA * PA | 34.02 |
| 6/21 | DEBIT POS, *****45143678601, AUT 062116 DDA PURCHASE<br>RITE AID STORE  2790       PHILADELPHIA * PA | 22.41 |
| 6/21 | DEBIT POS, *****45143678601, AUT 062116 DDA PURCHASE<br>CVS PHARMACY 10 10526     PHILADELPHIA * PA | 15.99 |
| 6/21 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>PPA ON STREET METERS       PHILADELPHIA * PA | 2.50 |
| 6/21 | DEBIT CARD PURCHASE, *****45143678601, AUT 061916 VISA DDA PUR<br>PPA ON STREET METERS       PHILADELPHIA * PA | 2.25 |
| 6/21 | DEBIT CARD PURCHASE, *****45143678601, AUT 062016 VISA DDA PUR<br>DEKALB 1                 NORRISTOWN  * PA | 1.50 |
| 6/22 | DEBIT POS, *****45143678601, AUT 062116 DDA PURCHASE<br>RITE AID STORE  2790       PHILADELPHIA * PA | 13.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 7 of 7
Statement Period: May 24 2016-Jun 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: ####3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/22 | DEBIT CARD PURCHASE, *****45143678601, AUT 062016 VISA DDA PUR<br>WENDY S 2644          CONSHOHOCKEN  * PA | 3.89 |
| 6/22 | DEBIT CARD PURCHASE, *****45143678601, AUT 062016 VISA DDA PUR<br>TACO BELL 027771       BALA CYNWYD  * PA | 3.16 |
| 6/22 | DEBIT CARD PURCHASE, *****45143678601, AUT 062016 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.00 |
| 6/23 | DEBIT CARD PURCHASE, *****45143678601, AUT 062216 VISA DDA PUR<br>PARADISE INDIAN REST    TRENTON    * NJ | 33.13 |
| | Subtotal: | 2,428.90 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/31 | MINI STMT PREAUTH, *****45143678601, AUT 053116 MINISTMT PREAUTH<br>399 MARKET ST       PHILADELPHIA * PA | 0.00 |
| | Subtotal: | 0.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/23 | 835.06 | 6/9 | 1,590.42 |
| 5/24 | 797.37 | 6/13 | 1,148.67 |
| 5/25 | 743.47 | 6/14 | 2,278.74 |
| 5/26 | 721.97 | 6/15 | 2,189.85 |
| 5/27 | 720.52 | 6/16 | 2,147.27 |
| 5/31 | 2,192.18 | 6/17 | 1,993.99 |
| 6/3 | 2,133.81 | 6/20 | 1,868.00 |
| 6/6 | 2,120.37 | 6/21 | 1,739.33 |
| 6/7 | 1,759.37 | 6/22 | 1,717.29 |
| 6/8 | 1,684.00 | 6/23 | 1,684.16 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender