# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA_____
### _____ DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Mayur Patel | } | CASE NUMBER:  15-11648 |
| | | } | |
| | | } | |
| | | } | JUDGE |
| | | } | |
| | DEBTOR. | } | CHAPTER 11 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM _____August 1st 2016_____ TO ___31-Aug-16___

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  ___9/19/2016___

Signature: _Mayur Patel_

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803_____

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm

1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $1,809.76 | $1,809.76 |
| CASH- Beginning of Month (Business) | 0 | 0 |
| Total Household Receipts | $10,000.00 | $221,289.71 |
| Total Business Receipts | | |
| **Total Receipts** | $10,000.00 | $221,289.71 |
| Total Household Disbursements | 7,686.94 | 216,202.89 |
| Total Business Disbursements | | |
| **Total Disbursements** | 7,686.94 | 216,202.89 |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | 2313.06 | 2,313.06 |
| CASH- End of Month (Individual) | 4,929.57 | 4,929.57 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 7,686.94 | 216,202.89 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 7,686.94 | 216,202.89 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_____ day of ____Sept_____ 2016___.

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $1,809.76 | $1,809.76 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $10,000.00 | $10,000.00 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| (credit card refund from previous debits | $807 | 807 |
| **TOTAL RECEIPTS** | $10,807.00 | 10,807.00 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 6005.45 | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 156.75 | |
| Vehicle Expenses | 1454.74 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| Banking fee plus check printing | 70 | |
| | | |
| | | |
| **Total Household Disbursements** | $7,686.94 | 7,686.94 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $4,929.57 | 4,929.57 |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY         and         CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance  Erie Insurance company | | 5/10/2014    5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | | 11/27/2014    11/27/2015 | $1,867  yearly | 0 |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 1,809.75 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 10,000 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 7686.94 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 4,929.57 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $4,929.57 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

**ATTACHMENT NO. 3A**

CASH DISBURSEMENTS DETAILS - HOUSEHOLD                    k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 170 | 9-Aug | Comcast | cable | $409.98 |
| 172 | 5-Aug | transfer to DIP | Business account Trustee payments | $325.00 |
| 174 | 22-Aug | US Trustee | | $650.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

8005-MTD0104082416095828-100000

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA 19106-

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Jul 24 2016-Aug 23 2016 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | 431-5293029 |

## Chapter 11 Checking

MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # 431-5293029

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,809.76 | Average Collected Balance | 1,272.73 |
| Deposits | 10,000.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 156.75 | Days in Period | 31 |
| Other Credits | 650.00 | | |
| | | | |
| Checks Paid | 1,384.95 | | |
| Electronic Payments | 3,731.99 | | |
| Other Withdrawals | 2,570.00 | | |
| Ending Balance | 4,929.57 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $105.00 |
| Total Returned Item Fees (NSF) | $70.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/2 | DEPOSIT | 5,000.00 |
| 8/22 | DEPOSIT | 5,000.00 |
| | Subtotal: | 10,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/19 | ACH RETURNED ITEM, PECOENERGY UTIL_BIL ****764089 0818 | 156.75 |
| | Subtotal: | 156.75 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/23 | RETURNED ITEM | 650.00 |
| | Subtotal: | 650.00 |

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 8/9 | 170 | 409.95 | 8/22 | 174* | 650.00 |
| 8/5 | 172* | 325.00 | | | |
| | | | | Subtotal: | 1,384.95 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072316 VISA DDA PUR | 134.52 |
| | PC RICHARD SON 48    WEST NEW YORK * NJ | |



## Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 4,929.57 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | − |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Jul 24 2016-Aug 23 2016 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | 5293029 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072216 VISA DDA PUR<br>GULF OIL 91429372          PHILADELPHIA * PA | 36.89 |
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072416 VISA DDA PUR<br>LUKOIL 57700          MT LAUREL   * NJ | 32.79 |
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072316 VISA DDA PUR<br>PPA AUTOPARK AT OLDE CIT   PHILADELPHIA * PA | 20.50 |
| 7/25 | DEBIT POS, *****45143678601, AUT 072316 DDA PURCHASE<br>WALGREENS 6012 KENNEDY B    WEST NEW YORK * NJ | 17.99 |
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072116 VISA DDA PUR<br>TACO BELL  29331          PHILADELPHIA * PA | 14.41 |
| 7/25 | DEBIT POS, *****45143678601, AUT 072316 DDA PURCHASE<br>QUICK CHEK FOOD          NORTH BERGEN * NJ | 10.56 |
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072216 VISA DDA PUR<br>CHECKERS C629          PHILADELPHIA * PA | 5.92 |
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072116 VISA DDA PUR<br>TACO BELL  29331          PHILADELPHIA * PA | 3.99 |
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072216 VISA DDA PUR<br>CHECKERS C629          PHILADELPHIA * PA | 2.37 |
| 7/25 | DEBIT POS, *****45143678601, AUT 072416 DDA PURCHASE<br>QUICK CHEK FOOD          NORTH BERGEN * NJ | 1.69 |
| 7/25 | DEBIT CARD PURCHASE, *****45143678601, AUT 072116 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 1.25 |
| 7/26 | DEBIT POS, *****45143678601, AUT 072516 DDA PURCHASE<br>SHOPRITE FRNTANDSNY S1    SOUTH PHILIDE * PA | 102.79 |
| 7/26 | DEBIT CARD PURCHASE, *****45143678601, AUT 072416 VISA DDA PUR<br>PPA AUTOPARK AT OLDE CIT   PHILADELPHIA * PA | 39.00 |
| 7/26 | DEBIT POS, *****45143678601, AUT 072616 DDA PURCHASE<br>RITE AID STORE  0995      WAYNE      * PA | 6.81 |
| 7/27 | DEBIT CARD PURCHASE, *****45143678601, AUT 072516 VISA DDA PUR<br>CHICK FIL A  01665        PHILADELPHIA * PA | 10.37 |
| 7/27 | DEBIT POS, *****45143678601, AUT 072616 DDA PURCHASE<br>7 ELEVEN          PHILADELPHIA * PA | 9.43 |
| 7/27 | DEBIT CARD PURCHASE, *****45143678601, AUT 072516 VISA DDA PUR<br>CHICK FIL A  01665        PHILADELPHIA * PA | 3.63 |
| 7/27 | DEBIT CARD PURCHASE, *****45143678601, AUT 072516 VISA DDA PUR<br>PPA ON STREET METERS  P    PHILADELPHIA * PA | 0.50 |
| 7/28 | DEBIT CARD PURCHASE, *****45143678601, AUT 072716 VISA DDA PUR<br>UBER   US JUL26 QN63Z      HELP.UBER COM * CA | 5.75 |
| 7/28 | DEBIT CARD PURCHASE, *****45143678601, AUT 072616 VISA DDA PUR<br>PPA ON STREET METERS  P    PHILADELPHIA * PA | 2.50 |
| 7/29 | DEBIT POS, *****45143678601, AUT 072916 DDA PURCHASE<br>RITE AID STORE  2790      PHILADELPHIA * PA | 48.78 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page:                    4 of 7
Statement Period:    Jul 24 2016-Aug 23 2016
Cust Ref #:          4315293029-039-T-###
Primary Account #:   4315293029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/29 | DEBIT CARD PURCHASE, *****45143678601, AUT 072716 VISA DDA PUR<br>DP  FOOD STANDS      ALLENTOWN   * PA | 36.43 |
| 7/29 | DEBIT POS, *****45143678601, AUT 072916 DDA PURCHASE<br>WHOLEFDS SOS 101 929 SOU  PHILADELPHIA * PA | 26.32 |
| 7/29 | DEBIT CARD PURCHASE, *****45143678601, AUT 072716 VISA DDA PUR<br>BEST LOCKERS DORNEY P   ALLENTOWN   * PA | 20.00 |
| 7/29 | DEBIT CARD PURCHASE, *****45143678601, AUT 072716 VISA DDA PUR<br>DP WWK MERCHANDISE     ALLENTOWN   * PA | 13.73 |
| 7/29 | DEBIT CARD PURCHASE, *****45143678601, AUT 072716 VISA DDA PUR<br>DP  FOOD STANDS      ALLENTOWN   * PA | 8.47 |
| 7/29 | DEBIT POS, *****45143678601, AUT 072916 DDA PURCHASE<br>SUNOCO 03641065      BALA CYNWYD  * PA | 6.75 |
| 8/1 | DEBIT CARD PURCHASE, *****45143678601, AUT 072916 VISA DDA PUR<br>BMW OF MAIN LINE      BALA CYNWYD  * PA | 760.34 |
| 8/1 | DEBIT CARD PURCHASE, *****45143678601, AUT 072916 VISA DDA PUR<br>AAA MID ATL R 0500      PHILADELPHIA * PA | 77.19 |
| 8/1 | DEBIT CARD PURCHASE, *****45143678601, AUT 073016 VISA DDA PUR<br>BP 8545238MAPLES SHADE B   MAPLE SHADE  * NJ | 28.88 |
| 8/1 | DEBIT CARD PURCHASE, *****45143678601, AUT 072816 VISA DDA PUR<br>TACO BELL 027771      BALA CYNWYD  * PA | 5.71 |
| 8/1 | DEBIT CARD PURCHASE, *****45143678601, AUT 072916 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 8/1 | DEBIT CARD PURCHASE, *****45143678601, AUT 072916 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.75 |
| 8/2 | DEBIT POS, *****45143678601, AUT 080216 DDA PURCHASE<br>SHOPRITE FRNTANDSNY S1     SOUTH PHILIDE * PA | 77.14 |
| 8/2 | DEBIT POS, *****45143678601, AUT 080216 DDA PURCHASE<br>CENTURY TWENTY ONE 76   PHILADELPHIA * PA | 64.98 |
| 8/2 | DEBIT CARD PAYMENT, *****45143678601, AUT 080116 VISA DDA PUR<br>PSC SOCIETY HILL      2155928900  * PA | 39.99 |
| 8/2 | DEBIT CARD PURCHASE, *****45143678601, AUT 073116 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 8/3 | DEBIT CARD PURCHASE, *****45143678601, AUT 080216 VISA DDA PUR<br>PHILADELPHIA PK AUTH WEB  888 5913636 * PA | 75.50 |
| 8/3 | DEBIT CARD PURCHASE, *****45143678601, AUT 080116 VISA DDA PUR<br>PPA AUTOPARK AT OLDE CIT   PHILADELPHIA * PA | 61.50 |
| 8/3 | DEBIT CARD PURCHASE, *****45143678601, AUT 080216 VISA DDA PUR<br>BURGER KING 2947      PHILADELPHIA * PA | 4.08 |
| 8/4 | DEBIT CARD PURCHASE, *****45143678601, AUT 080316 VISA DDA PUR<br>SQ  SQUARE CUT      PISCATAWAY TO * NJ | 21.89 |
| 8/4 | DEBIT CARD PURCHASE, *****45143678601, AUT 080316 VISA DDA PUR<br>LUKOIL 57700      MT LAUREL   * NJ | 21.76 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 5 of 7 |
| Statement Period: | Jul 24 2016-Aug 23 2016 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | 431-5293029 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/4 | DEBIT CARD PURCHASE, *****45143678601, AUT 080216 VISA DDA PUR<br>DUNKIN 336023  Q35   PHILADELPHIA * PA | 3.91 |
| 8/8 | DEBIT CARD PURCHASE, *****45143678601, AUT 080516 VISA DDA PUR<br>BP 9611393APCO MAPLE SHA   MAPLE SHADE * NJ | 37.66 |
| 8/8 | DEBIT CARD PURCHASE, *****45143678601, AUT 080516 VISA DDA PUR<br>PPA AUTOPARK AT OLDE CIT   PHILADELPHIA * PA | 28.50 |
| 8/8 | DEBIT POS, *****45143678601, AUT 080616 DDA PURCHASE<br>7 ELEVEN          PHILADELPHIA * PA | 10.58 |
| 8/8 | DEBIT CARD PURCHASE, *****45143678601, AUT 080516 VISA DDA PUR<br>ROY ROGERS NJ 10932150   CRANBURY    * NJ | 7.79 |
| 8/8 | DEBIT CARD PURCHASE, *****45143678601, AUT 080416 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 4.75 |
| 8/8 | DEBIT POS, *****45143678601, AUT 080616 DDA PURCHASE<br>STOP  SHOP 2545 1 STE   ORANGEBURG  * NY | 4.35 |
| 8/9 | DEBIT POS, *****45143678601, AUT 080916 DDA PURCHASE<br>RITE AID STORE  11149   FRAZER    * PA | 9.99 |
| 8/10 | DEBIT CARD PURCHASE, *****45143678601, AUT 080816 VISA DDA PUR<br>RESIDENCE INN ORANGEBU   ORANGEBURG  * NY | 638.68 |
| 8/10 | DEBIT CARD PURCHASE, *****45143678601, AUT 080916 VISA DDA PUR<br>RESIDENCE INN ORANGEBU   ORANGEBURG  * NY | 180.43 |
| 8/10 | DEBIT CARD PURCHASE, *****45143678601, AUT 080816 VISA DDA PUR<br>SUNOCO 0368299401    CRANBURY    * NJ | 34.38 |
| 8/10 | DEBIT CARD PURCHASE, *****45143678601, AUT 080816 VISA DDA PUR<br>DUNKIN 302929  Q35   NORTHVALE  * NJ | 2.12 |
| 8/12 | DEBIT CARD PURCHASE, *****45143678601, AUT 081016 VISA DDA PUR<br>HAN DYNASTY       PHILADELPHIA * PA | 27.97 |
| 8/15 | NONTD ATM DEBIT, *****45143678601, AUT 081416 DDA WITHDRAW<br>FCTI ISO        ORANGEBURG  * SC | 203.95 |
| 8/15 | DEBIT CARD PAYMENT, *****45143678601, AUT 081316 VISA DDA PUR<br>TMOBILE AUTO PAY     800 937 8997 * WA | 125.28 |
| 8/15 | DEBIT POS, *****45143678601, AUT 081416 DDA PURCHASE<br>CIRCLE B 10      ST PAULS  .* NC | 27.25 |
| 8/15 | DEBIT POS, *****45143678601, AUT 081416 DDA PURCHASE<br>SUNOCO 01513787     WOODBRIDGE * VA | 26.11 |
| 8/15 | DEBIT POS, *****45143678601, AUT 081316 DDA PURCHASE<br>WAWA 8627        FREDERICKSBUR * VA | 25.20 |
| 8/15 | DEBIT POS, *****45143678601, AUT 081416 DDA PURCHASE<br>SOUTH OF THE BO    HAMER    * SC | 24.53 |
| 8/15 | DEBIT CARD PURCHASE, *****45143678601, AUT 081316 VISA DDA PUR<br>CLOCKWORK LOUNGE     RALEIGH    * NC | 16.50 |
| 8/15 | DEBIT CARD PURCHASE, *****45143678601, AUT 081316 VISA DDA PUR<br>TACO BELL 15564     FALMOUTH  * VA | 11.43 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 6 of 7 |
| Statement Period: | Jul 24 2016-Aug 23 2016 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | 4315293029 |

8005-3-4

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/15 | DEBIT POS, *****45143678601, AUT 081416 DDA PURCHASE | 10.08 |
| | LOVES CNTY 326        ORANGEBURG    * SC | |
| 8/15 | DEBIT CARD PURCHASE, *****45143678601, AUT 081216 VISA DDA PUR | 2.00 |
| | PPA ON STREET METERS    PHILADELPHIA  * PA | |
| 8/15 | DEBIT CARD PURCHASE, *****45143678601, AUT 081316 VISA DDA PUR | 1.50 |
| | PPA ON STREET METERS  P  PHILADELPHIA  * PA | |
| 8/16 | DEBIT POS, *****45143678601, AUT 081516 DDA PURCH W/CB | 129.55 |
| | SHOPRITE OREGON AVE S1    PHILADELPHIA  * PA | |
| 8/16 | DEBIT CARD PURCHASE, *****45143678601, AUT 081416 VISA DDA PUR | 24.42 |
| | LEMON CUISINE OF INDIA   RICHMOND    * VA | |
| 8/16 | DEBIT POS, *****45143678601, AUT 081616 DDA PURCHASE | 4.12 |
| | WAWA 8089        PHILADELPHIA  * PA | |
| 8/17 | DEBIT CARD PURCHASE, *****45143678601, AUT 081616 VISA DDA PUR | 44.50 |
| | PHILADELPHIA PK AUTH WEB   888 5913636   * PA | |
| 8/17 | DEBIT CARD PURCHASE, *****45143678601, AUT 081516 VISA DDA PUR | 7.44 |
| | TJU AUBONPAIN 219      PHILADELPHIA  * PA | |
| 8/17 | DEBIT CARD PURCHASE, *****45143678601, AUT 081616 VISA DDA PUR | 6.75 |
| | PTC EZPASS CSC WEB IVR    STATE PA US  * PA | |
| 8/17 | DEBIT CARD PURCHASE, *****45143678601, AUT 081516 VISA DDA PUR | 6.00 |
| | PPA ON STREET METERS    PHILADELPHIA  * PA | |
| 8/17 | DEBIT CARD PURCHASE, *****45143678601, AUT 081516 VISA DDA PUR | 5.38 |
| | TJU AUBONPAIN 219      PHILADELPHIA  * PA | |
| 8/17 | DEBIT CARD PURCHASE, *****45143678601, AUT 081516 VISA DDA PUR | 1.50 |
| | PPA ON STREET METERS    PHILADELPHIA  * PA | |
| 8/18 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0818 | 156.75 |
| 8/22 | DEBIT CARD PAYMENT, *****45143678601, AUT 082016 VISA DDA PUR | 10.79 |
| | NETFLIX COM        NETFLIX COM   * CA | |
| | Subtotal: | 3,731.99 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/5 | DEBIT | 2,500.00 |
| 8/19 | OVERDRAFT RET | 35.00 |
| 8/23 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 2,570.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 7/23 | 1,809.76 | 7/29 | 1,185.62 |
| 7/25 | 1,526.88 | 8/1 | 309.25 |
| 7/26 | 1,378.28 | 8/2 | 5,124.64 |
| 7/27 | 1,354.35 | 8/3 | 4,983.56 |
| 7/28 | 1,346.10 | 8/4 | 4,936.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Jul 24 2016-Aug 23 2016 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | 4315293029 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 8/5 | 2,111.00 | 8/16 | 81.93 |
| 8/8 | 2,017.37 | 8/17 | 10.36 |
| 8/9 | 1,597.43 | 8/18 | -146.39 |
| 8/10 | 741.82 | 8/19 | -24.64 |
| 8/12 | 713.85 | 8/22 | 4,314.57 |
| 8/15 | 240.02 | 8/23 | 4,929.57 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender