## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
## _____ DIVISION

| | | |
|---|---|---|
| IN RE: | Mayur Patel | } CASE NUMBER: 15-11648 |
| | | } |
| | | } |
| | | } JUDGE |
| | | } |
| DEBTOR. | | } CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM   September 1st 2016   TO   9/31/2016

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 10/19/2016                                           _Mayur Patel_ (signature)

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:

Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $4,929.57 | $4,929.57 |
| CASH- Beginning of Month (Business) | 0 | 0 |
| Total Household Receipts | $0.00 | $221,289.71 |
| Total Business Receipts | | |
| Total Receipts | $0.00 | $221,289.71 |
| Total Household Disbursements | 4,868.93 | 221,071.82 |
| Total Business Disbursements | | |
| Total Disbursements | 4,868.93 | 221,071.82 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -4868.93 | -4,868.93 |
| CASH- End of Month (Individual) | 60.64 | 60.64 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 4,868.93 | 221,071.82 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 4,868.93 | 221,071.82 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __19th__ day of __Oct__ 2016

_____
Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | $4,929.57 | $4,929.57 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $0.00 | $0.00 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
| (credit card refund from previous debits |  |  |
| **TOTAL RECEIPTS** | $0.00 | 0.00 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 3304 |  |
| Household Repairs & Maintenance |  |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment |  |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 96.74 |  |
| Vehicle Expenses | 493.19 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | 975 |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Banking fee plus check printing |  |  |
|  |  |  |
| **Total Household Disbursements** |  |  |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | $60.64 | 60.64 |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT - INDIVDUAL                                                              ATTACHMENT NO. 1

THANK YOU FOR YOUR BUSINESS!

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance  Erie Insurance company | 5/10/2014   5/11/2016 | $2,106 yearly | 0 |
| Erie Insurance home | 11/27/2014  11/27/2015 | $1,867 yearly | 0 |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL   ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 4,929.57 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 4868.93 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 60.64 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $60.64 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 171 | 26-Aug | US Trustee | fees | $325.00 |
| 174 | 24-Aug | US Trustee | fees | $650.00 |
| 175 | 12-Sep | PPA | parking | $36.00 |
| 176 | 12-Sep | PECO | utility | $96.74 |
| | | | TOTAL | $1,107.74 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

8233-MTD01041092416033003-000000



MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA  19106-

Page: 1 of 7
Statement Period:   Aug 24 2016-Sep 23 2016
Cust Ref #:         4315293029-039-T-###
Primary Account #:  ███5293029

## Chapter 11 Checking

MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # 431-5293029

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,929.57 | Average Collected Balance | 1,887.39 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,107.74 | Days in Period | 31 |
| Electronic Payments | 3,561.19 | | |
| Other Withdrawals | 200.00 | | |
| Ending Balance | 60.64 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $105.00 |
| Total Returned Item Fees (NSF) | $0.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 4   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 8/26 | 171 | 325.00 | 9/12 | 175 | 36.00 |
| 8/24 | 174* | 650.00 | 9/12 | 176 | 96.74 |
| | | | | Subtotal: | 1,107.74 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/24 | DEBIT POS, *****45160844722, AUT 082416 DDA PURCHASE<br>TOYS R US 8311    LANGHORNE  * PA | 76.78 |
| 8/24 | DEBIT POS, *****45160844722, AUT 082416 DDA PURCH W/CB<br>GIANT 6046 2721 STREET    BENSALEM   * PA | 55.60 |
| 8/25 | ACH DEBIT, PECOENERGY RETRY PYMT ****764089 0818 | 156.75 |
| 8/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082316 VISA DDA PUR<br>FAT HAM    PHILADELPHIA * PA | 64.52 |
| 8/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>MEZBAAN BBQ GRILL    BENSALEM   * PA | 33.92 |
| 8/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>MEZBAAN BBQ GRILL    BENSALEM   * PA | 29.12 |
| 8/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082316 VISA DDA PUR<br>NORAS MEXICAN GRILL INC   PHILADELPHIA * PA | 16.19 |
| 8/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082316 VISA DDA PUR<br>CHICK FIL A 02968    KNG OF PRUSSA * PA | 6.46 |
| 8/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082316 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 8/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082316 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com





# How to Balance your Account

Page:    2 of 7

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance     60.64
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals  -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 3 of 7
Statement Period: Aug 24 2016-Sep 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: 3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082316 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 0.50 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>SESAME PLACE FOOD SERV    LANGHORNE    * PA | 34.14 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>SESAME PLACE PARKING    LANGHORNE    * PA | 18.00 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>SESAME PLACE MERCH    LANGHORNE    * PA | 15.85 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>SESAME PLACE MERCH    LANGHORNE    * PA | 10.55 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>SESAME PLACE FOOD SERV    LANGHORNE    * PA | 9.53 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>SESAME PLACE FOOD SERV    LANGHORNE    * PA | 7.52 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>CHICK FIL A 02072    LANGHORNE    * PA | 6.63 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>SESAME PLACE FOOD SERV    LANGHORNE    * PA | 4.77 |
| 8/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 082416 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.00 |
| 8/29 | DEBIT POS, *****45160844722, AUT 082816 DDA PURCH W/CB<br>WHOLEFDS SOS 101 929 SOU    PHILADELPHIA * PA | 45.59 |
| 8/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 082816 VISA DDA PUR<br>SPEEDWAY 03501    MOUNT EPHRAIM * NJ | 34.00 |
| 8/29 | DEBIT POS, *****45160844722, AUT 082816 DDA PURCHASE<br>SKECHERS USA 479    BLACKWOOD    * NJ | 29.99 |
| 8/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 082716 VISA DDA PUR<br>SHELL OIL 57542380001    PHILADELPHIA * PA | 20.02 |
| 8/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 082816 VISA DDA PUR<br>SQ AUNTIE ANNE S PRETZE    GLOUCESTER TO * NJ | 9.72 |
| 8/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 082616 VISA DDA PUR<br>CHICK FIL A 02968    KNG OF PRUSSA * PA | 6.46 |
| 8/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 082716 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 8/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 082716 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 8/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 082816 VISA DDA PUR<br>UMI TERIYAKI    BLACKWOOD    * NJ | 2.45 |
| 8/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 082816 VISA DDA PUR<br>STARBUCKS STORE 23733    TURNERSVILLE * NJ | 5.30 |
| 8/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 082916 VISA DDA PUR<br>RADNOR TOWNSHIP    WAYNE    * PA | 0.25 |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 7
Statement Period: Aug 24 2016-Sep 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████93029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 082916 VISA DDA PUR<br>EKTA INDIAN CUISINE    PHILADELPHIA * PA | 31.86 |
| 8/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 082916 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 0.75 |
| 9/1 | DEBIT POS, *****45160844722, AUT 090116 DDA PURCHASE<br>WINE  SPIRITS  05134    PHILADELPHIA * PA | 29.15 |
| 9/1 | DEBIT POS, *****45160844722, AUT 090116 DDA PURCHASE<br>DEVON BP AMOCO    DEVON    * PA | 7.55 |
| 9/1 | DEBIT POS, *****45160844722, AUT 090116 DDA PURCHASE<br>SUNOCO 03641552    BERWYN    * PA | 1.90 |
| 9/2 | NONTD ATM DEBIT, *****45160844722, AUT 090116 DDA WITHDRAW<br>PAI ISO    PHILA    * PA | 201.75 |
| 9/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 083116 VISA DDA PUR<br>MORGANS PIER    PHILADELPHIA * PA | 40.48 |
| 9/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 090116 VISA DDA PUR<br>BP 9821075DEVON BP AMOCO    DEVON    * PA | 35.38 |
| 9/2 | DEBIT POS, *****45160844722, AUT 090216 DDA PURCH W/CB<br>7 ELEVEN    PHILADELPHIA * PA | 19.87 |
| 9/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 083116 VISA DDA PUR<br>TACO BELL  29331    PHILADELPHIA * PA | 16.15 |
| 9/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 090116 VISA DDA PUR<br>UBER   US SEP01 URPMP    HELP UBER COM * CA | 4.50 |
| 9/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 083116 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.50 |
| 9/6 | TD ATM DEBIT, *****45160844722, AUT 090216 DDA WITHDRAW<br>399 MARKET ST    PHILADELPHIA * PA | 400.00 |
| 9/6 | DEBIT POS, *****45160844722, AUT 090516 DDA PURCHASE<br>02668 ACME    PHILADELPHIA * PA | 62.94 |
| 9/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 090316 VISA DDA PUR<br>LUKOIL 69708    PHILADELPHIA * PA | 40.34 |
| 9/6 | DEBIT POS, *****45160844722, AUT 090316 DDA PURCHASE<br>WAWA 247    PHILADELPHIA * PA | 10.14 |
| 9/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 090316 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 9/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 090316 VISA DDA PUR<br>DUNKIN 350372   Q35   PHILADELPHIA * PA | 2.91 |
| 9/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 090316 VISA DDA PUR<br>DUNKIN 353528   Q35   PHILADELPHIA * PA | 2.91 |
| 9/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 090416 VISA DDA PUR<br>DUNKIN 302335   Q35   RAMSEY    * NJ | 2.88 |
| 9/6 | DEBIT POS, *****45160844722, AUT 090616 DDA PURCHASE<br>WAWA 179    PHILADELPHIA * PA | 2.05 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 7
Statement Period: Aug 24 2016-Sep 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: ########3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 090416 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA  * PA | 1.50 |
| 9/7 | DEBIT POS, *****45160844722, AUT 090716 DDA PURCHASE<br>ROGER WILCO  VO 700 HADD    VOORHEES     * NJ | 20.31 |
| 9/8 | DEBIT CARD PURCHASE, *****45160844722, AUT 090616 VISA DDA PUR<br>NORAS MEXICAN GRILL INC    PHILADELPHIA * PA | 17.27 |
| 9/8 | DEBIT CARD PURCHASE, *****45160844722, AUT 090616 VISA DDA PUR<br>PPA ON STREET METERS  P    PHILADELPHIA * PA | 3.75 |
| 9/9 | DEBIT POS, *****45160844722, AUT 090916 DDA PURCHASE<br>WM SUPERC WAL MART SUP     PHILADELPHIA * PA | 56.07 |
| 9/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 090716 VISA DDA PUR<br>NIMIT PALACE           VOORHEES    * NJ | 30.20 |
| 9/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 090716 VISA DDA PUR<br>CHICK FIL A  02968       KNG OF PRUSSA * PA | 8.11 |
| 9/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 090716 VISA DDA PUR<br>STARBUCKS STORE 11272      CLEMENTON      * NJ | 4.55 |
| 9/12 | TD ATM DEBIT, *****45160844722, AUT 091016 DDA WITHDRAW<br>2751 STREET ROAD           BENSALEM   * PA | 400.00 |
| 9/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 090916 VISA DDA PUR<br>NEW JERSEY E ZPASS         NEWARK     * NJ | 100.00 |
| 9/12 | DEBIT POS, *****45160844722, AUT 091016 DDA PURCHASE<br>PATEL BROTHERS OF          BENSALEM    * PA | 55.34 |
| 9/12 | DEBIT POS, *****45160844722, AUT 091016 DDA PURCHASE<br>SUNOCO 03633955           BENSALEM     * PA | 35.62 |
| 9/12 | DEBIT POS, *****45160844722, AUT 091016 DDA PURCHASE<br>GIANT 6046 2721 STREET     BENSALEM    * PA | 34.21 |
| 9/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 091016 VISA DDA PUR<br>MEZBAAN BBQ GRILL         BENSALEM    * PA | 29.66 |
| 9/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 090916 VISA DDA PUR<br>BP 6776314COLUMBUS BLVD    PHILADELPHIA  * PA | 15.08 |
| 9/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 091016 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA  * PA | 1.25 |
| 9/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 090816 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA  * PA | 1.25 |
| 9/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 091216 VISA DDA PUR<br>AMAZON COM            AMZN COM BILL * WA | 188.35 |
| 9/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 091216 VISA DDA PUR<br>MAGGIANOS 12TH FILBERT    PHILADELPHIA  * PA | 21.06 |
| 9/13 | DEBIT POS, *****45160844722, AUT 091316 DDA PURCHASE<br>WAWA 247            PHILADELPHIA  * PA | 10.14 |
| 9/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 091116 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA  * PA | 6.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 6 of 7
Statement Period: Aug 24 2016-Sep 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████93029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 091116 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 5.00 |
| 9/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 091116 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 5.00 |
| 9/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 091116 VISA DDA PUR<br>STARBUCKS STORE 17100    MOUNT LAUREL * NJ | 2.41 |
| 9/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 091216 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 6.00 |
| 9/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 091316 VISA DDA PUR<br>AUNTIE ANNE S         KING OF PRUSS * PA | 5.72 |
| 9/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 091116 VISA DDA PUR<br>STARBUCKS NJ T10931509    CRANBURY   * NJ | 2.09 |
| 9/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 091216 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 2.00 |
| 9/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 091216 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 0.75 |
| 9/15 | DEBIT CARD PURCHASE, *****45160844722, AUT 091316 VISA DDA PUR<br>CHICK FIL A  02968     KNG OF PRUSSA * PA | 8.57 |
| 9/15 | DEBIT CARD PURCHASE, *****45160844722, AUT 091416 VISA DDA PUR<br>WAWA 42    00000422    KING OF PRUSS * PA | 4.76 |
| 9/15 | DEBIT CARD PURCHASE, *****45160844722, AUT 091316 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 1.75 |
| 9/16 | TD ATM DEBIT, *****45160844722, AUT 091516 DDA WITHDRAW<br>399 MARKET ST          PHILADELPHIA * PA | 300.00 |
| 9/16 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0916 | 145.16 |
| 9/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 091416 VISA DDA PUR<br>SUNOCO 0001544605       PRINCETON  * NJ | 31.93 |
| 9/19 | TD ATM DEBIT, *****45160844722, AUT 091716 DDA WITHDRAW<br>399 MARKET ST          PHILADELPHIA * PA | 160.00 |
| 9/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 091716 VISA DDA PUR<br>RACETRACK GAS STATION    CHERRY HILL  * NJ | 32.24 |
| 9/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 091616 VISA DDA PUR<br>CHICK FIL A  02968     KNG OF PRUSSA * PA | 6.72 |
| 9/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 091716 VISA DDA PUR<br>CHICK FIL A  02183     CHERRY HILL  * NJ | 4.01 |
| 9/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 091716 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 3.00 |
| 9/19 | DEBIT POS, *****45160844722, AUT 091716 DDA PURCHASE<br>02638 ACME          PHILADELPHIA * PA | 2.99 |
| 9/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 091616 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 2.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 7 of 7
Statement Period: Aug 24 2016-Sep 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: 4315293029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/20 | DEBIT POS, *****45160844722, AUT 092016 DDA PURCH W/CB STOP   SHOP 0897 581 S    PISCATAWAY   * NJ | 28.99 |
| 9/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 091816 VISA DDA PUR PPA ON STREET METERS    PHILADELPHIA  * PA | 6.00 |
| 9/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 091816 VISA DDA PUR PPA ON STREET METERS    PHILADELPHIA  * PA | 4.50 |
| 9/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 091816 VISA DDA PUR PPA ON STREET METERS    PHILADELPHIA  * PA | 3.25 |
| 9/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 091916 VISA DDA PUR JJ BOOTLEGGERS         PHILADELPHIA  * PA | 56.42 |
| 9/21 | DEBIT POS, *****45160844722, AUT 092116 DDA PURCHASE SUNOCO 00031625       KING OF PRUSS * PA | 20.07 |
| 9/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 091916 VISA DDA PUR PPA ON STREET METERS    PHILADELPHIA  * PA | 1.50 |
| 9/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 091916 VISA DDA PUR PPA ON STREET METERS    PHILADELPHIA  * PA | 0.75 |
| 9/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 092016 VISA DDA PUR NORAS MEXICAN GRILL INC    PHILADELPHIA  * PA | 17.27 |
| 9/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 092016 VISA DDA PUR MACS TAVERN           PHILADELPHIA  * PA | 17.00 |
| | Subtotal: | 3,561.19 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/25 | DEBIT | 100.00 |
| 8/29 | DEBIT | 100.00 |
| | Subtotal: | 200.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 8/23 | 4,929.57 | 9/8 | 2,078.62 |
| 8/24 | 4,147.19 | 9/9 | 1,979.69 |
| 8/25 | 3,734.73 | 9/12 | 1,174.54 |
| 8/26 | 3,300.74 | 9/13 | 936.58 |
| 8/29 | 3,047.01 | 9/14 | 920.02 |
| 8/30 | 3,041.46 | 9/15 | 904.94 |
| 8/31 | 3,008.85 | 9/16 | 427.85 |
| 9/1 | 2,970.25 | 9/19 | 216.39 |
| 9/2 | 2,648.62 | 9/20 | 173.65 |
| 9/6 | 2,119.95 | 9/21 | 94.91 |
| 9/7 | 2,099.64 | 9/22 | 60.64 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender