# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
### DIVISION

| | | |
|---|---|---|
| IN RE: | Mayur Patel | CASE NUMBER: 15-11648 |
| | | JUDGE |
| DEBTOR. | | CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** 1-Nov-16 **TO** 11/31/2016

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 12/19/2016                                          _/s/ Mayur Patel_

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:

Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | ($384.51) | ($384.51) |
| CASH- Beginning of Month (Business) | 0 | 0 |
|  |  |  |
| Total Household Receipts | $10,225.00 | $236,718.22 |
| Total Business Receipts |  |  |
| Total Receipts | $10,225.00 | $236,718.22 |
|  |  |  |
| Total Household Disbursements | 4,779.39 | 231,499.87 |
| Total Business Disbursements |  |  |
| Total Disbursements | 4,779.39 | 231,499.87 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 5445.61 | 5,445.61 |
|  |  |  |
| CASH- End of Month (Individual) | 5,061.10 | 5,061.10 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 4,779.39 | 231,499.87 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 4,779.39 | 231,499.87 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_____ day of ____Dec_____ 2016___.          _____Mayur Patel_____
                                                                  Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | ($384.51) | ($384.51) |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $9,900.00 | $9,900.00 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
| (credit card refund from previous debits | $325 | 325 |
| **TOTAL RECEIPTS** | $10,225.00 | 10,225.00 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing |  |  |
| Household Repairs & Maintenance | 2,733.71 |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | 1041.18 |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 297.75 |  |
| Vehicle Expenses | 333.75 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Banking fee plus check printing | 35 |  |
|  |  |  |
| **Total Household Disbursements** | $4,779.39 | 4,779.39 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $5,061.10 | 5,061.10 |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT -  
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. | Have any post-petition loans been received by the debtor from any party? | | x |
| 6. | Are any post-petition payroll taxes past due? | | x |
| 7. | Are any post-petition state or federal income taxes past due? | | x |
| 8. | Are any post-petition state or local sales taxes past due? | | x |
| 9. | Are any post-petition real estate taxes past due? | | x |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. | Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. | Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance  Erie Insurance company | 5/10/2014   5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | 11/27/2014  11/27/2015 | $1,867  yearly | 0 |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | -384.51 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 9,900 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 4779.39 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 5,061.10 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $5,061.10 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**　　　　　　　　　　　　　　　　　**ATTACHMENT NO. 3A**

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**　　　k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 177 | 15-Nov | Comcast | | $466.68 |
| 178 | 22-Nov | US Trustee;s | | $325.00 |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



# Bank

America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

7697-MTD0104t112416001315-110000

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA  19106-

Page:                                           1 of 6
Statement Period:    Oct 24 2016-Nov 23 2016
Cust Ref #:              4315293029-039-T-###
Primary Account #:              431-5293029

## Chapter 11 Checking

MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # 431-5293029

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -384.51 | Average Collected Balance | 1,489.82 |
| Electronic Deposits | 9,900.00 | Annual Percentage Yield Earned | 0.00% |
| Other Credits | 325.00 | Days in Period | 31 |
| Checks Paid | 791.68 | | |
| Electronic Payments | 3,952.71 | | |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 5,061.10 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $420.00 |
| Total Returned Item Fees (NSF) | $35.00 | $245.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/24 | ATM CHECK DEPOSIT, *****45160844722, AUT 102316 ATM CHECK DEPOSI  399 MARKET ST   PHILADELPHIA * PA | 4,000.00 |
| 11/14 | ATM CASH DEPOSIT, *****45160844722, AUT 111416 ATM CASH DEPOSIT  399 MARKET ST   PHILADELPHIA * PA | 800.00 |
| 11/22 | ATM CHECK DEPOSIT, *****45160844722, AUT 112216 ATM CHECK DEPOSI  399 MARKET ST   PHILADELPHIA * PA | 5,000.00 |
| 11/22 | ATM CASH DEPOSIT, *****45160844722, AUT 112216 ATM CASH DEPOSIT  399 MARKET ST   PHILADELPHIA * PA | 100.00 |
| | Subtotal: | 9,900.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | RETURNED ITEM | 325.00 |
| | Subtotal: | 325.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 177 | 466.68 |
| 11/22 | 178 | 325.00 |
| | Subtotal: | 791.68 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | ACH DEBIT, PECOENERGY RETRY PYMT ****764089 1018 | 173.52 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance   5,061.10
❷ Total Deposits   +
❸ Sub Total
❹ Total Withdrawals   −
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

7697-1-3

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 3 of 6
Statement Period: Oct 24 2016-Nov 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | DEBIT POS, *****45160844722, AUT 102716 DDA PURCHASE<br>TRADER JOE S 634    PHILADELPHIA * PA | 31.80 |
| 10/28 | DEBIT POS, *****45160844722, AUT 102816 DDA PURCH W/CB<br>SHOPRITE WHITMANPLZ S1    PHILADELPHIA * PA | 145.48 |
| 10/28 | DEBIT POS, *****45160844722, AUT 102816 DDA PURCH W/CB<br>WHOLEFDS SOS 101 929 SOU    PHILADELPHIA * PA | 106.42 |
| 10/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 102716 VISA DDA PUR<br>US GAS    PENNSAUKEN * NJ | 36.76 |
| 10/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 102616 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 10/31 | TD ATM DEBIT, *****45160844722, AUT 103016 DDA WITHDRAW<br>399 MARKET ST    PHILADELPHIA * PA | 500.00 |
| 10/31 | NONTD ATM DEBIT, *****45160844722, AUT 102916 DDA WITHDRAW<br>1001 N DELAWARE AVENU    PHILADELPHIA * PA | 304.99 |
| 10/31 | NONTD ATM DEBIT, *****45160844722, AUT 102916 DDA WITHDRAW<br>600 NORTH DELAWARE    SPRING GARDEN * PA | 202.50 |
| 10/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 102816 VISA DDA PUR<br>BENJAMIN FRANKLIN BEER    PHILADELPHIA * PA | 28.03 |
| 10/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 102816 VISA DDA PUR<br>CHICK FIL A 02968    KNG OF PRUSSA * PA | 10.48 |
| 10/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 102716 VISA DDA PUR<br>CHICK FIL A 02783    MEDIA * PA | 6.72 |
| 10/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 102716 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.50 |
| 10/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 102816 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 1.50 |
| 11/1 | DEBIT CARD PURCHASE, *****45160844722, AUT 103116 VISA DDA PUR<br>WAWA 8336 00083360    CHERRY HILL T * NJ | 38.42 |
| 11/1 | DEBIT POS, *****45160844722, AUT 110116 DDA PURCHASE<br>THE HOME DEPOT 4188    KING OF PRUSS * PA | 22.05 |
| 11/1 | DEBIT POS, *****45160844722, AUT 110116 DDA PURCHASE<br>WHOLEFDS SOS 101 929 SOU    PHILADELPHIA * PA | 20.46 |
| 11/2 | DEBIT POS, *****45160844722, AUT 110216 DDA PURCHASE<br>WM SUPERC WAL MART SUP    PHILADELPHIA * PA | 21.47 |
| 11/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 103116 VISA DDA PUR<br>WOOPS CHERRY HILL    CHERRY HILL * NJ | 15.00 |
| 11/2 | DEBIT CARD PAYMENT, *****45160844722, AUT 110116 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM * CA | 10.79 |
| 11/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 103116 VISA DDA PUR<br>CHARLEYS PHILLY STEAKS    CHERRY HILL * NJ | 7.15 |
| 11/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 103116 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.75 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 6
Statement Period: Oct 24 2016-Nov 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 103116 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.75 |
| 11/4 | DEBIT POS, *****45160844722, AUT 110416 DDA PURCHASE<br>WAWA 198    CONCORDVILLE * PA | 35.32 |
| 11/4 | DEBIT CARD PURCHASE, *****45160844722, AUT 110216 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 2.50 |
| 11/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 110316 VISA DDA PUR<br>DELTA AIR  006236282503  DELTA COM  * CA | 325.20 |
| 11/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 110516 VISA DDA PUR<br>DELTA AIR  006236282503  DELTA COM  * CA | 325.20 |
| 11/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 110516 VISA DDA PUR<br>DELTA AIR  006236282503  DELTA COM  * CA | 325.20 |
| 11/7 | DEBIT CARD PAYMENT, *****45160844722, AUT 110516 VISA DDA PUR<br>NEW JERSEY E ZPASS    888 288 6865 * NJ | 25.00 |
| 11/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 110416 VISA DDA PUR<br>NAF NAF GRILL 025    KING OF PRUSS * PA | 21.36 |
| 11/7 | DEBIT POS, *****45160844722, AUT 110716 DDA PURCHASE<br>WHOLEFDS SOS 101 929 SOU   PHILADELPHIA * PA | 9.95 |
| 11/7 | DEBIT POS, *****45160844722, AUT 110416 DDA PURCHASE<br>02668 ACME    PHILADELPHIA * PA | 8.38 |
| 11/7 | DEBIT POS, *****45160844722, AUT 110616 DDA PURCHASE<br>SHOPRITE FREEHOLD S1 3    FREEHOLD  * NJ | 7.15 |
| 11/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 110316 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 3.00 |
| 11/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 110416 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 11/8 | DEBIT CARD PURCHASE, *****45160844722, AUT 110616 VISA DDA PUR<br>REMINGTON    CLARKSBURG  * NJ | 49.67 |
| 11/8 | DEBIT CARD PURCHASE, *****45160844722, AUT 110616 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 6.00 |
| 11/9 | DEBIT POS, *****45160844722, AUT 110916 DDA PURCHASE<br>SHOPRITE WHITMANPLZ S1    PHILADELPHIA * PA | 68.19 |
| 11/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 110716 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 5.00 |
| 11/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 110716 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 3.75 |
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110816 VISA DDA PUR<br>THE HOME DEPOT 4188   KNG OF PRUSSA * PA | 73.33 |
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110816 VISA DDA PUR<br>WEGMANS KING 48    KING OF PRUSS * PA | 8.80 |
| 11/14 | DEBIT POS, *****45160844722, AUT 111116 DDA PURCHASE<br>7 ELEVEN    TREVOSE  * PA | 36.16 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 6
Statement Period: Oct 24 2016-Nov 23 2016
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 111116 VISA DDA PUR<br>SOUTHPORT PLAZA CORP     PHILADELPHIA * PA | 30.81 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 110916 VISA DDA PUR<br>NORAS MEXICAN GRILL INC    PHILADELPHIA * PA | 17.27 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 111216 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 6.00 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 110916 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 6.00 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 110916 VISA DDA PUR<br>PPA ON STREET METERS  P   PHILADELPHIA * PA | 4.25 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 111016 VISA DDA PUR<br>CHICK FIL A 01665       PHILADELPHIA * PA | 3.77 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 110916 VISA DDA PUR<br>PPA ON STREET METERS  P   PHILADELPHIA * PA | 2.50 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 111016 VISA DDA PUR<br>PPA ON STREET METERS  P   PHILADELPHIA * PA | 2.25 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 110916 VISA DDA PUR<br>PPA ON STREET METERS  P   PHILADELPHIA * PA | 1.75 |
| 11/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 110916 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 1.50 |
| 11/15 | DEBIT POS, *****45160844722, AUT 111516 DDA PURCHASE<br>02668 ACME            PHILADELPHIA * PA | 25.79 |
| 11/15 | DEBIT CARD PURCHASE, *****45160844722, AUT 111316 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 4.50 |
| 11/15 | DEBIT CARD PURCHASE, *****45160844722, AUT 111316 VISA DDA PUR<br>PPA ON STREET METERS  P   PHILADELPHIA * PA | 2.50 |
| 11/16 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 1116 | 124.23 |
| 11/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 111416 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 4.00 |
| 11/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 111616 VISA DDA PUR<br>WAWA 965   00009654     PENNSAUKEN * NJ | 26.75 |
| 11/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 111516 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 1.50 |
| 11/18 | DEBIT CARD PURCHASE, *****45160844722, AUT 111716 VISA DDA PUR<br>TAGUE LUMBER OF MEDIA    MEDIA      * PA | 337.64 |
| 11/18 | DEBIT POS, *****45160844722, AUT 111816 DDA PURCHASE<br>MICRO CENTER SAI 550 EAS  ST DAVIDS  * PA | 233.17 |
| 11/18 | DEBIT CARD PURCHASE, *****45160844722, AUT 111616 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 2.25 |
| 11/18 | DEBIT CARD PURCHASE, *****45160844722, AUT 111616 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 1.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | Oct 24 2016-Nov 23 2016 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | 431-5293029 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 111816 VISA DDA PUR<br>BEAU RIVAGE ADV DEP    8552755733   * MS | 65.58 |
| 11/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 111716 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 2.00 |
| 11/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 111716 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 1.50 |
| 11/22 | DEBIT POS, *****45160844722, AUT 112216 DDA PURCHASE<br>JETRO CASH  CARRY       PHILADELPHIA * PA | 4.50 |
| | Subtotal: | 3,952.71 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22 | MINI STMT PREAUTH, *****45160844722, AUT 112216 MINISTMT PREAUTH<br>399 MARKET ST       PHILADELPHIA * PA | 0.00 |
| 11/23 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/23 | -384.51 | 11/9 | 694.58 |
| 10/24 | 3,615.49 | 11/10 | 612.45 |
| 10/25 | 3,441.97 | 11/14 | 1,300.19 |
| 10/27 | 3,410.17 | 11/15 | 800.72 |
| 10/28 | 3,118.51 | 11/16 | 672.49 |
| 10/31 | 2,060.79 | 11/17 | 644.24 |
| 11/1 | 1,979.86 | 11/18 | 69.68 |
| 11/2 | 1,917.95 | 11/21 | 0.60 |
| 11/4 | 1,880.13 | 11/22 | 4,771.10 |
| 11/7 | 827.19 | 11/23 | 5,061.10 |
| 11/8 | 771.52 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender