*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mayur Patel
    Debtor(s)

Case No: 15−11648−amc
Chapter: 11

___

*STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Ashely M. Chan ,

United States Bankruptcy Court

on 4/26/17 at 11:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107 .

Status Hearing

For The Court

Timothy B. McGrath
Clerk of Court

215
Form 150