United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11648-amc
Mayur Patel                                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia          Page 1 of 1            Date Rcvd: Mar 21, 2017
                              Form ID: 150             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db              +Mayur Patel,   6 South Strawberry Street,   Unit 1,   Philadelphia, PA 19106-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
        AMY E. VULPIO    on behalf of Creditor    Toroni Real Estate Partnership
         vulpioa@whiteandwilliams.com
        ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        EDMOND M. GEORGE    on behalf of Debtor    SJM Limited, LLC
         angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
         acello@obermayer.com;elizabeth.o'connell@obermayer.com
        EDMOND M. GEORGE    on behalf of Debtor Mayur   Patel
         angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
         acello@obermayer.com;elizabeth.o'connell@obermayer.com
        JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Toroni Real Estate Partnership
         vandermarkj@whiteandwilliams.com
        JEREMY JOHN KOBESKI    on behalf of Creditor    JPMorgan Chase Bank National Association
         paeb@fedphe.com
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        MICHAEL D. VAGNONI    on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com,
         michele.emory@obermayer.com;Lucille.acello@obermayer.com
        MICHAEL D. VAGNONI    on behalf of Debtor    SJM Limited, LLC michael.vagnoni@obermayer.com,
         michele.emory@obermayer.com;Lucille.acello@obermayer.com
        THOMAS I. PULEO    on behalf of Creditor    Capital One, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                              TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Mayur Patel

           Debtor(s)                                   Case No: 15−11648−amc

                                                        Chapter: 11

_____

### STATUS HEARING

To the debtor, debtor's counsel, and any party in interest:

      NOTICE is hereby given that a Status hearing will be held before the Honorable Ashely M. Chan ,

United States Bankruptcy Court

on 4/26/17 at 11:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107 .

      Status Hearing

                                           For The Court

                                         Timothy B. McGrath
                                         Clerk of Court