# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
### DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Mayur Patel | } | CASE NUMBER:  15-11648 |
| | | } | |
| | | } | |
| | | } | JUDGE |
| | | } | |
| | DEBTOR. | } | CHAPTER 11 |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM _1-Feb-17_ TO _28-Feb-17_

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _3/19/2017_

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803_____

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note:  *The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.*
*Monthly Operating Reports must be filed by the 20th day of the following month.*

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $3,567.93 | $3,567.93 |
| CASH- Beginning of Month (Business) | 0 | 0 |
| | | |
| Total Household Receipts | $4,003.02 | $248,638.70 |
| Total Business Receipts | | |
| Total Receipts | $4,003.02 | $248,638.70 |
| | | |
| Total Household Disbursements | 9,320.96 | 250,231.46 |
| Total Business Disbursements | | |
| Total Disbursements | 9,320.96 | 250,231.46 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -5317.94 | -5,317.94 |
| | | |
| CASH- End of Month (Individual) | -214.44 | -214.44 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 9,320.96 | 250,231.46 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 9,320.96 | 250,231.46 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_____ day of ____Feb_____ 2017___.

Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $3,567.93 | $3,567.93 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $4,003.02 | $4,003.02 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| (credit card refund from previous debits | $1,536 | 1535.57 |
| **TOTAL RECEIPTS** | $5,539.02 | 5,539.02 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 0 | |
| Household Repairs & Maintenance | 4,663.67 | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 718.61 | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | 2570.22 | |
| Travel & Entertainment | 87 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 430.47 | |
| Vehicle Expenses | 525.99 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| Banking fee plus check printing | | |
| | | |
| **Total Household Disbursements** | $9,320.96 | 1,730.67 |
| | | |
| **CASH** - End of Month (Must equal reconciled bank statement-Attachment No. 2) | ($214.44) | -214.44 |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. | Have any post-petition loans been received by the debtor from any party? | | x |
| 6. | Are any post-petition payroll taxes past due? | | x |
| 7. | Are any post-petition state or federal income taxes past due? | | x |
| 8. | Are any post-petition state or local sales taxes past due? | | x |
| 9. | Are any post-petition real estate taxes past due? | | x |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. | Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. | Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| TYPE of POLICY | and CARRIER | | | |
| Car Insurance  Erie Insurance company | | 5/10/2014    5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | | 11/27/2014   11/27/2015 | $1,867  yearly | 0 |
| | | | | |
| | | | | |
| | | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. Balance per Bank Statement | 3,567.93 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 5,539 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 9,320.96 | | | |
| 5. Month End Balance (Must Agree with Books) | -214.44 | | | |
| TOTAL OF ALL ACCOUNTS | | | | ($214.44) |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

ATTACHMENT NO. 3A

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**                    k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 182 | 30-Jan | US Trustee | fees | $325.00 |
| 183 | 30-Jan | Chop medical bill | medical | $718.61 |
| 184 | 1-Feb | IRS | taxes | $1,529.22 |
| 185 | 2-Feb | IRS | taxes | $1,041.10 |
| 186 | 30-Jan | PPA | Violations | $87.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

 **Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT



7897-MTD010402241708445-000000

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA  19106-

| | |
|---|---|
| Page: | 1 of 8 |
| Statement Period: | Jan 24 2017-Feb 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | 8029 |

## Chapter 11 Checking

MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # 431-5293029

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,567.93 | Average Collected Balance | 1,154.90 |
| Deposits | 4,003.02 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 536.80 | Days in Period | 31 |
| Other Credits | 998.77 | | |
| Checks Paid | 4,699.70 | | |
| Electronic Payments | 4,121.26 | | |
| Other Withdrawals | 500.00 | | |
| Ending Balance | -214.44 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $105.00 | $105.00 |
| Total Returned Item Fees (NSF) | $70.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/30 | DEPOSIT | 4,003.02 |
| | Subtotal: | 4,003.02 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/25 | DEBIT CARD CREDIT, *****45160844722, AUT 012517 VISA DDA REF LOWES 01849      PHILADELPHIA * PA | 20.07 |
| 1/30 | POS CREDIT, *****45160844722, AUT 012917 DDA PURCH REF WAL MART SUPER CENTER      PHILADELPHIA * PA | 86.26 |
| 2/22 | ACH RETURNED ITEM, PECOENERGY UTIL_BIL ****764089 0221 | 430.47 |
| | Subtotal: | 536.80 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/22 | RETURNED ITEM | 998.77 |
| | Subtotal: | 998.77 |

**Checks Paid**    No. Checks: 6    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 1/30 | 182 | 325.00 | 2/2 | 185 | 1,041.10 |
| 1/30 | 183 | 718.61 | 1/30 | 186 | 87.00 |
| 2/1 | 184 | 1,529.22 | 2/21 | 188* | 998.77 |
| | | | | Subtotal: | 4,699.70 |



# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | -214.44 |
|---|---|
| ❷ Total Deposits | + |
| Sub Total | |
| ❸ Total Withdrawals | - |
| ❹ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❸ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# **TD** Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page:                          3 of 8
Statement Period:    Jan 24 2017-Feb 23 2017
Cust Ref #:              4315293029-039-T-###
Primary Account #:                        3029

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 012317 VISA DDA PUR<br>SILA HEATING  AC     610 4919400  * PA | 119.00 |
| 1/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 012217 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 6.25 |
| 1/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 012317 VISA DDA PUR<br>AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 172.88 |
| 1/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 012317 VISA DDA PUR<br>AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 106.17 |
| 1/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 012317 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.50 |
| 1/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 012317 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.75 |
| 1/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 012417 VISA DDA PUR<br>NEW JERSEY E ZPASS     NEWARK    * NJ | 150.00 |
| 1/26 | NONTD ATM DEBIT, *****45160844722, AUT 012517 DDA WITHDRAW<br>202 MARKET STREET       PHILADELPHIA * PA | 101.50 |
| 1/26 | DEBIT POS, *****45160844722, AUT 012617 DDA PURCH W/CB<br>CVS PHARM 00808 101 P    SECAUCUS    * NJ | 49.99 |
| 1/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 012617 VISA DDA PUR<br>WAWA 8316   00083162    MAPLE SHADE  * NJ | 36.91 |
| 1/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 012617 VISA DDA PUR<br>PUTNAM TRUCK STOP       JERSEY CITY  * NJ | 33.26 |
| 1/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 012617 VISA DDA PUR<br>LUKOIL 69708        PHILADELPHIA * PA | 14.37 |
| 1/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 012517 VISA DDA PUR<br>PPA ON STREET METERS  P   PHILADELPHIA * PA | 5.00 |
| 1/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 012517 VISA DDA PUR<br>PPA ON STREET METERS  P   PHILADELPHIA * PA | 2.75 |
| 1/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 012517 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.75 |
| 1/30 | DEBIT POS, *****45160844722, AUT 012917 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP     PHILADELPHIA * PA | 192.59 |
| 1/30 | DEBIT POS, *****45160844722, AUT 013017 DDA PURCHASE<br>RESTORATION HARDWARE 1     POTTSTOWN    * PA | 79.38 |
| 1/30 | DEBIT POS, *****45160844722, AUT 012817 DDA PURCH W/CB<br>07992 ACME        VOORHEES   * NJ | 69.68 |
| 1/30 | DEBIT POS, *****45160844722, AUT 012817 DDA PURCH W/CB<br>CVS PHARM 10526 259 M    PHILADELPHIA * PA | 42.59 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012817 VISA DDA PUR<br>AMAZON MKTPLACE PMTS      AMZN COM BILL * WA | 19.98 |
| 1/30 | DEBIT POS, *****45160844722, AUT 013017 DDA PURCHASE<br>LOWE S  1047 200 B MIL    OAKS     * PA | 19.59 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page:                          4 of 8
Statement Period:    Jan 24 2017-Feb 23 2017
Cust Ref #:              4315293029-039-T-###
Primary Account #:        ████93029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012817 VISA DDA PUR<br>SUBZI MANDI         CHERRY HILL   * NJ | 13.81 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012717 VISA DDA PUR<br>NORAS MEXICAN GRILL INC    PHILADELPHIA * PA | 12.96 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012917 VISA DDA PUR<br>KFC K071094         CHERRY HILL   * NJ | 11.22 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012717 VISA DDA PUR<br>MCDONALD S F23433        PHILADELPHIA * PA | 5.40 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012717 VISA DDA PUR<br>CHICK FIL A  00437        PHILADELPHIA * PA | 3.89 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012717 VISA DDA PUR<br>PPA ON STREET METERS  P     PHILADELPHIA * PA | 2.25 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012617 VISA DDA PUR<br>PPA ON STREET METERS  P     PHILADELPHIA * PA | 1.50 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012717 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 1.50 |
| 1/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 012717 VISA DDA PUR<br>RADNOR TOWNSHIP      WAYNE     * PA | 0.50 |
| 1/31 | DEBIT POS, *****45160844722, AUT 013117 DDA PURCHASE<br>RITE AID STORE  11124    PHILADELPHIA * PA | 32.79 |
| 1/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 012917 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 3.75 |
| 1/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 012917 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 2.50 |
| 2/1 | DEBIT CARD PURCHASE, *****45160844722, AUT 013117 VISA DDA PUR<br>TMOBILE POSTPAID IVR    800 937 8997 * WA | 151.64 |
| 2/1 | DEBIT CARD PURCHASE, *****45160844722, AUT 013017 VISA DDA PUR<br>AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 33.67 |
| 2/1 | DEBIT CARD PURCHASE, *****45160844722, AUT 013017 VISA DDA PUR<br>PPA ON STREET METERS P    PHILADELPHIA * PA | 3.25 |
| 2/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 013017 VISA DDA PUR<br>HOMEDEPOT COM        800 430 3376  * GA | 76.32 |
| 2/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 013117 VISA DDA PUR<br>8737 SWEAT WAVERLY      PHILADELPHIA * PA | 56.00 |
| 2/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 020117 VISA DDA PUR<br>POTTERY BARN E COMMERC    800 922 9934 * CA | 26.50 |
| 2/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 013117 VISA DDA PUR<br>CONOCO  4400 MARKET ST   PHILADELPHIA * PA | 20.23 |
| 2/2 | DEBIT CARD PAYMENT, *****45160844722, AUT 020117 VISA DDA PUR<br>NETFLIX COM         NETFLIX COM * CA | 12.95 |
| 2/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 013117 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 2.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 5 of 8 |
| Statement Period: | Jan 24 2017-Feb 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | ███████3029 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/3 | ELECTRONIC CK PMT-ARC, ERIE INSURANCE 1256038677 0187 | 155.00 |
| 2/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 020217 VISA DDA PUR AVALON FLOORING      KING OF PRUSS * PA | 139.49 |
| 2/3 | DEBIT POS, *****45160844722, AUT 020317 DDA PURCHASE AMERICAN AUTO W      WAYNE      * PA | 27.57 |
| 2/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 020117 VISA DDA PUR PPA ON STREET METERS      PHILADELPHIA * PA | 1.50 |
| 2/6 | TD ATM DEBIT, *****45160844722, AUT 020617 DDA WITHDRAW 399 MARKET ST      PHILADELPHIA * PA | 200.00 |
| 2/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 020217 VISA DDA PUR THE HOME DEPOT 4142      FOLSOM      * PA | 148.61 |
| 2/6 | DEBIT POS, *****45160844722, AUT 020417 DDA PURCH W/CB SHOPRITE WHITMANPLZ S1      PHILADELPHIA * PA | 129.09 |
| 2/6 | DEBIT POS, *****45160844722, AUT 020617 DDA PURCHASE SUNOCO 00119842      PHILADELPHIA * PA | 42.04 |
| 2/6 | DEBIT POS, *****45160844722, AUT 020417 DDA PURCHASE WINE  SPIRITS  05134      PHILADELPHIA * PA | 21.59 |
| 2/6 | DEBIT POS, *****45160844722, AUT 020517 DDA PURCHASE WINE  SPIRITS  05134      PHILADELPHIA * PA | 21.59 |
| 2/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 020217 VISA DDA PUR JAKES SANDWICH BOARD      PHILADELPHIA * PA | 11.88 |
| 2/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 020317 VISA DDA PUR CHIPOTLE 1417      WAYNE      * PA | 11.71 |
| 2/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 020417 VISA DDA PUR SQ HAPPILY EVER AFTER      PHILADELPHIA * PA | 8.25 |
| 2/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 020417 VISA DDA PUR PPA ON STREET METERS      PHILADELPHIA * PA | 5.00 |
| 2/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 020417 VISA DDA PUR PPA ON STREET METERS      PHILADELPHIA * PA | 4.75 |
| 2/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 020217 VISA DDA PUR PPA ON STREET METERS      PHILADELPHIA * PA | 4.00 |
| 2/7 | DEBIT POS, *****45160844722, AUT 020717 DDA PURCH W/CB WHOLEFDS SOS 101 929 SOU      PHILADELPHIA * PA | 126.72 |
| 2/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 020517 VISA DDA PUR DAVE  BUSTERS 5 POWERC   PHILADELPHIA * PA | 100.00 |
| 2/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 020517 VISA DDA PUR SHELL OIL 57542380001      PHILADELPHIA * PA | 15.12 |
| 2/7 | DEBIT POS, *****45160844722, AUT 020717 DDA PURCHASE 7 ELEVEN      PHILADELPHIA * PA | 9.95 |
| 2/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 020717 VISA DDA PUR UBER   US FEB07 G6BYU      HELP UBER COM * CA | 6.41 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page:                    6 of 8
Statement Period:    Jan 24 2017-Feb 23 2017
Cust Ref #:               4315293029-039-T-###
Primary Account #:                        3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 020617 VISA DDA PUR | 5.83 |
| | UBER  US FEB06 5KX3W      HELP UBER COM * CA | |
| 2/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 020517 VISA DDA PUR | 0.50 |
| | PPA ON STREET METERS      PHILADELPHIA * PA | |
| 2/8 | DEBIT CARD PURCHASE, *****45160844722, AUT 020717 VISA DDA PUR | 75.28 |
| | TANGO                PHILADELPHIA * PA | |
| 2/8 | DEBIT CARD PURCHASE, *****45160844722, AUT 020717 VISA DDA PUR | 5.00 |
| | UBER US FEB07 H2HN2 HELP  800 5928996 * CA | |
| 2/9 | DEBIT POS, *****45160844722, AUT 020917 DDA PURCHASE | 93.81 |
| | T MOBILE  9873          EDISON       * NJ | |
| 2/9 | DEBIT POS, *****45160844722, AUT 020917 DDA PURCH W/CB | 84.33 |
| | STOP  SHOP 0897          PISCATAWAY  * NJ | |
| 2/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 020717 VISA DDA PUR | 53.91 |
| | HAN DYNASTY              PHILADELPHIA * PA | |
| 2/9 | DEBIT POS, *****45160844722, AUT 020917 DDA PURCHASE | 21.38 |
| | T MOBILE  9873          EDISON       * NJ | |
| 2/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 020717 VISA DDA PUR | 2.50 |
| | PPA ON STREET METERS      PHILADELPHIA * PA | |
| 2/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 020717 VISA DDA PUR | 1.25 |
| | PPA ON STREET METERS      PHILADELPHIA * PA | |
| 2/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 020717 VISA DDA PUR | 1.25 |
| | PPA ON STREET METERS      PHILADELPHIA * PA | |
| 2/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 020917 VISA DDA PUR | 23.81 |
| | WAWA 8316    00083162    MAPLE SHADE * NJ | |
| 2/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 020817 VISA DDA PUR | 3.54 |
| | CHICK FIL A  02968        KNG OF PRUSSA * PA | |
| 2/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 020817 VISA DDA PUR | 2.50 |
| | PPA ON STREET METERS      PHILADELPHIA * PA | |
| 2/13 | TD ATM DEBIT, *****45160844722, AUT 021117 DDA WITHDRAW | 200.00 |
| | 399 MARKET ST          PHILADELPHIA * PA | |
| 2/13 | DEBIT POS, *****45160844722, AUT 021117 DDA PURCH W/CB | 80.88 |
| | SHOPRITE WHITMANPLZ S1      PHILADELPHIA * PA | |
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 021117 VISA DDA PUR | 6.00 |
| | PPA ON STREET METERS      PHILADELPHIA * PA | |
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 021117 VISA DDA PUR | 5.97 |
| | UBER  US FEB11 RQQ25      HELP UBER COM * CA | |
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 021117 VISA DDA PUR | 5.97 |
| | UBER  US FEB11 WDL44      HELP UBER COM * CA | |
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 021217 VISA DDA PUR | 5.85 |
| | UBER  US FEB11 DTSSB      HELP UBER COM * CA | |
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 021117 VISA DDA PUR | 5.00 |
| | UBER  US FEB11 IESDE      HELP UBER COM * CA | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 7 of 8 |
| Statement Period: | Jan 24 2017-Feb 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | ████████3029 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 021017 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 4.25 |
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 020917 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 4.00 |
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 021117 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 2.75 |
| 2/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 021017 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 1.50 |
| 2/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 021217 VISA DDA PUR<br>MCDONALD S F6919        PHILADELPHIA * PA | 6.79 |
| 2/15 | DEBIT CARD PURCHASE, *****45160844722, AUT 021317 VISA DDA PUR<br>AMAZON COM        AMZN COM BILL * WA | 43.24 |
| 2/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 021417 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 2.75 |
| 2/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 021417 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 2.50 |
| 2/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 021417 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 0.75 |
| 2/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 021617 VISA DDA PUR<br>GULF OIL 92052157        BRYN MAWR    * PA | 40.44 |
| 2/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 021517 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA * PA | 1.00 |
| 2/21 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0221 | 430.47 |
| 2/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 021717 VISA DDA PUR<br>MCDONALD S F6919        PHILADELPHIA * PA | 2.47 |
| | Subtotal: | 4,121.26 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/30 | DEBIT | 325.00 |
| 2/21 | OVERDRAFT PD | 70.00 |
| 2/22 | OVERDRAFT RET | 70.00 |
| 2/22 | OVERDRAFT PD | 35.00 |
| | Subtotal: | 500.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 1/23 | 3,567.93 | 1/31 | 4,900.71 |
| 1/24 | 3,442.68 | 2/1 | 3,182.93 |
| 1/25 | 3,179.45 | 2/2 | 1,947.83 |
| 1/26 | 2,877.96 | 2/3 | 1,624.27 |
| 1/27 | 2,782.92 | 2/6 | 1,015.76 |
| 1/30 | 4,939.75 | 2/7 | 751.23 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 8 of 8 |
| Statement Period: | Jan 24 2017-Feb 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | 8029 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 2/8 | 670.95 | 2/15 | 10.47 |
| 2/9 | 412.52 | 2/16 | 4.47 |
| 2/10 | 382.67 | 2/17 | -36.97 |
| 2/13 | 60.50 | 2/21 | -1,538.68 |
| 2/14 | 53.71 | 2/22 | -214.44 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender