## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
## _____ DIVISION

| | | |
|---|---|---|
| IN RE: | Mayur Patel | } CASE NUMBER: 15-11648 |
| | | } |
| | | } |
| | | } JUDGE |
| | | } |
| | DEBTOR. | } CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM     1-Mar-17     TO     31-Mar-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   3/19/2017                                              _[signature] Mayur Patel_

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)   Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | ($214.44) | ($214.44) |
| CASH- Beginning of Month (Business) | 0 | 0 |
| | | |
| Total Household Receipts | $6,226.64 | $254,865.34 |
| Total Business Receipts | | |
| Total Receipts | $6,226.64 | $254,865.34 |
| | | |
| Total Household Disbursements | 6,642.20 | 256,873.66 |
| Total Business Disbursements | | |
| Total Disbursements | 6,642.20 | 256,873.66 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -415.56 | -2,008.32 |
| | | |
| CASH- End of Month (Individual) | 40.20 | 40.20 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 6,642.20 | 256,873.66 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 6,642.20 | 256,873.66 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_ day of ___March___ 2017___.                    _/s/ Mayur Patel_
                                                            Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | ($214.44) | ($214.44) |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $5,227.87 | $5,227.87 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
| (credit card refund from previous debits | $998.77 | 998.77 |
| **TOTAL RECEIPTS** | $6,226.64 | 6,226.64 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 4684.57 |  |
| Household Repairs & Maintenance |  |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | 0 |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) | 0 |  |
| Travel & Entertainment | 86 |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 803.14 |  |
| Vehicle Expenses | 329.29 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | 0 |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Banking fee plus check printing | 70 |  |
|  |  |  |
| **Total Household Disbursements** | $0.00 | 0.00 |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | $40.20 | 40.20 |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE ||||
|---|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance  Erie Insurance company | 5/10/2014   5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | 11/27/2014   11/27/2015 | $1,867  yearly | 0 |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**             **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | -214.44 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 6,227 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 5,973.00 | | | |
| 5. Month End Balance (Must Agree with Books) | 40.20 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $40.20 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT -**                              **ATTACHMENT NO. 3A**
**INDIVIDUAL**

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**                 k8

| Name of Bank | TD |
| --- | --- |
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
| --- | --- | --- | --- | --- |
| 189 | 1-Mar | Comcast | cable 2 months | $404.80 |
| 190 | 1-Mar | Erie | insurance | $477.30 |
| 193 | 20-Mar | PPA | parking ticket | $76.10 |
| | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

7130-MTD0104t032417007626-100000



MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA  19106-

Page: 1 of 6
Statement Period: Feb 24 2017-Mar 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ▇▇▇▇3029

## Chapter 11 Checking
MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # ▇▇▇▇3029

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -214.44 | Average Collected Balance | 466.38 |
| Electronic Deposits | 6,226.64 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Checks Paid | 958.20 | | |
| Electronic Payments | 4,943.80 | | |
| Other Withdrawals | 70.00 | | |
| Ending Balance | 40.20 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $140.00 |
| Total Returned Item Fees (NSF) | $35.00 | $105.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/24 | ATM CHECK DEPOSIT, *****45160844722, AUT 022417 ATM CHECK DEPOSI<br>399 MARKET ST    PHILADELPHIA * PA | 4,000.00 |
| 2/27 | ATM CHECK DEPOSIT, *****45160844722, AUT 022717 ATM CHECK DEPOSI<br>399 MARKET ST    PHILADELPHIA * PA | 7.87 |
| 3/6 | ACH RETURNED ITEM, CITY OF PHILADEL REDEPCHECK 188    3789 | 998.77 |
| 3/6 | ATM CASH DEPOSIT, *****45160844722, AUT 030317 ATM CASH DEPOSIT<br>399 MARKET ST    PHILADELPHIA * PA | 600.00 |
| 3/20 | ATM CASH DEPOSIT, *****45160844722, AUT 032017 ATM CASH DEPOSIT<br>100 DEKALB PIKE    KING OF PRUSS * PA | 460.00 |
| 3/22 | ATM CASH DEPOSIT, *****45160844722, AUT 032217 ATM CASH DEPOSIT<br>4020 CITY LINE AVE    PHILADELPHIA * PA | 160.00 |
| | Subtotal: | 6,226.64 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 3/1 | 189 | 404.80 | 3/20 | 193* | 76.10 |
| 3/1 | 190 | 477.30 | | | |
| | | | | Subtotal: | 958.20 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 022417 VISA DDA PUR<br>POTTERY BARN E COMMERC    800 922 9934 * CA | 80.56 |
| 2/27 | TD ATM DEBIT, *****45160844722, AUT 022617 DDA WITHDRAW<br>212 LANCASTER AVENUE    WAYNE    * PA | 600.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page:   2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    40.20

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    −

❺ Adjusted Balance

7130-1-3

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** ❷ |  |  |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** ❹ |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 3 of 6
Statement Period: Feb 24 2017-Mar 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/27 | DEBIT POS, *****45160844722, AUT 022517 DDA PURCHASE<br>SHOPRITE WHITMANPLZ S1    PHILADELPHIA  * PA | 63.73 |
| 2/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 022617 VISA DDA PUR<br>SHAKE SHACK  1173        646 747 7200  * PA | 8.88 |
| 2/27 | DEBIT POS, *****45160844722, AUT 022717 DDA PURCHASE<br>USPS PO 4 615 CHESTNUT    PHILADELPHIA  * PA | 6.65 |
| 2/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 022517 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA  * PA | 1.25 |
| 2/28 | ACH DEBIT, PECOENERGY RETRY PYMT ****764089 0221 | 430.47 |
| 2/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 022717 VISA DDA PUR<br>OVR O CO OVERSTOCK COM    800 8432446  * UT | 238.49 |
| 2/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 022717 VISA DDA PUR<br>TMOBILE POSTPAID TEL    800 937 8997  * WA | 151.10 |
| 2/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 022717 VISA DDA PUR<br>PHILADELPHIA PK AUTH WEB    888 5913636  * PA | 90.50 |
| 2/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 022717 VISA DDA PUR<br>POTTERY BARN E COMMERC    800 922 9934  * CA | 48.76 |
| 2/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 022617 VISA DDA PUR<br>AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 31.71 |
| 2/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 022717 VISA DDA PUR<br>POTTERY BARN E COMMERC    800 922 9934  * CA | 25.44 |
| 2/28 | DEBIT POS, *****45160844722, AUT 022717 DDA PURCHASE<br>CVS PHARM 10526  259 M    PHILADELPHIA  * PA | 8.88 |
| 3/1 | NONTD ATM DEBIT, *****45160844722, AUT 030117 DDA WITHDRAW<br>CARDTRONICS CCT1        EDISON    * NJ | 203.25 |
| 3/1 | DEBIT CARD PAYMENT, *****45160844722, AUT 022817 VISA DDA PUR<br>ABC SWEAT          888 8279262  * PA | 56.00 |
| 3/1 | DEBIT CARD PURCHASE, *****45160844722, AUT 022817 VISA DDA PUR<br>PHILADELPHIA PK AUTH WEB    888 5913636  * PA | 39.50 |
| 3/1 | DEBIT POS, *****45160844722, AUT 022817 DDA PURCHASE<br>SHOPRITE WHITMANPLZ S1    PHILADELPHIA  * PA | 38.35 |
| 3/1 | DEBIT CARD PURCHASE, *****45160844722, AUT 022817 VISA DDA PUR<br>SOUTHPORT PLAZA CORP    PHILADELPHIA  * PA | 22.01 |
| 3/1 | DEBIT CARD PURCHASE, *****45160844722, AUT 022717 VISA DDA PUR<br>WENDY S 3079          HAVERFORD    * PA | 3.16 |
| 3/2 | TD ATM DEBIT, *****45160844722, AUT 030217 DDA WITHDRAW<br>1500 JFK BOULEVARD      PHILADELPHIA  * PA | 60.00 |
| 3/2 | DEBIT CARD PAYMENT, *****45160844722, AUT 030117 VISA DDA PUR<br>NETFLIX COM        NETFLIX COM  * CA | 12.95 |
| 3/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 022817 VISA DDA PUR<br>MCDONALD S F6919      PHILADELPHIA  * PA | 7.01 |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 6
Statement Period: Feb 24 2017-Mar 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ####3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 022817 VISA DDA PUR<br>WENDY S 3079    HAVERFORD   * PA | 4.87 |
| 3/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 022817 VISA DDA PUR<br>CHICK FIL A 01665    PHILADELPHIA * PA | 3.61 |
| 3/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 022817 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 3/2 | DEBIT CARD PURCHASE, *****45160844722, AUT 022817 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.50 |
| 3/3 | CCD DEBIT, CITY OF PHILADEL REDEPCHECK 188    3789 | 998.77 |
| 3/3 | CCD DEBIT, CITY OF PHILADEL RETURN FEE ****6-030173790 | 20.00 |
| 3/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 030117 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 3/6 | DEBIT POS, *****45160844722, AUT 030417 DDA PURCH W/CB<br>SHOPRITE WHITMANPLZ S1    PHILADELPHIA * PA | 87.10 |
| 3/6 | DEBIT POS, *****45160844722, AUT 030517 DDA PURCHASE<br>TOYS R US 8309    PHILADELPHIA * PA | 65.63 |
| 3/6 | DEBIT POS, *****45160844722, AUT 030417 DDA PURCHASE<br>WINE SPIRITS 05134    PHILADELPHIA * PA | 33.46 |
| 3/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 030217 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 6.00 |
| 3/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 030417 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 5.50 |
| 3/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 030417 VISA DDA PUR<br>CHICK FIL A 01665    PHILADELPHIA * PA | 4.96 |
| 3/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 030217 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 3/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 030517 VISA DDA PUR<br>SUNOCO 0001544605    PRINCETON   * NJ | 48.51 |
| 3/8 | DEBIT POS, *****45160844722, AUT 030817 DDA PURCHASE<br>RITE AID STORE 0242    PHILADELPHIA * PA | 4.99 |
| 3/8 | DEBIT CARD PURCHASE, *****45160844722, AUT 030617 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.75 |
| 3/9 | TD ATM DEBIT, *****45160844722, AUT 030917 DDA WITHDRAW<br>1060 1068 STELTON ROAD    PISCATAWAY   * NJ | 300.00 |
| 3/9 | DEBIT POS, *****45160844722, AUT 030817 DDA PURCHASE<br>RITE AID STORE 0242    PHILADELPHIA * PA | 14.99 |
| 3/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 030717 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 3/9 | DEBIT CARD PURCHASE, *****45160844722, AUT 030717 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.50 |
| 3/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 030917 VISA DDA PUR<br>SOUTHPORT PLAZA CORP    PHILADELPHIA * PA | 42.02 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 6
Statement Period: Feb 24 2017-Mar 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 030917 VISA DDA PUR<br>MEINEKE CAR CARE 0249    SOUTH PLAINFI * NJ | 32.00 |
| 3/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 030817 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.75 |
| 3/13 | DEBIT POS, *****45160844722, AUT 031117 DDA PURCHASE<br>SHOPRITE WHITMANPLZ S1    PHILADELPHIA * PA | 92.32 |
| 3/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 031017 VISA DDA PUR<br>POTTERY BARN E COMMERC    800 922 9934 * CA | 25.44 |
| 3/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 030917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 3/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 031617 VISA DDA PUR<br>POTTERY BARN E COMMERC    800 922 9934 * CA | 36.04 |
| 3/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 031517 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 3/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 031917 VISA DDA PUR<br>PAYPAL SAIBABCONSU    402 935 7733 * CA | 150.00 |
| 3/20 | ELECTRONIC CK PMT-ARC, MACYS PAYMENT CHECK PYMT 192 | 83.52 |
| 3/20 | TD ATM DEBIT, *****45160844722, AUT 031917 DDA WITHDRAW<br>399 MARKET ST    PHILADELPHIA * PA | 60.00 |
| 3/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 031717 VISA DDA PUR<br>POTTERY BARN E COMMERC    800 922 9934 * CA | 42.72 |
| 3/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 031817 VISA DDA PUR<br>61527 DAVE BUSTERS G    PHILADELPHIA * PA | 15.00 |
| 3/20 | DEBIT POS, *****45160844722, AUT 031817 DDA PURCHASE<br>7 ELEVEN    PHILADELPHIA * PA | 10.65 |
| 3/20 | DEBIT POS, *****45160844722, AUT 032017 DDA PURCHASE<br>USPS PO 4 3000 CHESTNU    PHILADELPHIA * PA | 8.00 |
| 3/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 031817 VISA DDA PUR<br>MCDONALD S F6919    PHILADELPHIA * PA | 6.91 |
| 3/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 031917 VISA DDA PUR<br>DUNKIN 353528 Q35    PHILADELPHIA * PA | 5.55 |
| 3/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 031917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.75 |
| 3/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 031617 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.00 |
| 3/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 031817 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.00 |
| 3/21 | DEBIT POS, *****45160844722, AUT 032017 DDA PURCHASE<br>WHOLEFDS SOS 101 929 SOU    PHILADELPHIA * PA | 21.69 |
| 3/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 032017 VISA DDA PUR<br>BP 6817357CHESTNUT ST BP    PHILADELPHIA * PA | 20.00 |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 6 of 6
Statement Period: Feb 24 2017-Mar 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 031917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 3/22 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0322 | 359.72 |
| 3/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 032017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 4.50 |
| 3/23 | DEBIT POS, *****45160844722, AUT 032317 DDA PURCHASE<br>SUNOCO 02711117    WAYNE    * PA | 42.53 |
| 3/23 | DEBIT POS, *****45160844722, AUT 032317 DDA PURCHASE<br>RITE AID STORE 0995    WAYNE    * PA | 15.15 |
| 3/23 | DEBIT CARD PURCHASE, *****45160844722, AUT 032117 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 6.00 |
| 3/23 | DEBIT CARD PURCHASE, *****45160844722, AUT 032117 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 4.75 |
| | Subtotal: | 4,943.80 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/27 | OVERDRAFT PD | 35.00 |
| 3/6 | OVERDRAFT RET | 35.00 |
| 3/6 | MINI STMT PREAUTH, *****45160844722, AUT 030317 MINISTMT PREAUTH<br>399 MARKET ST    PHILADELPHIA * PA | 0.00 |
| | Subtotal: | 70.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 2/23 | -214.44 | 3/8 | 916.30 |
| 2/24 | 3,705.00 | 3/9 | 597.31 |
| 2/27 | 2,997.36 | 3/10 | 520.54 |
| 2/28 | 1,972.01 | 3/13 | 399.78 |
| 3/1 | 727.64 | 3/17 | 361.24 |
| 3/2 | 635.20 | 3/20 | 357.04 |
| 3/3 | -386.57 | 3/21 | 312.85 |
| 3/6 | 971.55 | 3/22 | 108.63 |
| 3/7 | 923.04 | 3/23 | 40.20 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender