# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
### DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Mayur Patel | } | CASE NUMBER:  15-11648 |
| | | } | |
| | | } | |
| | | } | JUDGE |
| | | } | |
| | DEBTOR. | } | CHAPTER 11 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM      1-Apr-17      TO      4/31/2017

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    3/19/2017

_(signature)_

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:

Bar No.
Tel.

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $40.20 | $40.20 |
| **CASH- Beginning of Month (Business)** | 0 | 0 |
| | | |
| **Total Household Receipts** | $34,785.87 | $290,251.21 |
| **Total Business Receipts** | | |
| **Total Receipts** | $34,785.87 | $290,251.21 |
| | | |
| **Total Household Disbursements** | 5,505.82 | 262,379.48 |
| **Total Business Disbursements** | | |
| **Total Disbursements** | 5,505.82 | 262,379.48 |
| | | |
| **NET CASH FLOW (Total Receipts minus Total Disbursements)** | 29320.25 | 29,320.25 |
| | | |
| **CASH- End of Month (Individual)** | 29,320.25 | 29,320.25 |
| **CASH- End of Month (Business)** | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | 5,505.82 | 262,379.48 |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | 0 | 0 |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | 5,505.82 | 256,873.66 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_____ day of ____April_____ 2017___.          _Mayur (Patel)_____

Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $40.20 | $40.20 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $34,000.00 | $34,000.00 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) | 600 | 600 |
| (credit card refund from previous debits | $185.87 | 185.87 |
| **TOTAL RECEIPTS** | $34,785.87 | 34,785.87 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 3493.18 |  |
| Household Repairs & Maintenance |  |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | 0 |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) | 0 |  |
| Travel & Entertainment | 0 |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 331.48 |  |
| Vehicle Expenses | 1436.16 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | 0 |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Banking fee plus check printing | 245 |  |
|  |  |  |
|  |  |  |
| **Total Household Disbursements** | $5,505.82 | 0.00 |
|  |  |  |
| **CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2)** | $29,320.25 | 29,320.25 |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. | Have any post-petition loans been received by the debtor from any party? | | x |
| 6. | Are any post-petition payroll taxes past due? | | x |
| 7. | Are any post-petition state or federal income taxes past due? | | x |
| 8. | Are any post-petition state or local sales taxes past due? | | x |
| 9. | Are any post-petition real estate taxes past due? | | x |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. | Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. | Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance  Erie Insurance company | 5/10/2014    5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | 11/27/2014   11/27/2015 | $1,867  yearly | 0 |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:




Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. Balance per Bank Statement | 40.20 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 34,786 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 5,505.82 | | | |
| 5. Month End Balance (Must Agree with Books) | 29,320.25 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $29,320.25 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information    Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3A

CASH DISBURSEMENTS DETAILS - HOUSEHOLD                    k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 195 | 7-Apr | Comcast | cable 2 months | $404.66 |
| 191 | 28-Mar | PPA | parking ticket | $77.00 |
| 194 | 6-Apr | PPA | parking ticket | $76.00 |
| 197 | 10-Apr | PPA | parking ticket | $36.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $593.66 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



**Bank**

America's Most Convenient Bank®



T        STATEMENT OF ACCOUNT

8239-MTD0104t042217069423-000000

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA  19106-

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Mar 24 2017-Apr 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | ▆▆▆3029 |

## Chapter 11 Checking

MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # 431-5293029

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 40.20 | Average Collected Balance | 6,249.39 |
| Deposits | 34,000.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 708.87 | Days in Period | 31 |
| Other Credits | 77.00 | | |
| | | | |
| Checks Paid | 670.66 | | |
| Electronic Payments | 4,590.16 | | |
| Other Withdrawals | 245.00 | | |
| Ending Balance | 29,320.25 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $210.00 | $350.00 |
| Total Returned Item Fees (NSF) | $35.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/27 | DEPOSIT | 4,000.00 |
| 4/17 | DEPOSIT | 15,000.00 |
| 4/18 | DEPOSIT | 15,000.00 |
| | Subtotal: | 34,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/7 | DEBIT CARD CREDIT, *****45160844722, AUT 040717 VISA DDA REF<br>TIRES PLUS 377910        CONSHOHOCKEN * PA | 23.82 |
| 4/11 | ATM CASH DEPOSIT, *****45160844722, AUT 041117 ATM CASH DEPOSIT<br>4020 CITY LINE AVE       PHILADELPHIA * PA | 600.00 |
| 4/12 | POS CREDIT, *****45160844722, AUT 041217 DDA PURCH REF<br>MACY S   400 COMMONS    BRIDGEWATER  * NJ | 59.25 |
| 4/12 | POS CREDIT, *****45160844722, AUT 041217 DDA PURCH REF<br>MACY S   400 COMMONS    BRIDGEWATER  * NJ | 25.80 |
| | Subtotal: | 708.87 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/27 | RETURNED ITEM | 77.00 |
| | Subtotal: | 77.00 |



## Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 29,320.25 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ❹ | | |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days In Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Mar 24 2017-Apr 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | ████3029 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 5    *indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 3/24 | 191 | 77.00 | 4/7 | 195 | 404.66 |
| 3/28 | 191 | 77.00 | 4/10 | 197* | 36.00 |
| 4/6 | 194* | 76.00 | | | |
| | | | | Subtotal: | 670.66 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/24 | DEBIT POS, *****45160844722, AUT 032417 DDA PURCHASE<br>SUNOCO 03632783        WAYNE        * PA | 7.02 |
| 3/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 032217 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA  * PA | 4.00 |
| 3/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 032217 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA  * PA | 1.75 |
| 3/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 032517 VISA DDA PUR<br>POTTERY BARN E COMMERC    800 922 9934 * CA | 324.15 |
| 3/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 032617 VISA DDA PUR<br>AMAZON COM        AMZN COM BILL * WA | 30.37 |
| 3/27 | DEBIT POS, *****45160844722, AUT 032617 DDA PURCHASE<br>WAL MART SUPER CENTER        PHILADELPHIA  * PA | 6.70 |
| 3/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 032717 VISA DDA PUR<br>IKEA PENNS LANDING        PHILADELPHIA  * PA | 11.62 |
| 3/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 032717 VISA DDA PUR<br>PPA ON STREET METERS        PHILADELPHIA  * PA | 4.50 |
| 3/29 | DEBIT CARD PAYMENT, *****45160844722, AUT 032817 VISA DDA PUR<br>ABC SWEAT        888 8279262  * PA | 56.00 |
| 3/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 032717 VISA DDA PUR<br>NORAS MEXICAN GRILL INC    PHILADELPHIA  * PA | 17.27 |
| 3/29 | DEBIT CARD PURCHASE, *****45160844722, AUT 032717 VISA DDA PUR<br>WENDY S  3095        PHILADELPHIA  * PA | 4.63 |
| 3/30 | TD ATM DEBIT, *****45160844722, AUT 033017 DDA WITHDRAW<br>399 MARKET ST        PHILADELPHIA  * PA | 500.00 |
| 4/3 | TD ATM DEBIT, *****45160844722, AUT 040217 DDA WITHDRAW<br>399 MARKET ST        PHILADELPHIA  * PA | 200.00 |
| 4/3 | DEBIT POS, *****45160844722, AUT 040117 DDA PURCH W/CB<br>SHOPRITE WHITMANPLZ S1    PHILADELPHIA  * PA | 164.73 |
| 4/3 | DEBIT CARD PAYMENT, *****45160844722, AUT 040117 VISA DDA PUR<br>NEW JERSEY E ZPASS        888 288 6865 * NJ | 45.00 |
| 4/3 | DEBIT POS, *****45160844722, AUT 040317 DDA PURCHASE<br>AMERICAN AUTO W        WAYNE        * PA | 43.36 |
| 4/3 | DEBIT POS, *****45160844722, AUT 040117 DDA PURCHASE<br>AAO 0029        PHILADELPHIA  * PA | 40.95 |
| 4/3 | DEBIT POS, *****45160844722, AUT 040317 DDA PURCHASE<br>RITE AID STORE  0242        PHILADELPHIA  * PA | 35.18 |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 4 of 7 |
| Statement Period: | Mar 24 2017-Apr 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | ████████3029 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/3 | DEBIT POS, *****45160844722, AUT 040217 DDA PURCHASE<br>BATH  BODY WORKS 1560     PHILADELPHIA * PA | 25.92 |
| 4/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 040217 VISA DDA PUR<br>SOUTHPORT PLAZA CORP      PHILADELPHIA * PA | 21.42 |
| 4/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 033117 VISA DDA PUR<br>CAESARS AC GARAGE        ATLANTIC CITY * NJ | 20.00 |
| 4/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 033117 VISA DDA PUR<br>HALAL GUYS          PHILADELPHIA * PA | 18.34 |
| 4/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 033117 VISA DDA PUR<br>CAC EMPERORS ESSENTIALS    ATLANTIC CITY * NJ | 15.98 |
| 4/3 | DEBIT CARD PAYMENT, *****45160844722, AUT 040117 VISA DDA PUR<br>NETFLIX COM          NETFLIX COM  * CA | 12.95 |
| 4/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 033017 VISA DDA PUR<br>MCDONALD S F4716       PHILADELPHIA * PA | 10.35 |
| 4/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 033117 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 7.50 |
| 4/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 040117 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 4.00 |
| 4/3 | DEBIT CARD PURCHASE, *****45160844722, AUT 040117 VISA DDA PUR<br>MCDONALD S F12857       PHILADELPHIA * PA | 2.79 |
| 4/4 | TD ATM DEBIT, *****45160844722, AUT 040417 DDA WITHDRAW<br>399 MARKET ST         PHILADELPHIA * PA | 200.00 |
| 4/4 | DEBIT CARD PURCHASE, *****45160844722, AUT 040317 VISA DDA PUR<br>PHILADELPHIA PK AUTH WEB  888 5913636  * PA | 39.50 |
| 4/4 | DEBIT CARD PURCHASE, *****45160844722, AUT 040217 VISA DDA PUR<br>STARBUCKS STORE 07840     PHILADELPHIA * PA | 5.83 |
| 4/5 | DEBIT CARD PURCHASE, *****45160844722, AUT 040417 VISA DDA PUR<br>KRISPY KREME  1271       BENSALEM    * PA | 3.33 |
| 4/5 | DEBIT CARD PURCHASE, *****45160844722, AUT 040317 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.50 |
| 4/5 | DEBIT CARD PURCHASE, *****45160844722, AUT 040317 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.00 |
| 4/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 040517 VISA DDA PUR<br>EREPLACEMENTPARTS COM    866 802 6383 * UT | 22.92 |
| 4/6 | DEBIT CARD PURCHASE, *****45160844722, AUT 040417 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 0.50 |
| 4/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 040517 VISA DDA PUR<br>TIRES PLUS 377910        CONSHOHOCKEN * PA | 218.66 |
| 4/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 040517 VISA DDA PUR<br>WENDY S 2644         CONSHOHOCKEN * PA | 3.37 |
| 4/7 | DEBIT CARD PURCHASE, *****45160844722, AUT 040517 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.00 |

## Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page:                    5 of 7
Statement Period:   Mar 24 2017-Apr 23 2017
Cust Ref #:             4315293029-039-T-###
Primary Account #:      3029

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/10 | DEBIT POS, *****45160844722, AUT 041017 DDA PURCHASE GERMAN AUTO SPECIA      PLYMOUTH MEET * PA | 766.32 |
| 4/10 | DEBIT POS, *****45160844722, AUT 041017 DDA PURCHASE MACY S  400 US RT 1    LAWRENCEVILLE * NJ | 129.00 |
| 4/10 | DEBIT POS, *****45160844722, AUT 040817 DDA PURCH W/CB SHOPRITE ROCKAWAY S1 4   ROCKAWAY   * NJ | 124.97 |
| 4/10 | DEBIT POS, *****45160844722, AUT 041017 DDA PURCHASE MACY S  400 US RT 1    LAWRENCEVILLE * NJ | 59.25 |
| 4/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 040817 VISA DDA PUR CONOCO  FRANKFORD 76    PHILADELPHIA * PA | 49.36 |
| 4/10 | DEBIT POS, *****45160844722, AUT 040717 DDA PURCHASE WINE  SPIRITS  05134    PHILADELPHIA * PA | 26.99 |
| 4/10 | DEBIT POS, *****45160844722, AUT 041017 DDA PURCHASE SUNOCO 03632783      WAYNE      * PA | 16.02 |
| 4/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 040817 VISA DDA PUR MCDONALD S F4837      BENSALEM    * PA | 6.56 |
| 4/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 040717 VISA DDA PUR STARBUCKS STORE 10171   KING OF PRUSS * PA | 4.19 |
| 4/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 040917 VISA DDA PUR DUNKIN 341169 Q35      SOMERSET   * NJ | 3.78 |
| 4/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 040717 VISA DDA PUR MCDONALD S F23433      PHILADELPHIA * PA | 3.24 |
| 4/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 040717 VISA DDA PUR MCDONALD S F23433      PHILADELPHIA * PA | 1.07 |
| 4/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 040917 VISA DDA PUR PPA ON STREET METERS     PHILADELPHIA * PA | 4.50 |
| 4/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 040917 VISA DDA PUR PPA ON STREET METERS     PHILADELPHIA * PA | 3.75 |
| 4/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 041017 VISA DDA PUR SHELL OIL 57546306705    TRENTON    * NJ | 45.28 |
| 4/12 | DEBIT POS, *****45160844722, AUT 041217 DDA PURCHASE MACY S  400 COMMONS    BRIDGEWATER * NJ | 29.99 |
| 4/12 | DEBIT POS, *****45160844722, AUT 041217 DDA PURCHASE ADVANCE AUTO PA      PISCATAWAY  * NJ | 13.75 |
| 4/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 041117 VISA DDA PUR PPA ON STREET METERS     PHILADELPHIA * PA | 2.00 |
| 4/14 | DEBIT CARD PAYMENT, *****45160844722, AUT 041317 VISA DDA PUR TMOBILE AUTO PAY      800 937 8997 * WA | 310.44 |
| 4/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 041217 VISA DDA PUR LORDANDTAYLOR COM      800 223 7440 * NY | 55.30 |
| 4/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 041317 VISA DDA PUR PTC EZ PASS CSC      STATE PA US * PA | 4.91 |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 6 of 7 |
| Statement Period: | Mar 24 2017-Apr 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | ████3029 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 041217 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 2.75 |
| 4/17 | DEBIT POS, *****45160844722, AUT 041717 DDA PURCHASE<br>SKECHERS USA 90      KNG OF PRUSSA * PA | 66.00 |
| 4/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 041517 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 2.50 |
| 4/18 | DEBIT CARD PURCHASE, *****45160844722, AUT 041717 VISA DDA PUR<br>GULF OIL 92060598      KING OF PRUSS * PA | 37.52 |
| 4/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 041817 VISA DDA PUR<br>GULF OIL 92031961      SOUTH PLAINFI * NJ | 38.33 |
| 4/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 041817 VISA DDA PUR<br>PERSIS INDIAN GRILL      PISCATAWAY   * NJ | 32.79 |
| 4/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 041817 VISA DDA PUR<br>PERSIS INDIAN GRILL      PISCATAWAY   * NJ | 12.83 |
| 4/20 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0420 | 331.48 |
| 4/20 | DEBIT POS, *****45160844722, AUT 042017 DDA PURCH W/CB<br>02638 ACME      PHILADELPHIA * PA | 107.81 |
| 4/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 041917 VISA DDA PUR<br>TST THE FAT HAM KING OF   KING OF PRUSS * PA | 40.62 |
| 4/21 | DEBIT POS, *****45160844722, AUT 042117 DDA PURCHASE<br>CONTAINERSTOREKINGOFPR   KING OF PRUSS * PA | 108.09 |
| 4/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 041917 VISA DDA PUR<br>STARBUCKS STORE 10171   KING OF PRUSS * PA | 4.19 |
| 4/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 041917 VISA DDA PUR<br>MCDONALD S F6919      PHILADELPHIA * PA | 3.24 |
| 4/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 041917 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 1.50 |
| 4/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 041917 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 1.25 |
| 4/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 041917 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 1.25 |
| 4/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 041917 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 0.25 |
| | Subtotal: | 4,590.16 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/27 | OVERDRAFT RET | 35.00 |
| 3/28 | OVERDRAFT PD | 105.00 |
| 4/11 | OVERDRAFT PD | 105.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Mar 24 2017-Apr 23 2017 |
| Cust Ref #: | 4315293029-039-T-### |
| Primary Account #: | ●●●●●3029 |

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/11 | MINI STMT PREAUTH, *****45160844722, AUT 041117 MINISTMT PREAUTH | 0.00 |
| | 4020 CITY LINE AVE        PHILADELPHIA * PA | |
| | Subtotal: | 245.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 3/23 | 40.20 | 4/10 | 2.52 |
| 3/24 | -49.57 | 4/11 | 489.27 |
| 3/27 | 3,631.21 | 4/12 | 485.30 |
| 3/28 | 3,433.09 | 4/13 | 483.30 |
| 3/29 | 3,355.19 | 4/14 | 109.90 |
| 3/30 | 2,855.19 | 4/17 | 15,041.40 |
| 4/3 | 2,186.72 | 4/18 | 30,003.88 |
| 4/4 | 1,941.39 | 4/19 | 29,919.93 |
| 4/5 | 1,933.56 | 4/20 | 29,440.02 |
| 4/6 | 1,834.14 | 4/21 | 29,320.25 |
| 4/7 | 1,229.27 | | |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender