**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| *In re*: | : | Chapter 11 |
|  | : |  |
| **Mayur Patel**, *et al.*, | : | Case No. 15-11648 (AMC) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

**ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT
ACCOMPANYING FIRST AMENDED PLAN OF REORGANIZATION PROPOSED BY
THE DEBTORS AND ESTABLISHING DATES AND DEADLINES**

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion (the "Motion") of Mayur Patel a/k/a Mike Patel ("Patel") and SJM Limited, LLC ("SJM" or collectively with Patel, the "Debtors") for the entry of an order approving (i) First Amended Disclosure Statement accompanying First Amended Plan of Reorganization dated May 12, 2017 (the "Disclosure Statement"), and (ii) a hearing date and objection deadline for confirmation of the Plan; adequate notice of the Motion having been provided, and it appearing that the Disclosure Statement contains adequate information as defined under 11 U.S.C. § 1125, it is hereby

ORDERED AND DECREED that;

1. The Motion is Granted.

2. The Debtors' most recently filed Disclosure Statement is APPROVED.

3. On or before _____, 2017 the Debtor shall mail the following voting materials to creditors and other parties interest, the Debtor's members, the United States Trustee, all persons who have requested notice in this case pursuant to Fed. R. Bank. P. 2002 as required by Fed. R. Bankr. P. 3017(d):

4969690

  (a) this Order;

  (b) the Debtors' most recently filed Plan of Reorganization (the "Plan");

  (c) the Disclosure Statement; and

  (c) the form of ballot that conforms substantially to Official Bankruptcy Form B314[1].

4. _____, 2017 is fixed as the last date by which the ballots must be received by counsel to the Debtors to be considered as acceptances or rejections of the Plan.

5. _____, 2017 is fixed as the date by which the Debtors shall file the Report of Plan Voting.

6. _____, 2017 is fixed as the deadline for filing and serving written objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

7. A hearing shall be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, in Courtroom # 1, 900 Market Street, Philadelphia, PA 19107 on _____, 2017 at \_\_\_\_ a. m./p.m., or as soon thereafter as counsel can be heard, to consider confirmation of the Plan.

                   Honorable Ashely M. Chan
                   United States Bankruptcy Judge

cc: Attached Service List

---

[1] To be provided by the Debtor only to Classes of Claims entitled to vote under the Debtors' Plan.

4969690                        2

**SERVICE LIST**

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102