**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 15-11648-AMC |
| MAYUR PATEL | Chapter 11 |
| aka Mike Patel | |
| Debtor(s). | |

### NOTICE OF APPEARANCE

**Capital One, N.A.,**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**William E. Miller, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

Dated this 10th day of July, 2017.

By:  /s/ *William E. Miller, Esquire*
William E. Miller, Esquire, Bar No: 308951
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
wmiller@sterneisenberg.com
Attorney for Creditor

---

1  Full title of Creditor is as follows: Capital One, N.A.
2  This Loan is currently serviced by Ascension Capital Group.
3  For reference, the property address associated with the undersigned's representation is 6 South Strawberry Street, Philadelphia, PA 19106.

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 10th day of July, 2017, to the following:

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
1500 Market Street, Suite 3400
Centre Square West
Philadelphia, PA 19102
edmond.george@obermayer.com
*Attorney for Debtor(s)*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Mayur Patel
aka Mike Patel
6 South Strawberry Street
Unit 1
Philadelphia, PA 19106
*Debtor(s)*

Dated this 10th day of July, 2017.

            By:   */s/Laura M. Campbell, Paralegal*
              Laura M. Campbell, Paralegal
              Stern & Eisenberg, PC
              1581 Main Street, Suite 200,
              Warrington, PA 18976
              lcampbell@sterneisenberg.com