United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-11648-amc
Mayur Patel                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jul 24, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2017.
db           +Mayur Patel,   6 South Strawberry Street,   Unit 1,   Philadelphia, PA 19106-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2017 at the address(es) listed below:
              AMY E. VULPIO    on behalf of Creditor    Toroni Real Estate Partnership
               vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              EDMOND M. GEORGE    on behalf of Plaintiff Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;elizabeth.o'connell@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor   SJM Limited, LLC
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;elizabeth.o'connell@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;elizabeth.o'connell@obermayer.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Toroni Real Estate Partnership
               vandermarkj@whiteandwilliams.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    JPMorgan Chase Bank National Association
               paeb@fedphe.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL D. VAGNONI    on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com
              MICHAEL D. VAGNONI    on behalf of Debtor    SJM Limited, LLC michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com
              THOMAS I. PULEO    on behalf of Creditor    Capital One, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Capital One, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 13

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| *In re:* <br><br> Mayur Patel, *et al.*, <br><br>            Debtors. | Chapter 11 <br> Case No. 15-11648 (AMC) <br> (Jointly Administered) <br><br> Hearing Date: July 24, 2017 <br> Hearing Time: 11:00 a.m. <br> Hearing Place: Courtroom #5 |

## STIPULATION ADJOURNING HEARING ON DEBTOR'S MOTION TO APPROVE DISCLOSURE STATEMENT

THIS STIPULATION is made as of the 19th day of July 2017, by and between Mayur Patel ("Patel") and SJM Limited, LLC (SJM or in conjunction with Patel, the "Debtors"), Toroni Real Estate Partnership ("Toroni") and the Capital One, N.A. ("Capital One"), by and through their respective counsel:

WHEREAS, on March 10, 2015 (the "Patel Petition Date") Patel filed voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code").

WHEREAS, on March 19, 2015 (the "SJM Petition Date") SJM filed voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

WHEREAS, on or about May 12, 2017, the Debtors filed their First Amended Joint Plan of Reorganization and Disclosure Statement and a hearing on approval of the Disclosure Statement was scheduled for July 24, 2017.

WHEREAS, on or about July 14, 2017, Capital One filed an objection to the Debtors' Disclosure Statement.

WHEREAS, the Debtor and Toroni are currently engaged in good faith negotiations in an attempt to resolve certain concerns Toroni has with the Plan.

5172205

WHEREAS, in light of the current settlement negotiations, the parties have agreed to adjourn the hearing on the Motion to Approve Disclosure Statement (the "Motion").

WHEREAS, the Parties, by and through their respective counsel, HEREBY AGREE AND STIPULATE:[1]

1. The hearing on the Motion is hereby adjourned from July 24, 2017 at 11:00 a.m. to August 7, 2017 at 11:00.

2. The deadline to file an objection to the Motion is hereby extended from July 17, 2017 to July 31, 2017.

3. This Stipulation is subject to and conditioned upon approval by the Bankruptcy Court.

4. The undersigned representatives and/or counsel represent that they have full power and authority to execute this Stipulation on behalf of their respective clients and to bind them to the terms and provisions herein.

5. The Parties request that the Bankruptcy Court enter an Order approving this Stipulation.

6. This Stipulation contains the entire agreement between the parties and may only be amended in writing, executed by both parties hereto.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

---

[1] Pursuant to Local Bankruptcy Rule 9019-1, to the extent it is applicable, the undersigned respectfully seek the entry of this stipulation as an order without the full notice and hearing required in Federal Rules of Bankruptcy Procedure 9019 and 2002 because there is insufficient time to fulfill said notice and hearing requirements. See L.B.R. 9019-1.

5172205

2

OBERMAYER REBMANN
MAXWELL & HIPPEL LLP

By: _____
Michael D. Vagnoni, Esquire
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
(215) 665-3066
michael.vagnoni@obermayer.com
*Counsel to Debtors*

WHITE AND WILLIAMS LLP

By: _____
Amy E. Vulpio, Esquire
1650 Market Street, 18th Floor
Philadelphia, PA 19103
(215) 864-6250
vulpioa@whiteandwilliams.com
*Counsel to Toroni Real Estate Partnership*

STERN & EISENBERG, P.C.

By: _____
William Edward Miller, Esquire
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
wmiller@sterneisenberg.com
*Counsel to Capital One, N.A.*

SO ORDERED this 24th day of ~~June~~ July, 2017

_____
Honorable Ashely M. Chan
United State Bankruptcy Judge

5172205                                    3