# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
### DIVISION

IN RE:     Mayur Patel                }    CASE NUMBER: 15-11648
                                               }
                                               }
                                               }    JUDGE
                                               }
        DEBTOR.                              }    CHAPTER 11

**DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)**
**FOR THE PERIOD**
FROM     1-May-17     TO     31-May-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    6/19/2017                                         _/s/ Mayur Patel_

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:

Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $29,320.25 | $29,320.25 |
| CASH- Beginning of Month (Business) | 0 | 0 |
|  |  |  |
| Total Household Receipts | $5,460.00 | $295,711.21 |
| Total Business Receipts |  |  |
| Total Receipts | $5,460.00 | $295,711.21 |
|  |  |  |
| Total Household Disbursements | 33,739.35 | 296,118.83 |
| Total Business Disbursements |  |  |
| Total Disbursements | 33,739.35 | 296,118.83 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -28279.35 | -28,279.35 |
|  |  |  |
| CASH- End of Month (Individual) | 1,040.90 | 1,040.90 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 33,739.35 | 296,118.83 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 33,739.35 | 296,118.83 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_ day of ___June___ 2017___.

_____
Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $29,320.25 | $29,320.25 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $5,000.00 | $5,000.00 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
| (credit card refund from previous debits | $460.00 | 460 |
| **TOTAL RECEIPTS** | $5,460.00 | 5,460.00 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 2441.21 |  |
| Household Repairs & Maintenance |  |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) | 30,000.00 |  |
| Travel & Entertainment |  |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) |  |  |
| Vehicle Expenses | 1263.13 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Banking fee plus check printing | 35 |  |
|  |  |  |
| **Total Household Disbursements** | $33,379.35 | 33,379.35 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $1,040.90 | 1,040.90 |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. | Have any post-petition loans been received by the debtor from any party? | | x |
| 6. | Are any post-petition payroll taxes past due? | | x |
| 7. | Are any post-petition state or federal income taxes past due? | | x |
| 8. | Are any post-petition state or local sales taxes past due? | | x |
| 9. | Are any post-petition real estate taxes past due? | | x |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. | Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. | Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance | Erie Insurance company | 5/10/2014  5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | | 11/27/2014  11/27/2015 | $1,867  yearly | 0 |
| | | | | |
| | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

| MONTHLY OPERATING REPORT - INDIVIDUAL | | | | ATTACHMENT NO. 2 | |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 29,320.25 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 5,460 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 33,739.35 | | | |
| 5. Month End Balance (Must Agree with Books) | 1,040.90 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $1,040.90 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3A**

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**  k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# TD Bank

America's Most Convenient Bank®      T      STATEMENT OF ACCOUNT

2887-MTD01040052417101787

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA  19106-

Page:                                          1 of 7
Statement Period:      Apr 24 2017-May 23 2017
Cust Ref #:                    4315293029-039-T-###
Primary Account #:                              3029

## Chapter 11 Checking

MAYUR PATEL                                                                          Account # 3029
DIP CASE 15-11648 EDPA

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 29,320.25 | Average Collected Balance | 3,035.08 |
| Deposits | 5,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 460.00 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 30,000.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 60,000.00 | | |
| Electronic Payments | 3,704.35 | | |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 1,040.90 | | |

|  | Total for this Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total Returned Item Fees (NSF) | $35.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/24 | DEPOSIT | 5,000.00 |
| | Subtotal: | 5,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/24 | ATM CASH DEPOSIT, *****45160844722<br>AUT 042217 ATM CASH DEPOSIT<br>288 HIGHWAY 202 31      FLEMINGTON    * NJ | 460.00 |
| | Subtotal: | 460.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/25 | RETURNED ITEM | 30,000.00 |
| | Subtotal: | 30,000.00 |

**Checks Paid**      No. Checks: 2      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---:|
| 04/24 | 198 | 30,000.00 |
| 04/26 | 198* | 30,000.00 |
| | Subtotal: | 60,000.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 7

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance        1,040.90
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals    -
❺ Adjusted Balance

❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS

| Total Deposits | | |

❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

| Total Withdrawals | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

2887-1-4-000000



**America's Most Convenient Bank®**                    STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page:                                  3 of 7
Statement Period:    Apr 24 2017-May 23 2017
Cust Ref #:          4315293029-039-T-###
Primary Account #:                     3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24 | DEBIT POS, *****45160844722, AUT 042417 DDA PURCHASE<br>WINE AND SPIRITS 9101     PHILADELPHIA * PA | 70.19 |
| 04/24 | DEBIT CARD PAYMENT, *****45160844722, AUT 042217 VISA DDA PUR<br>NEW JERSEY E ZPASS     888 288 6865 * NJ | 45.00 |
| 04/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 042217 VISA DDA PUR<br>SHELL OIL 57545719007    PISCATAWAY   * NJ | 37.62 |
| 04/24 | DEBIT POS, *****45160844722, AUT 042417 DDA PURCHASE<br>AMERICAN AUTO W       WAYNE      * PA | 30.00 |
| 04/24 | DEBIT POS, *****45160844722, AUT 042417 DDA PURCHASE<br>GIANT 6507          ST DAVIDS   * PA | 16.48 |
| 04/24 | DEBIT POS, *****45160844722, AUT 042317 DDA PURCHASE<br>TOYS R US 8307       CHERRY HILL  * NJ | 15.43 |
| 04/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 042117 VISA DDA PUR<br>HAN DYNASTY          PHILADELPHIA * PA | 11.83 |
| 04/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 042317 VISA DDA PUR<br>HALAL GUYS           PHILADELPHIA * PA | 9.71 |
| 04/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 042017 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 3.25 |
| 04/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 042117 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 3.00 |
| 04/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 042017 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.75 |
| 04/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 042017 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.50 |
| 04/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 042317 VISA DDA PUR<br>REVOLUTION DINER      PHILADELPHIA * PA | 12.42 |
| 04/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 042517 VISA DDA PUR<br>JERSEY MIKE S 8018      RADNOR     * PA | 12.34 |
| 04/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 042417 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 4.00 |
| 04/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 042417 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 3.00 |
| 04/26 | DEBIT CARD PURCHASE, *****45160844722, AUT 042417 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.50 |
| 04/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 042517 VISA DDA PUR<br>AMAZON COM          AMZN COM BILL * WA | 131.92 |
| 04/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 042517 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 44.89 |
| 04/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 042517 VISA DDA PUR<br>AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 41.74 |
| 04/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>LUKOIL 69204         CONSHOHOCKEN * PA | 22.51 |
| 04/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>SQ  SNAP SANSOM       PHILADELPHIA * PA | 18.34 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 7
Statement Period: Apr 24 2017-May 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>EMPRESS GARDEN     PHILADELPHIA * PA | 14.95 |
| 04/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>SAMS OYSTER HOUSE     PHILADELPHIA * PA | 14.30 |
| 04/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 042517 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 3.00 |
| 04/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>AMAZON COM     AMZN COM BILL * WA | 84.56 |
| 04/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>PPA AUTOPARK AT OLDE CIT    PHILADELPHIA * PA | 18.50 |
| 04/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 4.25 |
| 04/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.50 |
| 04/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.50 |
| 04/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 042617 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.25 |
| 05/01 | NONTD ATM DEBIT, *****45160844722, AUT 050117 DDA WITHDRAW<br>GUTTENBERG FC AVE     GUTTENBERG * NJ | 303.00 |
| 05/01 | DEBIT POS, *****45160844722, AUT 050117 DDA PURCHASE<br>U HAUL MOVING 6701 TON   NORTH BERGEN * NJ | 279.32 |
| 05/01 | NONTD ATM DEBIT, *****45160844722, AUT 042917 DDA WITHDRAW<br>3891 RTE 516     OLD BRIDGE * NJ | 203.25 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042817 VISA DDA PUR<br>AMAZON COM AMZN COM BILL    AMZN COM BILL * WA | 132.73 |
| 05/01 | DEBIT CARD PAYMENT, *****45160844722, AUT 042817 VISA DDA PUR<br>ABC SWEAT     888 8279262 * PA | 56.00 |
| 05/01 | DEBIT POS, *****45160844722, AUT 042917 DDA PURCHASE<br>CALVIN KLEIN 1     BLACKWOOD * NJ | 35.99 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042917 VISA DDA PUR<br>BLACKWOOD CITGO     BLACKWOOD * NJ | 34.55 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042817 VISA DDA PUR<br>MAGGIANOS 12TH FILBERT   PHILADELPHIA * PA | 24.25 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042817 VISA DDA PUR<br>LUCHA CARTEL     PHILADELPHIA * PA | 17.96 |
| 05/01 | DEBIT POS, *****45160844722, AUT 042917 DDA PURCHASE<br>TOYS R US 8309     PHILADELPHIA * PA | 16.19 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042917 VISA DDA PUR<br>BURGER KING 1742     EAST BRUNSWIC * NJ | 13.66 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042817 VISA DDA PUR<br>HALAL GUYS     PHILADELPHIA * PA | 9.71 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042817 VISA DDA PUR<br>HALAL GUYS     PHILADELPHIA * PA | 8.63 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 7
Statement Period: Apr 24 2017-May 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | DEBIT POS, *****45160844722, AUT 050117 DDA PURCHASE<br>U HAUL MOVING 6701 TON NORTH BERGEN * NJ | 5.34 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042917 VISA DDA PUR<br>PPA ON STREET METERS PHILADELPHIA * PA | 5.00 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042817 VISA DDA PUR<br>PPA ON STREET METERS PHILADELPHIA * PA | 2.50 |
| 05/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 042817 VISA DDA PUR<br>PPA ON STREET METERS PHILADELPHIA * PA | 2.25 |
| 05/02 | DEBIT CARD PURCHASE, *****45160844722, AUT 050117 VISA DDA PUR<br>GERMAN AUTO SPECIA PLYMOUTH MEET * PA | 909.14 |
| 05/02 | DEBIT CARD PAYMENT, *****45160844722, AUT 050117 VISA DDA PUR<br>NETFLIX COM NETFLIX COM * CA | 12.95 |
| 05/02 | DEBIT CARD PURCHASE, *****45160844722, AUT 050117 VISA DDA PUR<br>DUNKIN 341169 Q35 SOMERSET * NJ | 2.09 |
| 05/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 050117 VISA DDA PUR<br>BOB WARKS LIBERTY MERION STATIO * PA | 45.00 |
| 05/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 050217 VISA DDA PUR<br>SOUTHPORT PLAZA CORP PHILADELPHIA * PA | 37.14 |
| 05/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 050217 VISA DDA PUR<br>UBER US MAY02 JSWE7 HELP UBER COM * CA | 5.95 |
| 05/04 | DEBIT CARD PURCHASE, *****45160844722, AUT 050217 VISA DDA PUR<br>U HAUL S PHILADLPHIA PHILADELPHIA * PA | 25.09 |
| 05/04 | DEBIT CARD PURCHASE, *****45160844722, AUT 050217 VISA DDA PUR<br>PPA ON STREET METERS PHILADELPHIA * PA | 1.50 |
| 05/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 050417 VISA DDA PUR<br>TIFFIN BRYN MAWR BRYN MAWR * PA | 36.04 |
| 05/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 050317 VISA DDA PUR<br>PPA ON STREET METERS PHILADELPHIA * PA | 1.25 |
| 05/08 | DEBIT POS, *****45160844722, AUT 050717 DDA PURCHASE<br>WEGMANS 1 VILLAGE DRIVE KING OF PRU * PA | 50.54 |
| 05/08 | DEBIT POS, *****45160844722, AUT 050717 DDA PURCHASE<br>WINE SPIRITS 05134 PHILADELPHIA * PA | 29.15 |
| 05/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 050417 VISA DDA PUR<br>PPA ON STREET METERS PHILADELPHIA * PA | 6.00 |
| 05/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 050517 VISA DDA PUR<br>PPA ON STREET METERS PHILADELPHIA * PA | 6.00 |
| 05/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 050417 VISA DDA PUR<br>MCDONALD S F25257 KING OF PRUSS * PA | 2.54 |
| 05/09 | DEBIT POS, *****45160844722, AUT 050917 DDA PURCHASE<br>SHOPRITE WHITMANPLZ S1 PHILADELPHIA * PA | 96.30 |
| 05/09 | DEBIT CARD PURCHASE, *****45160844722, AUT 050817 VISA DDA PUR<br>SOUTHPORT PLAZA CORP PHILADELPHIA * PA | 44.29 |
| 05/09 | DEBIT CARD PURCHASE, *****45160844722, AUT 050717 VISA DDA PUR<br>PPA ON STREET METERS PHILADELPHIA * PA | 5.75 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 6 of 7
Statement Period: Apr 24 2017-May 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 050817 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 4.25 |
| 05/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 050917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 5.00 |
| 05/12 | DEBIT POS, *****45160844722, AUT 051217 DDA PURCHASE<br>CVS PHARM 10526 259 M    PHILADELPHIA * PA | 14.49 |
| 05/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 051017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 05/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 051017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 05/12 | DEBIT CARD PURCHASE, *****45160844722, AUT 051017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.00 |
| 05/15 | DEBIT CARD PAYMENT, *****45160844722, AUT 051317 VISA DDA PUR<br>TMOBILE AUTO PAY    800 937 8997 * WA | 148.96 |
| 05/15 | DEBIT POS, *****45160844722, AUT 051317 DDA PURCHASE<br>STOP SHOP 0893    MORRIS PLAINS * NJ | 4.00 |
| 05/15 | DEBIT CARD PURCHASE, *****45160844722, AUT 051217 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 05/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 051417 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 05/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 051417 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 05/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 051417 VISA DDA PUR<br>STARBUCKS STORE 08881    PHILADELPHIA * PA | 2.40 |
| 05/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 051617 VISA DDA PUR<br>WALMART COM 8009666546    800 966 6546 * AR | 46.85 |
| 05/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 051517 VISA DDA PUR<br>HI KORI    PHILADELPHIA * PA | 21.88 |
| 05/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 051517 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.00 |
| 05/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 051517 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.25 |
| 05/19 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0519 | 167.53 |
| 05/19 | DEBIT POS, *****45160844722, AUT 051917 DDA PURCHASE<br>IKEA PENNS LANDING    PHILADELPHIA * PA | 97.10 |
| 05/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 052017 VISA DDA PUR<br>GULF OIL 92052157    BRYN MAWR * PA | 20.11 |
| 05/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 051917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.75 |
|  | Subtotal: | 3,704.35 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 7 of 7
Statement Period: Apr 24 2017-May 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ########3029

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24 | MINI STMT PREAUTH, *****45160844722<br>AUT 042217 MINISTMT PREAUTH<br>288 HIGHWAY 202 31    FLEMINGTON  * NJ | 0.00 |
| 04/25 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/23 | 29,320.25 | 05/08 | 1,740.31 |
| 04/24 | 4,534.49 | 05/09 | 1,593.97 |
| 04/25 | 34,487.07 | 05/10 | 1,589.72 |
| 04/26 | 4,465.23 | 05/11 | 1,584.72 |
| 04/27 | 4,173.58 | 05/12 | 1,563.73 |
| 04/28 | 4,061.02 | 05/15 | 1,407.77 |
| 05/01 | 2,910.69 | 05/16 | 1,400.37 |
| 05/02 | 1,986.51 | 05/17 | 1,328.39 |
| 05/03 | 1,898.42 | 05/19 | 1,063.76 |
| 05/04 | 1,871.83 | 05/22 | 1,040.90 |
| 05/05 | 1,834.54 | | |



Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender