## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
## _____ DIVISION

IN RE:       Mayur Patel                }   CASE NUMBER: 15-11648
                                         }
                                         }
                                         }   JUDGE
                                         }
         DEBTOR.                         }   CHAPTER 11

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM        1-Jul-17       TO      30-Jul-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   9/19/2017                                          _____[signature]_____

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $17.58 | $17.58 |
| CASH- Beginning of Month (Business) | 0 | 0 |
|  |  |  |
| Total Household Receipts | $4,095.10 | $304,901.41 |
| Total Business Receipts |  |  |
| Total Receipts | $4,095.10 | $304,901.41 |
|  |  |  |
| Total Household Disbursements | 3,887.63 | 306,122.88 |
| Total Business Disbursements |  |  |
| Total Disbursements | 3,887.63 | 306,122.88 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 207.47 | 207.47 |
|  |  |  |
| CASH- End of Month (Individual) | 225.05 | 225.05 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 3,887.63 | 306,122.88 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 3,887.63 | 306,122.88 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_ day of ___August___ 2017___         _____
                                                  Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $17.58 | $17.58 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $4,095.10 | $4,095.10 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
| (credit card refund from previous debits |  |  |
| **TOTAL RECEIPTS** | $4,095.10 | 4,095.10 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 3480.49 |  |
| Household Repairs & Maintenance |  |  |
| Insurance | 0 |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment |  |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 95.1 |  |
| Vehicle Expenses | 277.04 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Banking fee plus check printing | 35 |  |
|  |  |  |
| **Total Household Disbursements** | $3,887.63 | 3,887.63 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $225.05 | 225.05 |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

### QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| Car Insurance  Erie Insurance company | 5/10/2014  5/11/2016 | $2,105  yearly | 0 |
| Erie Insurance home | 11/27/2014  11/27/2015 | $1,867  yearly | 0 |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 17.58 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 4,095 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 3,887.63 | | | |
| 5. Month End Balance (Must Agree with Books) | 225.05 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $225.05 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 213 | 10-Jul | Parking permit | residential parking permit | $50.00 |
| 214 | 3-Jul | comcast | cable bill | $388.11 |
| 215 | 5-Jul | Aqua | water bill | $151.26 |
| 216 | 3-Jul | peco | utilitiy | $94.21 |
| | | | TOTAL | $683.58 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# Bank
America's Most Convenient Bank®                     STATEMENT OF ACCOUNT

696-MTD01040072217127804

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA  19106-

Page:                                         1 of 6
Statement Period:       Jun 24 2017-Jul 23 2017
Cust Ref #:                   4315293029-039-T-###
Primary Account #:                             3029

## Chapter 11 Checking

MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # 3029

| | | | |
|---|---|---|---|
| Beginning Balance | 17.58 | Average Collected Balance | 1,258.03 |
| Electronic Deposits | 4,095.10 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 683.58 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,169.05 | Days in Period | 30 |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 225.05 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total Returned Item Fees (NSF) | $35.00 | $245.00 |

### Electronic Deposits

| | | |
|---|---|---|
| 06/28 | ACH RETURNED ITEM, PECOENERGY RETRY PYMT ****764089 0620 | 95.10 |
| 06/29 | ATM CHECK DEPOSIT, *****45160844722 | 4,000.00 |
| | AUT 062817 ATM CHECK DEPOSI | |
| | 399 MARKET ST       PHILADELPHIA  * PA | |
| | Subtotal: | 4,095.10 |

### Checks Paid    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| | | | | | |
|---|---|---|---|---|---|
| 07/10 | 213 | 50.00 | 07/05 | 215 | 151.26 |
| 07/03 | 214 | 388.11 | 07/03 | 216 | 94.21 |
| | | | | Subtotal: | 683.58 |

### Electronic Payments

| | | |
|---|---|---|
| 06/27 | ACH DEBIT, PECOENERGY RETRY PYMT ****764089 0620 | 95.10 |
| 06/30 | DEBIT POS, *****45160844722, AUT 063017 DDA PURCH W/CB | 54.79 |
| | CVS PHARM 08495 2363    LANCASTER    * PA | |
| 06/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 062917 VISA DDA PUR | 20.00 |
| | LUKOIL 69708          PHILADELPHIA  * PA | |
| 06/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 062917 VISA DDA PUR | 14.93 |
| | SQ  SQUARE CUT         PISCATAWAY   * NJ | |
| 06/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 062917 VISA DDA PUR | 2.02 |
| | DUNKIN 302214 Q35     MT LAUREL   * NJ | |



## How to Balance your Account

Page: 2 of 6

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 225.05 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | − |
| Adjusted Balance | |

Total Deposits

Total Withdrawals

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


# Bank
America's Most Convenient Bank®

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 3 of 6
Statement Period: Jun 24 2017-Jul 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ###3029

## Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 062917 VISA DDA PUR<br>NEW BRUNSWICK PARKING    NEW BRUNSWICK * NJ | 1.50 |
| 07/03 | NONTD ATM DEBIT, *****45160844722, AUT 070217 DDA WITHDRAW<br>S T BANK            LANCASTER    * PA | 303.75 |
| 07/03 | DEBIT CARD PAYMENT, *****45160844722, AUT 070117 VISA DDA PUR<br>LTF LIFE TIME MO DUES   888 430 6432 * MN | 239.00 |
| 07/03 | ELECTRONIC CK PMT-ARC, BLOOMINGDALESPAY CHECK PYMT 212 | 91.87 |
| 07/03 | DEBIT CARD PAYMENT, *****45160844722, AUT 063017 VISA DDA PUR<br>ABC SWEAT           888 8279262  * PA | 79.50 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 063017 VISA DDA PUR<br>VILLANOVA STOP N STOP    VILLANOVA   * PA | 44.60 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 070117 VISA DDA PUR<br>TURKEY HILL 0253   Q69    LANCASTER   * PA | 42.04 |
| 07/03 | DEBIT POS, *****45160844722, AUT 070217 DDA PURCHASE<br>JCPENNEY STORE 1226     LANCASTER   * PA | 29.99 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 063017 VISA DDA PUR<br>JOY CLEANERS          PHILADELPHIA * PA | 29.90 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 062917 VISA DDA PUR<br>SHELL OIL 57544532807    PISCATAWAY   * NJ | 20.00 |
| 07/03 | DEBIT POS, *****45160844722, AUT 070217 DDA PURCHASE<br>SAVEMART            LANCASTER   * PA | 13.43 |
| 07/03 | DEBIT CARD PAYMENT, *****45160844722, AUT 070117 VISA DDA PUR<br>NETFLIX COM          NETFLIX COM  * CA | 12.95 |
| 07/03 | DEBIT POS, *****45160844722, AUT 070217 DDA PURCHASE<br>SHEETZ 0257          LANCASTER   * PA | 10.47 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 070217 VISA DDA PUR<br>THE HALAL GUYS        KING OF PRUSS * PA | 9.53 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 063017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 5.00 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 063017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 062917 VISA DDA PUR<br>DUNKIN 304224   Q35   E BRUNSWICK * NJ | 2.98 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 063017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.25 |
| 07/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 070217 VISA DDA PUR<br>BURGER KING 17241      LANCASTER   * PA | 2.22 |
| 07/03 | DEBIT POS, *****45160844722, AUT 070217 DDA PURCHASE<br>SHEETZ 0257          LANCASTER   * PA | 2.19 |
| 07/03 | DEBIT POS, *****45160844722, AUT 070217 DDA PURCHASE<br>SHEETZ 0257          LANCASTER   * PA | 1.49 |
| 07/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 070317 VISA DDA PUR<br>PLYMOUTH MTING 53 PWRCR   PLYMOUTH MTNG * PA | 102.00 |



# Bank
America's Most Convenient Bank

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 6
Statement Period: Jun 24 2017-Jul 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | DEBIT POS, *****45160844722, AUT 070417 DDA PURCHASE<br>FRESH MKT 108 HORS     HORSHAM    * PA | 12.07 |
| 07/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 070317 VISA DDA PUR<br>CHICK FIL A 00243    PLYMOUTH MTNG * PA | 5.66 |
| 07/06 | DEBIT CARD PURCHASE, *****45160844722, AUT 070517 VISA DDA PUR<br>QDOBA 1735     BRYN MAWR    * PA | 25.55 |
| 07/07 | DEBIT CARD PURCHASE, *****45160844722, AUT 070517 VISA DDA PUR<br>APTIVE ENVIRONMENTAL P  610 707 2847 * PA | 51.94 |
| 07/10 | NONTD ATM DEBIT, *****45160844722, AUT 071017 DDA WITHDRAW<br>1318 SURF AVE     BROOKLYN    * NY | 203.00 |
| 07/10 | DEBIT POS, *****45160844722, AUT 070917 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    PHILADELPHIA * PA | 130.33 |
| 07/10 | DEBIT POS, *****45160844722, AUT 070817 DDA PURCH W/CB<br>GIANT 6507    ST DAVIDS   * PA | 106.53 |
| 07/10 | DEBIT POS, *****45160844722, AUT 070817 DDA PURCH W/CB<br>RITE AID STORE 0995    WAYNE     * PA | 57.69 |
| 07/10 | DEBIT POS, *****45160844722, AUT 070917 DDA PURCH W/CB<br>CVS PHARM 10526 259 M    PHILADELPHIA * PA | 56.29 |
| 07/10 | DEBIT POS, *****45160844722, AUT 070817 DDA PURCHASE<br>SKECHERS USA 90     KNG OF PRUSSA * PA | 38.08 |
| 07/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 070917 VISA DDA PUR<br>SOUTHPORT PLAZA CORP     PHILADELPHIA * PA | 35.89 |
| 07/10 | DEBIT POS, *****45160844722, AUT 070917 DDA PURCHASE<br>AMERICAN AUTO W     WAYNE    * PA | 24.52 |
| 07/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 070917 VISA DDA PUR<br>AARZU     FREEHOLD    * NJ | 81.47 |
| 07/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 070917 VISA DDA PUR<br>JERSEY MIKES SUB 1012    MANASQUAN   * NJ | 18.41 |
| 07/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 070917 VISA DDA PUR<br>KOHRS FROZEN CUSTARD THE   SEASIDE HEIGH * NJ | 7.50 |
| 07/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 070917 VISA DDA PUR<br>BOROUGH OF SEASIDE HEIGH   SEASIDE HEIGH * NJ | 6.00 |
| 07/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 071017 VISA DDA PUR<br>COSI INC 40     PHILADELPHIA * PA | 5.57 |
| 07/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 070917 VISA DDA PUR<br>BOROUGH OF SEASIDE HEIGH   SEASIDE HEIGH * NJ | 2.00 |
| 07/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 071017 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG IS CITY * NY | 2.00 |
| 07/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 071017 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG IS CITY * NY | 2.00 |
| 07/12 | ACH DEBIT, HOME SERVICE (US HMSERVEUSA 72208159 | 62.88 |
| 07/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 071217 VISA DDA PUR<br>SOUTHPORT PLAZA CORP     PHILADELPHIA * PA | 47.79 |

# Bank
America's Most Convenient Bank®

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 6
Statement Period: Jun 24 2017-Jul 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ####3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/13 | DEBIT POS, *****45160844722, AUT 071317 DDA PURCHASE<br>APNA BAZA APNA BAZAR C    BENSALEM   * PA | 41.36 |
| 07/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 071217 VISA DDA PUR<br>UBER   US JUL12 4EUZ6    HELP UBER COM * CA | 13.72 |
| 07/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 071217 VISA DDA PUR<br>UBER   US JUL12 TWN5B    HELP UBER COM * CA | 11.63 |
| 07/14 | DEBIT CARD PAYMENT, *****45160844722, AUT 071317 VISA DDA PUR<br>TMOBILE AUTO PAY    800 937 8997 * WA | 147.56 |
| 07/14 | DEBIT POS, *****45160844722, AUT 071317 DDA PURCH W/CB<br>GIANT 6507       ST DAVIDS   * PA | 85.42 |
| 07/14 | DEBIT POS, *****45160844722, AUT 071317 DDA PURCHASE<br>RITE AID STORE  0995    WAYNE    * PA | 21.19 |
| 07/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 071317 VISA DDA PUR<br>ASIAN HALAL MEAT    BENSALEM   * PA | 16.57 |
| 07/17 | DEBIT POS, *****45160844722, AUT 071517 DDA PURCH W/CB<br>BP             PISCATAWAY   * NJ | 35.58 |
| 07/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 071517 VISA DDA PUR<br>BP 1350354H H OIL LLC   PISCATAWAY   * NJ | 33.90 |
| 07/17 | DEBIT POS, *****45160844722, AUT 071617 DDA PURCHASE<br>RITE AID STORE  0857    ARDMORE    * PA | 7.04 |
| 07/19 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0719 | 191.15 |
| 07/19 | DEBIT POS, *****45160844722, AUT 071817 DDA PURCHASE<br>SHOPRITE WHITMANPLZ S1   PHILADELPHIA * PA | 167.66 |
| 07/19 | DEBIT POS, *****45160844722, AUT 071917 DDA PURCH W/CB<br>GIANT 6507       ST DAVIDS   * PA | 48.22 |
| 07/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 071817 VISA DDA PUR<br>HALAL GUYS       PHILADELPHIA * PA | 19.42 |
| 07/21 | DEBIT POS, *****45160844722, AUT 072117 DDA PURCHASE<br>SHOPRITE WHITMANPLZ S1   PHILADELPHIA * PA | 43.24 |
| 07/21 | DEBIT POS, *****45160844722, AUT 072017 DDA PURCHASE<br>WINE  SPIRITS  05134   PHILADELPHIA * PA | 43.19 |
| 07/21 | DEBIT POS, *****45160844722, AUT 072117 DDA PURCHASE<br>SUNOCO 00119842    PHILADELPHIA * PA | 20.03 |
| 07/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 071917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| | Subtotal: | 3,169.05 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |




## Bank
America's Most Convenient Bank®

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 6 of 6
Statement Period: Jun 24 2017-Jul 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 3029

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/23 | 17.58 | 07/10 | 1,410.05 |
| 06/27 | -77.52 | 07/11 | 1,285.10 |
| 06/28 | -17.42 | 07/12 | 1,222.22 |
| 06/29 | 3,982.58 | 07/13 | 1,107.72 |
| 06/30 | 3,889.34 | 07/14 | 836.98 |
| 07/03 | 2,460.86 | 07/17 | 760.46 |
| 07/05 | 2,189.87 | 07/19 | 353.43 |
| 07/06 | 2,164.32 | 07/20 | 334.01 |
| 07/07 | 2,112.38 | 07/21 | -225.05 |