**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re*: | Chapter 11 |
| **Mayur Patel, *et al.*,** | Case No. 15-11648 (AMC) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT
ACCOMPANYING SECOND AMENDED PLAN OF REORGANIZATION PROPOSED
BY THE DEBTORS AND ESTABLISHING DATES AND DEADLINES**

AND NOW, this ____ day of _____, 2017, upon consideration of the Motion (the "Motion") of Mayur Patel a/k/a Mike Patel ("Patel") and SJM Limited, LLC ("SJM" or collectively with Patel, the "Debtors") for the entry of an order approving (i) Second Amended Disclosure Statement accompanying the Second Amended Plan of Reorganization dated October 16, 2017, and (ii) a hearing date and objection deadline for confirmation of the Plan; and the Objections filed thereto by Toroni Real Estate Partnership having been withdrawn; and, based upon the offer of proof of the Debtors' testimony made in open Court and the arguments made by counsel to the Debtors, this Court having overruled the Objections of Capital One, N.A.; and adequate notice of the Motion having been provided, and it appearing that the Disclosure Statement contains adequate information as defined under 11 U.S.C. § 1125, it is hereby

ORDERED AND DECREED that;

1. The Objection of Capital One, N.A. is OVERRULED and the Motion is GRANTED.

2. The Debtors' most recently filed Disclosure Statement is APPROVED.

3. On or before October 23, 2017 the Debtors shall mail the following voting materials to creditors and other parties interest, the United States Trustee, all persons who have

5199061

requested notice in this case pursuant to Fed. R. Bank. P. 2002 as required by Fed. R. Bankr. P. 3017(d):

  (a) this Order;

  (b) the Debtors' most recently filed Plan of Reorganization (the "Plan");

  (c) the Disclosure Statement; and

  (c) the form of ballot that conforms substantially to Official Bankruptcy Form B314[1].

4. November 20, 2017 is fixed as the last date by which the ballots must be received by counsel to the Debtors to be considered as acceptances or rejections of the Plan.

5. November 22, 2017 is fixed as the date by which the Debtors shall file the Report of Plan Voting.

6. November 22, 2017 is fixed as the deadline for filing and serving written objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

7. A hearing shall be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, in Courtroom # 1, 900 Market Street, Philadelphia, PA 19107 on November 29, 2017 at 11:00 a. m., or as soon thereafter as counsel can be heard, to consider confirmation of the Plan.

                _____
                Honorable Ashely M. Chan
                United States Bankruptcy Judge

cc: Attached Service List

---

[1] To be provided by the Debtor only to Classes of Claims entitled to vote under the Debtors' Plan.

5199061

**SERVICE LIST**

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

5199061