United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 15-11648-amc
Mayur Patel                                                                               Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Oct 19, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db             +Mayur Patel,   6 South Strawberry Street,   Unit 1,   Philadelphia, PA 19106-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
              AMY E. VULPIO    on behalf of Creditor    Toroni Real Estate Partnership
               vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              EDMOND M. GEORGE    on behalf of Plaintiff Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor   SJM Limited, LLC
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;alicia.sandoval@obermayer.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Toroni Real Estate Partnership
               vandermarkj@whiteandwilliams.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    JPMorgan Chase Bank National Association
               paeb@fedphe.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL D. VAGNONI    on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com
              MICHAEL D. VAGNONI    on behalf of Debtor    SJM Limited, LLC michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com
              THOMAS I. PULEO    on behalf of Creditor    Capital One, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Capital One, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re*: | : Chapter 11 |
| **Mayur Patel**, *et al.*, | : Case No. 15-11648 (AMC) |
| | : (Jointly Administered) |
| Debtors. | : |

**ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT
ACCOMPANYING SECOND AMENDED PLAN OF REORGANIZATION PROPOSED
BY THE DEBTORS AND ESTABLISHING DATES AND DEADLINES**

AND NOW, this 19th day of October, 2017, upon consideration of the Motion (the "Motion") of Mayur Patel a/k/a Mike Patel ("Patel") and SJM Limited, LLC ("SJM" or collectively with Patel, the "Debtors") for the entry of an order approving (i) Second Amended Disclosure Statement accompanying the Second Amended Plan of Reorganization dated October 16, 2017, and (ii) a hearing date and objection deadline for confirmation of the Plan; and the Objections filed thereto by Toroni Real Estate Partnership having been withdrawn; and, based upon the offer of proof of the Debtors' testimony made in open Court and the arguments made by counsel to the Debtors, this Court having overruled the Objections of Capital One, N.A.; and adequate notice of the Motion having been provided, and it appearing that the Disclosure Statement contains adequate information as defined under 11 U.S.C. § 1125, it is hereby

ORDERED AND DECREED that;

1. The Objection of Capital One, N.A. is OVERRULED and the Motion is GRANTED.

2. The Debtors' most recently filed Disclosure Statement is APPROVED.

3. On or before October 23, 2017 the Debtors shall mail the following voting materials to creditors and other parties interest, the United States Trustee, all persons who have

5199061

requested notice in this case pursuant to Fed. R. Bank. P. 2002 as required by Fed. R. Bankr. P. 3017(d):

      (a)    this Order;

      (b)    the Debtors' most recently filed Plan of Reorganization (the "Plan");

      (c)    the Disclosure Statement; and

      (c)    the form of ballot that conforms substantially to Official Bankruptcy Form B314[1].

4.    November 20, 2017 is fixed as the last date by which the ballots must be received by counsel to the Debtors to be considered as acceptances or rejections of the Plan.

5.    November 22, 2017 is fixed as the date by which the Debtors shall file the Report of Plan Voting.

6.    November 22, 2017 is fixed as the deadline for filing and serving written objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

7.    A hearing shall be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, in Courtroom # 1, 900 Market Street, Philadelphia, PA 19107 on November 29, 2017 at 11:00 a. m., or as soon thereafter as counsel can be heard, to consider confirmation of the Plan.

                                                Honorable Ashely M. Chan
                                                United States Bankruptcy Judge

cc:    Attached Service List

---

[1] To be provided by the Debtor only to Classes of Claims entitled to vote under the Debtors' Plan.

5199061

**SERVICE LIST**

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

5199061