## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : |
|  | : |
|  | : **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL,** | : |
| **et al.** | : **Case No. 15-11648 (AMC)** |
|  | : **(Jointly Administered)** |
| Debtors. | : |
|  | : |

## NOTICE

1.      The First Interim Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP, counsel for Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors"), for the Period March 10, 2015 through September 30, 2017 (the "First Fee Application") has been filed requesting allowance of compensation in the amount of $204,502.50 and reimbursement of expenses in the amount of $9,712.54 for the services performed by the Applicant on behalf of the Debtors.

2.      The above-referenced First Fee Application is available for inspection at the Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

3.      The United States Trustee, any creditor or party-in-interest may file an answer, objection, other responsive pleading or request for hearing, with the Office of the Clerk, United States Bankruptcy Court, whose address is stated in Paragraph 2 above, AND serve a copy on counsel for the Debtors, whose name and address is listed below, on or before twenty one (21) days from the date of this Notice.

4.      In the absence of any answer, objection or other responsive pleading or request for a hearing, counsel for the Debtors will file with the Clerk of the Court a Certification of No Objection, and the Court may allow the First Fee Application without a hearing.

Respectfully submitted,

Dated: October 27, 2017

By: ___/s/ Edmond M. George_____
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3140

5196717