UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL, et al.** | : | |
| | : | **Case No. 15-11648 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

## ORDER

AND NOW, this __28th__ day of __November__, 2017, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), counsel for Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors"), for the period March 10, 2015 through September 30, 2017 (the "First Fee Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest, and the United States Trustee having raised an informal objection to the fees requested in the First Fee Application and Obermayer having agreed to a two thousand dollar ($2,000.00) reduction to the compensation requested in the First Fee Application, and good cause having been shown, it is hereby

ORDERED that the First Fee Application is APPROVED; and it is further

ORDERED that the compensation requested by Obermayer shall be reduced by two thousand dollar ($2,000.00) and therefore is allowed in the amount of $__204,502.50__ for the period March 10, 2015 through September 30, 2017; and it is further

ORDERED that Obermayer is allowed reimbursement of expenses in the amount of $ 9,712.54, for the period March 10, 2015 through September 30, 2017.

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge