United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mayur Patel  
    Debtor

Case No. 15-11648-amc  
Chapter 11

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Nov 28, 2017 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
db        +Mayur Patel,   6 South Strawberry Street,   Unit 1,   Philadelphia, PA 19106-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
         AMY E. VULPIO   on behalf of Creditor   Toroni Real Estate Partnership
          vulpioa@whiteandwilliams.com
         ANDREW F GORNALL   on behalf of Creditor   Capital One, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         EDMOND M. GEORGE   on behalf of Plaintiff Mayur  Patel
          angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
          acello@obermayer.com;alicia.sandoval@obermayer.com
         EDMOND M. GEORGE   on behalf of Attorney   Obermayer Rebmann Maxwell & Hippel LLP
          angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
          acello@obermayer.com;alicia.sandoval@obermayer.com
         EDMOND M. GEORGE   on behalf of Debtor   SJM Limited, LLC
          angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
          acello@obermayer.com;alicia.sandoval@obermayer.com
         EDMOND M. GEORGE   on behalf of Debtor Mayur  Patel
          angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
          acello@obermayer.com;alicia.sandoval@obermayer.com
         JAMES CHRISTOPHER VANDERMARK   on behalf of Creditor   Toroni Real Estate Partnership
          vandermarkj@whiteandwilliams.com
         JEREMY JOHN KOBESKI   on behalf of Creditor   JPMorgan Chase Bank National Association
          paeb@fedphe.com
         KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
         MICHAEL D. VAGNONI   on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com,
          michele.emory@obermayer.com;Lucille.acello@obermayer.com
         MICHAEL D. VAGNONI   on behalf of Debtor   SJM Limited, LLC michael.vagnoni@obermayer.com,
          michele.emory@obermayer.com;Lucille.acello@obermayer.com
         THOMAS I. PULEO   on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD MILLER   on behalf of Creditor   Capital One, N.A. wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                                       TOTAL: 14

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL,** | : | |
| **et al.** | : | **Case No. 15-11648 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

### ORDER

AND NOW, this __28th__ day of __November__, 2017, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), counsel for Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors"), for the period March 10, 2015 through September 30, 2017 (the "First Fee Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest, and the United States Trustee having raised an informal objection to the fees requested in the First Fee Application and Obermayer having agreed to a two thousand dollar ($2,000.00) reduction to the compensation requested in the First Fee Application, and good cause having been shown, it is hereby

ORDERED that the First Fee Application is APPROVED; and it is further

ORDERED that the compensation requested by Obermayer shall be reduced by two thousand dollar ($2,000.00) and therefore is allowed in the amount of $__204,502.50__ for the period March 10, 2015 through September 30, 2017; and it is further

ORDERED that Obermayer is allowed reimbursement of expenses in the amount of $ __9,712.54__, for the period March 10, 2015 through September 30, 2017.

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge