UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| MAYUR PATEL a/k/a MIKE PATEL, et al. | : |
| | : Case No. 15-11648 (AMC) |
| | : (Jointly Administered) |
| Debtors. | : |

## CERTIFICATE OF SERVICE

I, Edmond M. George, a partner in the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on December 5, 2017, a true and correct copy of the foregoing Order Confirming Plan was served on the following on the attached service list via United States First Class Mail, postage pre-paid.

/s/ Edmond M. George
Edmond M. George, Esquire

5213297

## SERVICE LIST

| | | |
|---|---|---|
| Ardmore Donuts, LLC<br>44 Greenfield Avenue<br>Store No. 12-14<br>Ardmore, PA 19003 | Bryn Mawr Coffee, LLC<br>596 W. Lancaster Avenue<br>Bryn Mawr, PA 19010 | Chase<br>P.O. Box 15123<br>Wilmington, DE 19850 |
| Chase Bank<br>P.O. Box 24696<br>Columbus, OH 43224 | Community Bank<br>5010 Hardy Street<br>Hattiesburg, MS 39402 | Community Bank<br>3537 Sangani Boulevard<br>Diberville, MS 39540 |
| DirectCapital<br>155 Commerce Way<br>Portsmouth, NH 03801 | Fox Corporation<br>50 Greenfield Avenue<br>Ardmore, PA 19003 | Hanuman Business, Inc.<br>t/a Ramoco Fuels<br>1415 Route 70 East<br>Cherry Hill, NJ 080340 |
| Jayesh Patel<br>12 Anderson Way<br>Monmouth Junction, NJ 08015 | Justin E. Proper, Esquire<br>White and Williams LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103 | PECO<br>PECO Bankruptcy Group<br>2301 Market Street, S4-2<br>Philadelphia, PA 19103 |
| Ritesh Patel<br>930 West<br>165 Service Road South<br>Mobile, AL 36609 | School Lane Holding Company, L.P.<br>c/o C.F. Holloway, III<br>110 Gallagher Road<br>Wayne, PA 19087 | Shirish Patel<br>3850 Dwight Court<br>Mobile, AL 36619 |
| SJM Fuels LLC<br>596 W. Lancaster Avenue<br>Bryn Mawr, PA 19010 | SJM Investments, LLC<br>15250 Poole Street<br>Gulfport, MS 39503 | SJM Limited, LLC<br>150 N. Radnor Chester Road<br>Suite F-200<br>Radnor, PA 19087 |
| Small Business Admin<br>409 3rd Street<br>Washington, DC 20416 | Toroni Real Estate Partnership<br>235 Waterloo Avenue<br>Berwyn, PA 19312 | Wayne Donuts, LLC<br>110 E. Lancaster Avenue<br>Wayne, PA 19087 |
| George C. Zumbano, Esquire<br>Gwathrop Greenwood, PC<br>17 East Gay Street, Suite 100<br>West Chester, PA 19381-0562 | Andrew F Gornall, Esquire<br>Thomas Puleo, Esquire<br>Brian C. Nicholas, Esquire<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>*Attorney for Capital One* | Jeremy John Kobeski, Esquire<br>Phelan Hallinan & Schmieg, LLP<br>555 Grant Street<br>Suite 360<br>Pittsburgh, PA 15219 |
| Amy E. Vulpio, Esquire<br>White and Williams LLP<br>1650 Market Street, 18th Floor<br>Philadelphia, PA 19103<br>*Attorney for Toroni Real Estate* | Kevin P. Callahan, Esquire<br>United States Trustee<br>Dept. of Justice<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | Capital One<br>P.O. Box 21887<br>Eagan, MN 55121 |
| Citi Cards<br>Processing Center<br>Des Moines, IA 50363-0005 | Asterion Inc.<br>215 S. Broad St.<br>3rd Floor<br>Philadelphia, PA 19107 | Barre & Company<br>2204 Morris Avenue<br>Suite 206<br>Union, NJ 07083 |
| Capital One, N.A.<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Capital One, N.A.<br>7933 Preston Road<br>Mail Code 31603-1111<br>Plano, TX 75024-2302 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101 | JPMorgan Chase Bank, N.A.<br>Chase Record Center<br>Attn: Correspondence Mail<br>Mail Code: LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | PECO Energy Company<br>Attn: Merrick Friel<br>2301 Market St., S23-1<br>Philadelphia, PA 19103 |

5213297

| Jatin Patel<br>235 Princeton Road<br>Piscataway, NJ 08854 | Michael Pocchio, Jr., Esquire<br>21 Meridian Road<br>Edison, NJ 08820<br>*(Counsel for Jatin Patel)* | William E. Miller, Esquire<br>Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976 |
|---|---|---|
| U.S. Securities and Exchange Commission<br>1617 JFK Boulevard, Suite 520<br>Philadelphia, PA 19103 | | |

5213297