United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-11648-amc
Mayur Patel                                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: DonnaR            Page 1 of 1              Date Rcvd: Dec 04, 2017
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db            +Mayur Patel,   6 South Strawberry Street,   Unit 1,   Philadelphia, PA 19106-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              AMY E. VULPIO    on behalf of Creditor    Toroni Real Estate Partnership
               vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              EDMOND M. GEORGE    on behalf of Plaintiff Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Attorney    Obermayer Rebmann Maxwell & Hippel LLP
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor    SJM Limited, LLC
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.
               acello@obermayer.com;alicia.sandoval@obermayer.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Toroni Real Estate Partnership
               vandermarkj@whiteandwilliams.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    JPMorgan Chase Bank National Association
               paeb@fedphe.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL D. VAGNONI    on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com
              MICHAEL D. VAGNONI    on behalf of Debtor    SJM Limited, LLC michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com
              THOMAS I. PULEO    on behalf of Creditor    Capital One, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Capital One, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 14

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re*: | Chapter 11 |
| **Mayur Patel**, *et al.*, | Case No. 15-11648 (AMC) |
| | (Jointly Administered) |
| Debtors. | |

### ORDER CONFIRMING PLAN

AND NOW, this __4th__ day of __December__, 2017, upon consideration of the Second Amended Joint Plan of Reorganization of the Debtors in Possession Mayur Patel ("Patel") and SJM Limited, LLC ("SJM"), dated October 16, 2017 [Docket No. 253] (the "Plan"),[1] and the Court having considered the entire record before it in this case, including the Second Amended Disclosure Statement in support of the Plan (the "Disclosure Statement"), and all documents and the offer of proof and arguments made in support of the confirmation of the Plan at the Confirmation Hearing on November 29, 2017, and the Plan and Disclosure Statement having been transmitted to Creditors, and it having been determined at the Confirmation Hearing, on notice, that the requirements set forth in Section 1129(b) of the Bankruptcy Code have been satisfied:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The Plan is hereby confirmed pursuant to Section 1129(b) of the Bankruptcy Code and approved in all respects, the Debtors having established its compliance with Section 1129(a)(1) through (7) and (9) through (12) and 1129(b) of the Bankruptcy Code, as applicable.

2. Except as set forth specifically in the Plan or in this Order, any pre-Petition Date executory contracts or unexpired leases which have not been assumed or rejected, are hereby

---

[1] All capitalized terms in this Order not otherwise defined shall have the meaning ascribed to them in the Plan, the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. (as amended, the "Bankruptcy Code") and/or the Federal Rule of Bankruptcy Procedure (the "Rules").

5210939

rejected and the Plan shall constitute a motion to reject such executory contracts or unexpired leases and this Order hereby constitutes an order approving such rejection of the executory contracts and unexpired leases on the Confirmation Date, pursuant to Section 365 of the Bankruptcy Code, effective as of the Effective Date, provided, however, that the Debtors' contractual obligations under the franchise agreements with Dunkin' Donuts, to the extent executory, are hereby assumed.

3. In order to allow Patel to make the Initial New Value Contribution in accordance with Article III of the Plan, Wells Fargo Bank, N.A. and its affiliates are directed to immediately release any hold or impediment instituted in connection with the Debtors' bankruptcy proceedings on the bank accounts of Majula Patel, accounts ending in 3816 and 0612 and listed by Mayur Patel in his Statement of Financial Affairs as property being held for another, upon receipt of this Confirmation Order.

4. On or before the Effective Date of the Plan, the Debtor shall pay statutory quarterly fees and shall continue to pay statutory fees until this case is converted, dismissed or closed.

5. In accordance with Bankruptcy Rules 2002 and 3020(c), within five Business Days of the entry of the Confirmation Order, the Debtors shall serve a copy of the Confirmation Order by first-class, postage prepaid U.S. mail to: (a) the United States Trustee; (b) all holders of Claims and Interests; (c) the Securities and Exchange Commission; and (d) all other parties-in-interest.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    Attached Service List

5210939

**SERVICE LIST**

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

5210939