# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
### _____ DIVISION

IN RE:      Mayur Patel                    }   CASE NUMBER: 15-11648
                                            }
                                            }
                                            }   JUDGE
                                            }
DEBTOR.                                    }   CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**   1-Aug-17   **TO**   30-Aug-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 9/19/2017                                                    _____ (signature)

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:
_____
_____
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm
1)   Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $225.05 | $225.05 |
| CASH- Beginning of Month (Business) | 0 | 0 |
| | | |
| Total Household Receipts | $5,006.58 | $309,907.99 |
| Total Business Receipts | | |
| Total Receipts | $5,006.58 | $309,907.99 |
| | | |
| Total Household Disbursements | 4,862.73 | 310,985.61 |
| Total Business Disbursements | | |
| Total Disbursements | 4,862.73 | 310,985.61 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 143.85 | 143.85 |
| | | |
| CASH- End of Month (Individual) | 368.90 | 368.90 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 4,862.73 | 4,862.73 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 4,862.73 | 310,985.61 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_ day of ___September___ 2017___.

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $225.05 | $225.05 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $5,006.58 | $5,006.58 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
| (credit card refund from previous debits |  |  |
| **TOTAL RECEIPTS** | $5,006.58 | 5,006.58 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 2935.28 |  |
| Household Repairs & Maintenance | 19.59 |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment |  |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1538.5 |  |
| Vehicle Expenses | 369.36 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Banking fee plus check printing | 0 |  |
|  |  |  |
| **Total Household Disbursements** | $4,862.73 | 4,862.73 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $368.90 | 368.90 |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance Erie Insurance company | 5/10/2014  5/11/2016 | $2,106 yearly | 0 |
| Erie Insurance home | 11/27/2014  11/27/2015 | $1,867 yearly | 0 |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                               **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 225.05 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 5,007 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 4,862.73 | | | |
| 5. Month End Balance (Must Agree with Books) | 368.90 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $368.90 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**   k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 218 | 1-Aug | comcast cable | cable bill | $419.32 |
| 219 | 31-Jul | Peco | utiltity | $332.43 |
| 220 | 2-Aug | PPA | Parking ticket | $79.00 |
| 222 | 14-Aug | PPA | Parking ticket | $51.00 |
| 223 | 18-Aug | medical | medical | $6.75 |
| 721768 | 4-Aug | insurance | insurance | $650 |
| | | | TOTAL | $1,538.50 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# TD Bank
America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

1135-MTD01040082417142620
MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA  19106-

Page: 1 of 6
Statement Period: Jul 24 2017-Aug 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 8029

## Chapter 11 Checking
MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # 431-5293029

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 225.05 | Average Collected Balance | 1,689.92 |
| Deposits | 5,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 6.58 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,538.50 | Days in Period | 31 |
| Electronic Payments | 3,324.23 | | |
| Ending Balance | 368.90 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total Returned Item Fees (NSF) | $0.00 | $245.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/28 | DEPOSIT | 5,000.00 |
| | Subtotal: | 5,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | DEBIT CARD CREDIT, *****45160844722, AUT 080217 VISA DDA REF WHOLEFDS SOS 101 929 SOU   PHILADELPHIA * PA | 6.58 |
| | Subtotal: | 6.58 |

**Checks Paid**    No. Checks: 6    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/01 | 218 | 419.32 | 08/14 | 222* | 51.00 |
| 07/31 | 219 | 332.43 | 08/18 | 223 | 6.75 |
| 08/02 | 220 | 79.00 | 08/04 | 721768* | 650.00 |
| | | | | Subtotal: | 1,538.50 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance      368.90

❷ Total Deposits      +

❸ Sub Total

❹ Total Withdrawals   −

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

1135-13-000000

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 6
Statement Period: Jul 24 2017-Aug 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ▓▓▓▓8029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/09 | DEBIT CARD PURCHASE, *****45160844722, AUT 080717 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.50 |
| 08/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 080917 VISA DDA PUR<br>AMAZON COM    AMZN COM BILL * WA | 15.83 |
| 08/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 080917 VISA DDA PUR<br>DROPBOX XH6NR4YNTG4Z    DROPBOX COM * CA | 9.99 |
| 08/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 080917 VISA DDA PUR<br>BRYN AND DANES    BRYN MAWR * PA | 3.45 |
| 08/11 | DEBIT POS, *****45160844722, AUT 081117 DDA PURCH W/CB<br>CVS PHARM 10526 259 M    PHILADELPHIA * PA | 45.88 |
| 08/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 081017 VISA DDA PUR<br>PERSIS INDIAN GRILL    PISCATAWAY * NJ | 27.78 |
| 08/11 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *AXZ***80374100 | 26.05 |
| 08/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 080917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |
| 08/11 | DEBIT CARD PURCHASE, *****45160844722, AUT 080917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.50 |
| 08/14 | TD ATM DEBIT, *****45160844722, AUT 081317 DDA WITHDRAW<br>212 LANCASTER AVENUE    WAYNE * PA | 200.00 |
| 08/14 | DEBIT CARD PAYMENT, *****45160844722, AUT 081317 VISA DDA PUR<br>TMOBILE AUTO PAY    800 937 8997 * WA | 147.56 |
| 08/14 | DEBIT POS, *****45160844722, AUT 081217 DDA PURCH W/CB<br>GIANT 6507    ST DAVIDS * PA | 122.41 |
| 08/14 | DEBIT POS, *****45160844722, AUT 081217 DDA PURCHASE<br>TOYS R US 8307    CHERRY HILL * NJ | 71.56 |
| 08/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 081017 VISA DDA PUR<br>MAPLE SHADE VALERO    MAPLE SHADE * NJ | 48.52 |
| 08/14 | DEBIT POS, *****45160844722, AUT 081317 DDA PURCHASE<br>ROSS STORE 482    PLYMOUTH MTNG * PA | 29.09 |
| 08/14 | DEBIT POS, *****45160844722, AUT 081317 DDA PURCHASE<br>RITE AID STORE 0995    WAYNE * PA | 10.04 |
| 08/14 | DEBIT CARD PAYMENT, *****45160844722, AUT 081117 VISA DDA PUR<br>LTF LIFE TIME MO DUES    888 430 6432 * MN | 10.00 |
| 08/14 | DEBIT POS, *****45160844722, AUT 081317 DDA PURCHASE<br>WEGMANS 1 VILLAGE DRIVE    KING OF PRU * PA | 7.47 |
| 08/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 081217 VISA DDA PUR<br>USA SUNSTAR VENDING    BROOKLYN * NY | 5.00 |
| 08/15 | ELECTRONIC CK PMT-ARC, TRUGREEN 1111 CHECK PYMT 0246 | 239.41 |
| 08/15 | DEBIT POS, *****45160844722, AUT 081517 DDA PURCHASE<br>SUNOCO 02711117    WAYNE * PA | 52.26 |
| 08/15 | DEBIT POS, *****45160844722, AUT 081517 DDA PURCHASE<br>THE HOME DEPOT 4188    KING OF PRUSS * PA | 19.59 |
| 08/15 | DEBIT POS, *****45160844722, AUT 081517 DDA PURCHASE<br>RITE AID STORE 1320    NARBERTH * PA | 16.36 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 3 of 6
Statement Period: Jul 24 2017-Aug 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 072017 VISA DDA PUR<br>DAVE BUSTERS 5 POWERC    PHILADELPHIA * PA | 31.00 |
| 07/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 072017 VISA DDA PUR<br>MCDONALD S F6919    PHILADELPHIA * PA | 6.46 |
| 07/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 072017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 4.75 |
| 07/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 072017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.00 |
| 07/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 072817 VISA DDA PUR<br>PECO PAYMENT    800 494 4000 * PA | 97.45 |
| 07/31 | DEBIT CARD PAYMENT, *****45160844722, AUT 072917 VISA DDA PUR<br>NEW JERSEY E ZPASS    888 288 6865 * NJ | 60.00 |
| 07/31 | DEBIT CARD PAYMENT, *****45160844722, AUT 072817 VISA DDA PUR<br>ABC SWEAT    888 8279262 * PA | 56.00 |
| 07/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 072817 VISA DDA PUR<br>NEW JERSEY E ZPASS    NEWARK    * NJ | 35.00 |
| 07/31 | DEBIT POS, *****45160844722, AUT 072917 DDA PURCHASE<br>AMERICAN AUTO W    WAYNE    * PA | 30.15 |
| 07/31 | DEBIT POS, *****45160844722, AUT 073017 DDA PURCHASE<br>WAL MART SUPER CENTER    KING OF PRUSS * PA | 18.65 |
| 08/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 073117 VISA DDA PUR<br>SOUTHPORT PLAZA CORP    PHILADELPHIA * PA | 50.80 |
| 08/02 | DEBIT CARD PAYMENT, *****45160844722, AUT 080117 VISA DDA PUR<br>LTF LIFE TIME MO DUES    888 430 6432 * MN | 239.00 |
| 08/02 | DEBIT POS, *****45160844722, AUT 080217 DDA PURCH W/CB<br>WHOLEFDS SOS 101 929 SOU    PHILADELPHIA * PA | 97.25 |
| 08/02 | DEBIT CARD PAYMENT, *****45160844722, AUT 080117 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM * CA | 12.95 |
| 08/02 | DEBIT CARD PURCHASE, *****45160844722, AUT 073117 VISA DDA PUR<br>SHELL OIL 57542380001    PHILADELPHIA * PA | 7.00 |
| 08/03 | DEBIT POS, *****45160844722, AUT 080317 DDA PURCH W/CB<br>GIANT 6507    ST DAVIDS * PA | 82.79 |
| 08/04 | DEBIT CARD PURCHASE, *****45160844722, AUT 080317 VISA DDA PUR<br>TRUGREEN LOCKBOX    800 878 4733 * TN | 165.26 |
| 08/04 | DEBIT CARD PURCHASE, *****45160844722, AUT 080217 VISA DDA PUR<br>APTIVE ENVIRONMENTAL P    610 707 2847 * PA | 126.14 |
| 08/04 | DEBIT CARD PURCHASE, *****45160844722, AUT 080217 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 08/07 | DEBIT CARD PURCHASE, *****45160844722, AUT 080417 VISA DDA PUR<br>AAA MEMBERSHIP DDM015    800 337 9222 * DE | 52.00 |
| 08/08 | DEBIT POS, *****45160844722, AUT 080817 DDA PURCH W/CB<br>WHOLEFDS WYW 104 1 E WYN    WYNNEWOOD * PA | 118.57 |
| 08/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 080617 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 2.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 6
Statement Period: Jul 24 2017-Aug 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ███████3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/16 | DEBIT POS, *****45160844722, AUT 081617 DDA PURCHASE<br>GIANT 6507        ST DAVIDS    * PA | 7.56 |
| 08/17 | DEBIT POS, *****45160844722, AUT 081717 DDA PURCHASE<br>RITE AID STORE  0995     WAYNE      * PA | 49.61 |
| 08/17 | DEBIT CARD PURCHASE, *****45160844722, AUT 081517 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 2.50 |
| 08/18 | DEBIT POS, *****45160844722, AUT 081817 DDA PURCH W/CB<br>RITE AID STORE  0995     WAYNE      * PA | 47.59 |
| 08/18 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0818 | 22.16 |
| 08/18 | DEBIT POS, *****45160844722, AUT 081717 DDA PURCHASE<br>RITE AID STORE  0995     WAYNE      * PA | 7.17 |
| 08/21 | TD ATM DEBIT, *****45160844722, AUT 082117 DDA WITHDRAW<br>399 MARKET ST       PHILADELPHIA * PA | 200.00 |
| 08/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 081817 VISA DDA PUR<br>CHOP HOSPITAL BILLING   800 2833055  * PA | 152.20 |
| 08/21 | DEBIT POS, *****45160844722, AUT 082017 DDA PURCHASE<br>TOYS R US  6305      E BRUNSWICK   * NJ | 53.43 |
| 08/21 | DEBIT POS, *****45160844722, AUT 081817 DDA PURCHASE<br>SUNOCO 02711117       WAYNE      * PA | 53.17 |
| 08/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 082017 VISA DDA PUR<br>HURRY CHUTNEY 2        PRINCETON JUN * NJ | 39.38 |
| 08/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 081917 VISA DDA PUR<br>LE  KING OF PRUSSIA    KING OF PRUSS * PA | 13.77 |
| 08/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 081917 VISA DDA PUR<br>STORYBOOK LAND INC    609 6460103  * NJ | 11.49 |
| 08/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 081717 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 4.00 |
| 08/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 081717 VISA DDA PUR<br>PPA ON STREET METERS     PHILADELPHIA * PA | 1.50 |
| 08/22 | TD ATM DEBIT, *****45160844722, AUT 082217 DDA WITHDRAW<br>212 LANCASTER AVENUE    WAYNE      * PA | 200.00 |
| 08/23 | DEBIT CARD PURCHASE, *****45160844722, AUT 082117 VISA DDA PUR<br>EXXONMOBIL   47966452    TOMS RIVER  * NJ | 35.74 |
| 08/23 | DEBIT CARD PURCHASE, *****45160844722, AUT 082117 VISA DDA PUR<br>SHELL OIL 57542380001    PHILADELPHIA * PA | 10.49 |
| | Subtotal: | 3,324.23 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/07 | ZERO DOLLAR DR, PECOENERGY UTIL_BIL ****131093 0001 | 0.00 |
| | Subtotal: | 0.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 6 of 6
Statement Period: Jul 24 2017-Aug 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 3029

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- |
| 07/23 | 225.05 | 08/10 | 2,421.39 |
| 07/24 | 180.84 | 08/11 | 2,317.68 |
| 07/28 | 5,180.84 | 08/14 | 1,615.03 |
| 07/31 | 4,551.16 | 08/15 | 1,287.41 |
| 08/01 | 4,081.04 | 08/16 | 1,279.85 |
| 08/02 | 3,652.42 | 08/17 | 1,227.74 |
| 08/03 | 3,569.63 | 08/18 | 1,144.07 |
| 08/04 | 2,625.23 | 08/21 | 615.13 |
| 08/07 | 2,573.23 | 08/22 | 415.13 |
| 08/08 | 2,452.16 | 08/23 | 368.90 |
| 08/09 | 2,450.66 | | |