# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
### _____ DIVISION

| | | |
|---|---|---|
| IN RE: | Mayur Patel | CASE NUMBER: 15-11648 |
| | | |
| | | JUDGE |
| | DEBTOR. | CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** 1-Sep-17 **TO** 30-Sep-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 1?/19/2017                                          _[signature] Mayur Patel_

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $368.90 | $368.90 |
| CASH- Beginning of Month (Business) | 0 | 0 |
| Total Household Receipts | $5,592.43 | $315,500.42 |
| Total Business Receipts | | |
| Total Receipts | $5,592.43 | $315,500.42 |
| Total Household Disbursements | 4,655.13 | 315,640.74 |
| Total Business Disbursements | | |
| Total Disbursements | 4,655.13 | 315,640.74 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 937.3 | 937.30 |
| CASH- End of Month (Individual) | 1,306.20 | 1,306.20 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 4,655.13 | 4,655.13 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 4,655.13 | 315,640.74 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __19th__ day of ____September____ 2017____.        _____Mayur Patel_____
                                                              Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $368.90 | $368.90 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $5,280.00 | $5,280.00 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
| (credit card refund from previous debits | $312.43 | 312.43 |
| **TOTAL RECEIPTS** | $5,592.43 | 5,592.43 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 2600.59 |  |
| Household Repairs & Maintenance | 81.23 |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment |  |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 925.01 |  |
| Vehicle Expenses | 1013.3 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Banking fee plus check printing | 35 |  |
|  |  |  |
|  |  |  |
| **Total Household Disbursements** | $4,655.13 | 0.00 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $1,306.20 | 1,306.20 |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance  Erie Insurance company | 5/10/2014    5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | 11/27/2014    11/27/2015 | $1,867  yearly | 0 |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                    **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 368.90 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 5,592 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 4,655.13 | | | |
| 5. Month End Balance (Must Agree with Books) | 1,306.20 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $1,306.20 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 224 | 5-Sep | PPA | parking ticket | $41.00 |
| 225 | 6-Sep | PPA | parking ticket | $41.00 |
| 226 | 1-Sep | Peco | utility | $264.18 |
| 227 | 1-Sep | Peco | utility | $427.49 |
| 228 | 5-Sep | comcast | cable | $233.34 |
| | | | TOTAL | $1,007.01 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



**TD Bank**
America's Most Convenient Bank®                    T          STATEMENT OF ACCOUNT

839-MTD01040092317156505

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA 19106-

Page:                                   1 of 6
Statement Period:    Aug 24 2017-Sep 23 2017
Cust Ref #:          4315293029-039-T-###
Primary Account #:                      3029

## Chapter 11 Checking

MAYUR PATEL                                                              Account #            3029
DIP CASE 15-11648 EDPA

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 368.90 | Average Collected Balance | 2,176.11 |
| Electronic Deposits | 5,592.43 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,007.01 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,213.12 | Days in Period | 31 |
| Other Withdrawals | 435.00 | | |
| Ending Balance | 1,306.20 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total Returned Item Fees (NSF) | $35.00 | $280.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/28 | ACH RETURNED ITEM, PECOENERGY UTIL_BIL ****131093 0825 | 312.43 |
| 08/28 | ATM DEPOSIT, *****45160844722, AUT 082617 DDA DEPOSIT 212 LANCASTER AVENUE   WAYNE  * PA | 5,000.00 |
| 08/28 | ATM CASH DEPOSIT, *****45160844722 AUT 082617 ATM CASH DEPOSIT 212 LANCASTER AVENUE   WAYNE  * PA | 180.00 |
| 08/28 | ATM CASH DEPOSIT, *****45160844722 AUT 082617 ATM CASH DEPOSIT 212 LANCASTER AVENUE   WAYNE  * PA | 100.00 |
| | Subtotal: | 5,592.43 |

**Checks Paid**  No. Checks: 5    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/05 | 224 | 41.00 | 09/01 | 227 | 427.49 |
| 09/06 | 225 | 41.00 | 09/05 | 228 | 233.34 |
| 09/01 | 226 | 264.18 | | | |
| | | | | Subtotal: | 1,007.01 |



Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to **www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance     1,306.20

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals  −

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

839-1-3-00000

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 3 of 6
Statement Period: Aug 24 2017-Sep 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ███████3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24 | DEBIT CARD PURCHASE, *****45160844722, AUT 082317 VISA DDA PUR<br>CENTRAL CITY TOYOTA    PHILADELPHIA * PA | 114.12 |
| 08/25 | ACH DEBIT, PECOENERGY UTIL_BIL ****131093 0825 | 312.43 |
| 08/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082417 VISA DDA PUR<br>SQ GOLDIE FALAFEL    PHILA   * PA | 20.70 |
| 08/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082317 VISA DDA PUR<br>MCDONALD S F6919    PHILADELPHIA * PA | 6.50 |
| 08/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082317 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.75 |
| 08/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 082317 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 1.50 |
| 08/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 082617 VISA DDA PUR<br>EB WATCH MAYWEATHER V   801 413 7200 * CA | 80.40 |
| 08/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 082617 VISA DDA PUR<br>CITY WORKS KING OF PRU   KNG OF PRUSSA * PA | 26.00 |
| 08/28 | DEBIT POS, *****45160844722, AUT 082717 DDA PURCHASE<br>SUNOCO 03632783    WAYNE  * PA | 20.19 |
| 08/28 | DEBIT POS, *****45160844722, AUT 082717 DDA PURCHASE<br>GIANT 6507    ST DAVIDS  * PA | 3.49 |
| 08/28 | DEBIT CARD PURCHASE, *****45160844722, AUT 082417 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 08/29 | DEBIT POS, *****45160844722, AUT 082917 DDA PURCH W/CB<br>SHOPRITE WHITMANPLZ S1    PHILADELPHIA * PA | 171.16 |
| 08/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 082917 VISA DDA PUR<br>MAGGIANOS 12TH FILBERT   PHILADELPHIA * PA | 95.13 |
| 08/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 083017 VISA DDA PUR<br>MEINEKE CAR CARE 0249    SOUTH PLAINFI * NJ | 336.52 |
| 08/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 083017 VISA DDA PUR<br>BP 1657048MAPLES SHADE B   MAPLE SHADE  * NJ | 51.07 |
| 08/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 082917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.75 |
| 08/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 082917 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.25 |
| 09/01 | ACH DEBIT, PECOENERGY RETRY PYMT ****131093 0825 | 312.43 |
| 09/01 | NONTD ATM DEBIT, *****45160844722, AUT 090117 DDA WITHDRAW<br>CARDTRONICS C2SJ    KING OF PRUSS * PA | 203.50 |
| 09/01 | DEBIT POS, *****45160844722, AUT 090117 DDA PURCH W/CB<br>GIANT 6507    ST DAVIDS  * PA | 96.74 |
| 09/01 | DEBIT POS, *****45160844722, AUT 090117 DDA PURCHASE<br>SUNOCO 03632783    WAYNE  * PA | 21.99 |
| 09/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 083017 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA * PA | 3.00 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090217 VISA DDA PUR<br>BIG DADDYS CAR WASH AN    NORTH BERGEN * NJ | 213.71 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 6
Statement Period: Aug 24 2017-Sep 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████████3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | DEBIT CARD PAYMENT, *****45160844722, AUT 090117 VISA DDA PUR<br>LTF LIFE TIME MO DUES     888 430 6432 * MN | 80.35 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090317 VISA DDA PUR<br>BLACK BEAR BAR  GRILL     HOBOKEN    * NJ | 33.36 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090317 VISA DDA PUR<br>BLACK BEAR BAR  GRILL     HOBOKEN    * NJ | 30.00 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090117 VISA DDA PUR<br>DIGGERLAND              WEST BERLIN * NJ | 28.74 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090317 VISA DDA PUR<br>MAMOUN S FALAFEL         HOBOKEN    * NJ | 27.80 |
| 09/05 | DEBIT POS, *****45160844722, AUT 090217 DDA PURCHASE<br>SUNOCO 02711117        WAYNE      * PA | 24.10 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090317 VISA DDA PUR<br>NATURAL PLUS            HOBOKEN    * NJ | 15.49 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 083117 VISA DDA PUR<br>HALAL GUYS              PHILADELPHIA * PA | 12.96 |
| 09/05 | DEBIT CARD PAYMENT, *****45160844722, AUT 090117 VISA DDA PUR<br>NETFLIX COM            NETFLIX COM * CA | 12.95 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090117 VISA DDA PUR<br>DIGGERLAND KIOSK        WEST BERLIN * NJ | 10.00 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 083117 VISA DDA PUR<br>OLD CITY COFFEE        PHILADELPHIA * PA | 6.10 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090117 VISA DDA PUR<br>DIGGERLAND              WEST BERLIN * NJ | 3.95 |
| 09/05 | DEBIT CARD PURCHASE, *****45160844722, AUT 090217 VISA DDA PUR<br>WHITE CASTLE 090034    UNION CITY * NJ | 3.61 |
| 09/11 | DEBIT CARD PAYMENT, *****45160844722, AUT 090917 VISA DDA PUR<br>DROPBOX 1P6DSSY6TQNY    DB TT CCHELP * CA | 9.99 |
| 09/14 | DEBIT CARD PAYMENT, *****45160844722, AUT 091317 VISA DDA PUR<br>TMOBILE AUTO PAY       800 937 8997 * WA | 152.41 |
| 09/14 | DEBIT CARD PURCHASE, *****45160844722, AUT 091317 VISA DDA PUR<br>AMAZON VIDEO ON DEMAND    AMZN COM BILL * WA | 2.11 |
| 09/18 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 0918 | 91.63 |
| 09/18 | DEBIT POS, *****45160844722, AUT 091717 DDA PURCH W/CB<br>THE HOME DEPOT 4188    KING OF PRUSS * PA | 81.23 |
| 09/18 | DEBIT CARD PURCHASE, *****45160844722, AUT 091617 VISA DDA PUR<br>SQ TIFFIN INDIAN CUISIN  BRYN MAWR   * PA | 69.96 |
| 09/18 | DEBIT CARD PURCHASE, *****45160844722, AUT 091717 VISA DDA PUR<br>GULF OIL 92052157       BRYN MAWR   * PA | 60.37 |
| 09/18 | DEBIT POS, *****45160844722, AUT 091817 DDA PURCHASE<br>WHOLEFDS DEV 100 821 LAN  WAYNE      * PA | 53.07 |
| 09/18 | DEBIT CARD PURCHASE, *****45160844722, AUT 091617 VISA DDA PUR<br>CITY WORKS  KING OF PRU  KNG OF PRUSSA * PA | 32.00 |

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 6
Statement Period: Aug 24 2017-Sep 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ####3029

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DEBIT POS, *****45160844722, AUT 091817 DDA PURCHASE<br>TARGET T  2250 CHEMICA    PLYMOUTH MEET * PA | 31.78 |
| 09/18 | DEBIT CARD PURCHASE, *****45160844722, AUT 091617 VISA DDA PUR<br>SQ  THE BEER YARD      WAYNE      * PA | 23.95 |
| 09/18 | DEBIT POS, *****45160844722, AUT 091717 DDA PURCHASE<br>WEGMANS 1 VILLAGE DRIVE    KING OF PRU  * PA | 8.24 |
| 09/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 091717 VISA DDA PUR<br>CHOOLAAH INDIAN BBQ 1005    KING OF PRUSS * PA | 28.05 |
| 09/19 | DEBIT POS, *****45160844722, AUT 091917 DDA PURCHASE<br>AMERICAN AUTO W        WAYNE      * PA | 20.48 |
| 09/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 091817 VISA DDA PUR<br>UBER   US SEP18 NR22N    HELP UBER COM * CA | 9.58 |
| 09/19 | DEBIT CARD PURCHASE, *****45160844722, AUT 091717 VISA DDA PUR<br>HABIT KING OF PRUSSIA238   KING OF PRUSS * PA | 2.12 |
| 09/20 | DEBIT POS, *****45160844722, AUT 092017 DDA PURCHASE<br>FRESH MKT 108 HORS       HORSHAM     * PA | 54.38 |
| 09/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 091817 VISA DDA PUR<br>PPA ON STREET METERS      PHILADELPHIA * PA | 2.75 |
| 09/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 091817 VISA DDA PUR<br>SAIGE CAFE           PHILADELPHIA * PA | 2.04 |
| 09/21 | DEBIT POS, *****45160844722, AUT 092117 DDA PURCHASE<br>SUNOCO 03632783       WAYNE      * PA | 30.08 |
| 09/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 092017 VISA DDA PUR<br>MAMOUNS PRINCETON LLC    PRINCETON   * NJ | 20.57 |
| 09/22 | DEBIT POS, *****45160844722, AUT 092217 DDA PURCHASE<br>WHOLEFDS PLM 102 500 W G   PLYMOUTH MEET * PA | 14.27 |
| 09/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 092017 VISA DDA PUR<br>MAMOUNS PRINCETON LLC    PRINCETON   * NJ | 8.55 |
| 09/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 092017 VISA DDA PUR<br>FIVE BELOW 129       HAMILTON TWSP * NJ | 5.34 |
| 09/22 | DEBIT CARD PURCHASE, *****45160844722, AUT 092017 VISA DDA PUR<br>CHICK FIL A 01418      HAMILTON    * NJ | 3.94 |
| 09/22 | DEBIT POS, *****45160844722, AUT 092217 DDA PURCHASE<br>GIANT 6507          ST DAVIDS   * PA | 2.49 |
| | Subtotal: | 3,213.12 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/28 | OVERDRAFT RET | 35.00 |
| 09/13 | DEBIT | 200.00 |
| 09/14 | DEBIT | 200.00 |
| | Subtotal: | 435.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 6 of 6
Statement Period: Aug 24 2017-Sep 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: ████3029

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- |
| 08/23 | 368.90 | 09/06 | 2,527.58 |
| 08/24 | 254.78 | 09/11 | 2,517.59 |
| 08/25 | -88.10 | 09/13 | 2,317.59 |
| 08/28 | 5,336.25 | 09/14 | 1,963.07 |
| 08/29 | 5,165.09 | 09/18 | 1,510.84 |
| 08/30 | 5,069.96 | 09/19 | 1,450.61 |
| 08/31 | 4,675.37 | 09/20 | 1,391.44 |
| 09/01 | 3,346.04 | 09/21 | 1,361.36 |
| 09/05 | 2,568.58 | 09/22 | 1,306.20 |