United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-11648-amc
Mayur Patel                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Dec 29, 2017
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.
13511358       +Capital One, N.A.,    7933 Preston Road,   Mail Code 31603-1111,    Plano, TX 75024-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:
      AMY E. VULPIO    on behalf of Creditor   Toroni Real Estate Partnership
       vulpioa@whiteandwilliams.com
      ANDREW F GORNALL    on behalf of Creditor   Capital One, N.A. agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   Capital One, N.A. c/o Rushmore Loan Management
       Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
      EDMOND M. GEORGE    on behalf of Accountant   Asterion Inc.
       angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com
      EDMOND M. GEORGE    on behalf of Debtor   SJM Limited, LLC
       angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com
      EDMOND M. GEORGE    on behalf of Plaintiff Mayur  Patel
       angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com
      EDMOND M. GEORGE    on behalf of Attorney   Obermayer Rebmann Maxwell & Hippel LLP
       angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com
      EDMOND M. GEORGE    on behalf of Debtor Mayur  Patel
       angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com
      JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor   Toroni Real Estate Partnership
       vandermarkj@whiteandwilliams.com
      JEREMY JOHN KOBESKI    on behalf of Creditor   JPMorgan Chase Bank National Association
       paeb@fedphe.com
      KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
      MICHAEL D. VAGNONI    on behalf of Debtor   SJM Limited, LLC michael.vagnoni@obermayer.com,
       michele.emory@obermayer.com;Lucille.acello@obermayer.com
      MICHAEL D. VAGNONI    on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com,
       michele.emory@obermayer.com;Lucille.acello@obermayer.com
      THOMAS I. PULEO    on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD MILLER    on behalf of Creditor   Capital One, N.A. wmiller@sterneisenberg.com,
       bkecf@sterneisenberg.com
                                                                                                      TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-11648-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

Mayur Patel
6 South Strawberry Street
Unit 1
Philadelphia PA 19106

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/29/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 1: Capital One, N.A., 7933 Preston Road, Mail Code 31603-1111, Plano, TX 75024 | Capital One, N.A.<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004, Irvine, CA 92619-2708 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/31/17

Tim McGrath
**CLERK OF THE COURT**