# UNITED STATES BANKRUPTCY COURT
## _______________ DISTRICT OF Eastern PA___________
## _________________ DIVISION

| IN RE: | Mayur Patel | } | CASE NUMBER: 15-11648 |
|---|---|---|---|
| | | } | |
| | | } | |
| | | } | JUDGE |
| | | } | |
| | DEBTOR. | } | CHAPTER 11 |

---

**DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)**
**FOR THE PERIOD**

**FROM** 1-Nov-17 **TO** 30-Nov-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 12/19/2017

[signature]

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:
_______________
_______________
_______________
Bar No. _______________
Tel. _______________

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| Case Name: | Mayur Patel |
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $2,256.17 | $2,256.17 |
| CASH- Beginning of Month (Business) | 0 | 0 |
| | | |
| Total Household Receipts | $5,012.68 | $5,012.68 |
| Total Business Receipts | | |
| Total Receipts | $5,012.68 | $5,012.68 |
| | | |
| Total Household Disbursements | 6,821.18 | 356,538.44 |
| Total Business Disbursements | | |
| Total Disbursements | 6,821.18 | 356,538.44 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -1808.5 | -1,808.50 |
| | | |
| CASH- End of Month (Individual) | 447.67 | 447.67 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 6,821.18 | 356,538.44 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 6,821.18 | 356,538.44 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _19th_____ day of ____december________________ 2017___.

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $2,256.17 | $2,256.17 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $5,000.00 | $5,000.00 |
| Wages from Other Sources (attach list to this report) | $0 | $0 |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| (credit card refund from previous debits | $12.68 | 12.68 |
| **TOTAL RECEIPTS** | $5,012.68 | 5,012.68 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 5172.18 | |
| Household Repairs & Maintenance | 23.55 | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | 1,109.00 | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 192.47 | |
| Vehicle Expenses | 324 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| Banking fee plus check printing | 0 | |
| | | |
| | | |
| **Total Household Disbursements** | $6,821.18 | 6,821.18 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $447.67 | 447.67 |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. | Have any post-petition loans been received by the debtor from any party? | | x |
| 6. | Are any post-petition payroll taxes past due? | | x |
| 7. | Are any post-petition state or federal income taxes past due? | | x |
| 8. | Are any post-petition state or local sales taxes past due? | | x |
| 9. | Are any post-petition real estate taxes past due? | | x |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. | Are any wage payments past due? | | x |

***If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. | Are all premium payments current? | x | |

***If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

**CONFIRMATION OF INSURANCE**

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| Car Insurance Erie Insurance company | 5/10/2014 5/11/2016 | $2,106 yearly | 0 |
| Erie Insurance home | 11/27/2014 11/27/2015 | $1,867 yearly | 0 |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: ____________

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. Balance per Bank Statement | 2,256.17 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 5,013 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 6,821.18 | | | |
| 5. Month End Balance (Must Agree with Books) | 447.67 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $447.67 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**

k8

| | |
|---|---|
| **Name of Bank** | TD |
| **Account Number** | 431-5293029 |
| **Purpose of Account (Personal)** | personal |
| **Type of Account (e.g., Checking)** | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 238 | 26-Oct | IRS | taxes | $1,109.00 |
| | | | TOTAL | $1,109.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA
6 S STRAWBERRY ST APT 1
PHILADELPHIA PA 19106-

Page: 1 of 7
Statement Period: Oct 24 2017-Nov 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

Chapter 11 Checking
MAYUR PATEL
DIP CASE 15-11648 EDPA

Account # 431-5293029

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | 2,256.17 |
| Electronic Deposits | 5,012.68 |
| Checks Paid | 1,109.00 |
| Electronic Payments | 5,712.18 |
| Ending Balance | 447.67 |

| | |
|---|---|
| Average Collected Balance | 2,675.83 |
| Interest Earned This Period | 0.00 |
| Interest Paid Year-to-Date | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Days in Period | 31 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total Returned Item Fees (NSF) | $0.00 | $280.00 |

## DAILY ACCOUNT ACTIVITY

Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | ATM CHECK DEPOSIT, *****45160844722 AUT 102517 ATM CHECK DEPOSI 399 MARKET ST PHILADELPHIA * PA | 5,000.00 |
| 10/25 | DEBIT CARD CREDIT, *****45160844722, AUT 102517 VISA DDA REF THE HOME DEPOT 4101 PHILADELPHIA * PA | 12.68 |
| | Subtotal: | 5,012.68 |

Checks Paid No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 10/26 | 238 | 1,109.00 |
| | Subtotal: | 1,109.00 |

Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/24 | ACH DEBIT, PECOENERGY UTIL_BIL ****131093 1024 | 192.47 |
| 10/25 | DEBIT POS, *****45160844722, AUT 102517 DDA PURCHASE SUNOCO 02711117 WAYNE * PA | 40.00 |
| 10/25 | DEBIT POS, *****45160844722, AUT 102517 DDA PURCHASE THE HOME DEPOT 4101 PHILADELPHIA * PA | 23.55 |
| 10/25 | DEBIT CARD PURCHASE, *****45160844722, AUT 102417 VISA DDA PUR TASTE OF THE ISLANDS NORRISTOWN * PA | 19.08 |
| 10/26 | DEBIT POS, *****45160844722, AUT 102517 DDA PURCH W/CB GIANT 6507 ST DAVIDS * PA | 84.08 |
| 10/27 | DEBIT POS, *****45160844722, AUT 102717 DDA PURCH W/CB WHOLEFDS DEV 100 821 LAN WAYNE * PA | 107.38 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account



Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 447.67 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

### FOR CONSUMER ACCOUNTS ONLY IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 3 of 7
Statement Period: Oct 24 2017-Nov 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102517 VISA DDA PUR HAN DYNASTY PHILADELPHIA * PA | 60.78 |
| 10/27 | DEBIT POS, *****45160844722, AUT 102717 DDA PURCH W/CB DOLLAR TR 275 STATE RO EAST BRUNSWIC * NJ | 52.07 |
| 10/27 | DEBIT POS, *****45160844722, AUT 102717 DDA PURCH W/CB DOLLAR TR 275 STATE RO EAST BRUNSWIC * NJ | 52.07 |
| 10/27 | DEBIT CARD PAYMENT, *****45160844722, AUT 102617 VISA DDA PUR NEW JERSEY E ZPASS 888 288 6865 * NJ | 35.00 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102517 VISA DDA PUR OPA PHILADELPHIA * PA | 31.72 |
| 10/27 | DEBIT POS, *****45160844722, AUT 102717 DDA PURCHASE WINE AND SPIRITS 1527 WAYNE * PA | 28.61 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102617 VISA DDA PUR PANERA BREAD 3950 AUDUBON * PA | 26.44 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102617 VISA DDA PUR THE HALAL GUYS KING OF PRUSS * PA | 19.06 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102617 VISA DDA PUR WIDGETCO COM 800 877 9270 * TX | 8.74 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102517 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 3.25 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102517 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 3.00 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102517 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 3.00 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102517 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 3.00 |
| 10/27 | DEBIT CARD PURCHASE, *****45160844722, AUT 102517 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 1.50 |
| 10/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 102717 VISA DDA PUR APTIVE ENVIRONMENTAL P 610 707 2847 * PA | 126.14 |
| 10/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 102917 VISA DDA PUR ROOFTOP 210 CHARLOTTE * NC | 80.00 |
| 10/30 | DEBIT POS, *****45160844722, AUT 102817 DDA PURCH W/CB CVS PHARM 05264 6428 CHARLOTTE * NC | 55.86 |
| 10/30 | DEBIT POS, *****45160844722, AUT 102817 DDA PURCH W/CB CVS PHARM 05264 6428 CHARLOTTE * NC | 51.78 |
| 10/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 102717 VISA DDA PUR GULF OIL 92031961 SOUTH PLAINFI * NJ | 41.22 |
| 10/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 102817 VISA DDA PUR UBER US OCT28 JNY4I HELP UBER COM * CA | 22.53 |
| 10/30 | DEBIT POS, *****45160844722, AUT 103017 DDA PURCHASE SEPTA FARE MACHINE PHILADELPHIA * PA | 9.25 |
| 10/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 102817 VISA DDA PUR CRUNCH BISTRO CHARLOTTE * NC | 8.65 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 7
Statement Period: Oct 24 2017-Nov 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | DEBIT CARD PURCHASE, *****45160844722, AUT 102817 VISA DDA PUR CHICK FIL A 86 PHILADELPHIA * PA | 8.19 |
| 10/30 | DEBIT POS, *****45160844722, AUT 102917 DDA PURCHASE DEAN DE 6903 PHILLIP CHARLOTTE * NC | 4.87 |
| 10/31 | DEBIT POS, *****45160844722, AUT 103117 DDA PURCH W/CB WAL MART SUPER CENTER KING OF PRUSS * PA | 252.11 |
| 10/31 | DEBIT POS, *****45160844722, AUT 103117 DDA PURCHASE AMERICAN AUTO W WAYNE * PA | 60.79 |
| 10/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 102917 VISA DDA PUR SOUL GASTROLOUNGE CHARLOTTE * NC | 39.00 |
| 10/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 103017 VISA DDA PUR UBER US OCT30 VG7A4 HELP UBER COM * CA | 19.65 |
| 10/31 | DEBIT CARD PURCHASE, *****45160844722, AUT 103017 VISA DDA PUR THE HALAL GUYS KING OF PRUSS * PA | 10.58 |
| 11/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 102817 VISA DDA PUR CHARLOTTE PLAZA ALE HOUS CHARLOTTE * NC | 83.99 |
| 11/01 | DEBIT POS, *****45160844722, AUT 110117 DDA PURCHASE GIANT 6507 ST DAVIDS * PA | 38.01 |
| 11/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 103117 VISA DDA PUR SMASHBURGER 1292 RADNOR * PA | 7.08 |
| 11/01 | DEBIT CARD PURCHASE, *****45160844722, AUT 103017 VISA DDA PUR WENDYS CHARLOTTE * NC | 5.08 |
| 11/01 | DEBIT POS, *****45160844722, AUT 110117 DDA PURCHASE WAWA 257 WAYNE * PA | 4.69 |
| 11/02 | DEBIT CARD PURCHASE, *****45160844722, AUT 110117 VISA DDA PUR FRONTIER AI H7EZFZ 720 3744390 * CO | 339.95 |
| 11/02 | DEBIT POS, *****45160844722, AUT 110217 DDA PURCHASE THE HOME DEPOT 4101 PHILADELPHIA * PA | 39.88 |
| 11/02 | DEBIT CARD PAYMENT, *****45160844722, AUT 110117 VISA DDA PUR LTF LIFE TIME MO DUES 888 430 6432 * MN | 20.00 |
| 11/02 | DEBIT CARD PURCHASE, *****45160844722, AUT 110117 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 12.95 |
| 11/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 110117 VISA DDA PUR SOUTHWES 526878062326 800 435 9792 * TX | 471.96 |
| 11/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 110117 VISA DDA PUR MASALA KITCHEN PHILADELPHIA * PA | 22.76 |
| 11/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 110117 VISA DDA PUR SPICE END PHILADELPHIA * PA | 9.13 |
| 11/03 | DEBIT CARD PURCHASE, *****45160844722, AUT 110117 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 3.00 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110417 DDA PURCHASE WEGMANS 1 VILLAGE DRIVE KING OF PRU * PA | 145.48 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110417 DDA PURCHASE HOMEGOODS 550 E LANCAS SAINT DAVIDS * PA | 78.38 |



STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 5 of 7
Statement Period: Oct 24 2017-Nov 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | DEBIT CARD PURCHASE, *****45160844722, AUT 110217 VISA DDA PUR SAMPAN DOUBLE KNOT PHILADELPHIA * PA | 70.42 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110517 DDA PURCHASE TOYS R US 8303 KING OF PRUSS * PA | 57.22 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110517 DDA PURCHASE DSW KING OF PRUS 510 MAL KING OF PRUSS * PA | 39.99 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110417 DDA PURCHASE VILLANOVA STOP VILLANOVA * PA | 35.66 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110417 DDA PURCHASE GIANT 6507 ST DAVIDS * PA | 24.99 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110417 DDA PURCHASE WEGMANS I VILLAGE DRIVE KING OF PRU * PA | 22.24 |
| 11/06 | DEBIT CARD PURCHASE, *****45160844722, AUT 110217 VISA DDA PUR PARKING 00405 13TH LOC 215 569 8400 * PA | 22.00 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110417 DDA PURCHASE WHOLEFDS DEV 100 821 LAN WAYNE * PA | 22.00 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110417 DDA PURCHASE WAWA 257 WAYNE * PA | 10.68 |
| 11/06 | DEBIT POS, *****45160844722, AUT 110317 DDA PURCHASE RITE AID STORE 0995 WAYNE * PA | 6.78 |
| 11/06 | DEBIT CARD PURCHASE, *****45160844722, AUT 110217 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 5.00 |
| 11/06 | DEBIT CARD PURCHASE, *****45160844722, AUT 110217 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 3.00 |
| 11/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 110617 VISA DDA PUR MARRIOTT ORLANDO WC F 866 435 7627 * FL | 30.37 |
| 11/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 110617 VISA DDA PUR ZAZA NEW CUBAN DINER WINTER PARK * FL | 28.01 |
| 11/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 110717 VISA DDA PUR CARIBE ROYALE FOOD BEV ORLANDO * FL | 11.81 |
| 11/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 110717 VISA DDA PUR CARIBE ROYALE FOOD BEV ORLANDO * FL | 7.23 |
| 11/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 110717 VISA DDA PUR NAYAX AMUSEMENTS HUNT VALLEY * MD | 3.00 |
| 11/08 | DEBIT CARD PURCHASE, *****45160844722, AUT 110617 VISA DDA PUR CHICKIES PETES TERM E PHILADELPHIA * PA | 2.70 |
| 11/09 | DEBIT POS, *****45160844722, AUT 110917 DDA PURCHASE 7 ELEVEN KISSIMMEE * FL | 3.08 |
| 11/10 | DEBIT POS, *****45160844722, AUT 111017 DDA PURCH W/CB TARGET T 1201 COUNTY WESLEY CHAPEL * FL | 265.24 |
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110817 VISA DDA PUR WDW DISNEY TICKETS 407 828 5630 * FL | 244.96 |
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110817 VISA DDA PUR TABLA CUISINE ORLANDO * FL | 86.45 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 6 of 7
Statement Period: Oct 24 2017-Nov 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110817 VISA DDA PUR EMPORIUM COMPLEX LAKE BUENA VI * FL | 22.00 |
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110817 VISA DDA PUR CASEY S CORNER LAKE BUENA VI * FL | 20.53 |
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110817 VISA DDA PUR AUTO PLAZA LAKE BUENA VI * FL | 20.00 |
| 11/10 | DEBIT CARD PAYMENT, *****45160844722, AUT 110917 VISA DDA PUR DROPBOX SLDZTHD55NC9 888 4468396 * CA | 9.99 |
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110817 VISA DDA PUR ICE CREAM LAKE BUENA VI * FL | 5.00 |
| 11/10 | DEBIT CARD PURCHASE, *****45160844722, AUT 110817 VISA DDA PUR GOLDEN OAK OUTPOST LAKE BUENA VI * FL | 3.51 |
| 11/13 | TD ATM DEBIT, *****45160844722, AUT 111217 DDA WITHDRAW 200 NORTH RADNOR CHESTER RADNOR * PA | 400.00 |
| 11/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 110617 VISA DDA PUR HERTZ RENT A CAR ORLANDO * FL | 265.35 |
| 11/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 110917 VISA DDA PUR COWFISH 00104323 ORLANDO * FL | 60.00 |
| 11/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 111217 VISA DDA PUR THE PARKING SPOT 119 PHILADELPHIA * PA | 39.11 |
| 11/13 | DEBIT POS, *****45160844722, AUT 111117 DDA PURCH W/CB WALGREENS STORE 20741 BR TAMPA * FL | 34.79 |
| 11/13 | DEBIT POS, *****45160844722, AUT 111217 DDA PURCHASE TPA MARCHE C ULELECAFE TAMPA * FL | 22.75 |
| 11/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 110917 VISA DDA PUR HOT DOG HALL 000104331 ORLANDO * FL | 14.36 |
| 11/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 110917 VISA DDA PUR CW STARBUCKS 00104455 ORLANDO * FL | 5.64 |
| 11/13 | DEBIT CARD PURCHASE, *****45160844722, AUT 111017 VISA DDA PUR FRONTIER ONBOARD DENVER * CO | 2.99 |
| 11/14 | DEBIT CARD PAYMENT, *****45160844722, AUT 111317 VISA DDA PUR TMOBILE AUTO PAY 800 937 8997 * WA | 307.88 |
| 11/14 | DEBIT POS, *****45160844722, AUT 111417 DDA PURCHASE GIANT 6507 ST DAVIDS * PA | 11.97 |
| 11/15 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 1115 | 30.27 |
| 11/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 111517 VISA DDA PUR ZOES 00196 WAYNE * PA | 10.48 |
| 11/16 | DEBIT CARD PURCHASE, *****45160844722, AUT 111317 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 8.49 |
| 11/20 | DEBIT CARD PURCHASE, *****45160844722, AUT 111617 VISA DDA PUR SHELL OIL 57542166806 EDISON * NJ | 43.84 |
| 11/20 | DEBIT CARD PAYMENT, *****45160844722, AUT 111817 VISA DDA PUR NEW JERSEY E ZPASS 888 288 6865 * NJ | 35.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 7 of 7
Statement Period: Oct 24 2017-Nov 23 2017
Cust Ref #: 4315293029-039-T-###
Primary Account #: 431-5293029

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/21 | TD ATM DEBIT, *****30002328128, AUT 112117 DDA WITHDRAW 212 LANCASTER AVENUE WAYNE * PA | 60.00 |
| 11/21 | DEBIT CARD PURCHASE, *****45160844722, AUT 112017 VISA DDA PUR HERTZ TOLL CHARGE ATS 877 411 4300 * FL | 25.75 |
| 11/21 | DEBIT POS, *****30002328128, AUT 112117 DDA PURCHASE AMERICAN AUTO W WAYNE * PA | 20.02 |
| 11/22 | ACH DEBIT, PECOENERGY UTIL_BIL ****131093 1122 | 211.03 |
| 11/22 | DEBIT POS, *****30002328128, AUT 112217 DDA PURCH W/CB TRADER JOE S 634 PHILADELPHIA * PA | 74.32 |
| 11/22 | DEBIT CARD PURCHASE, *****30002328128, AUT 112117 VISA DDA PUR CALI PIZZA KITC INC 116 KING OF PRUSS * PA | 70.00 |
| 11/22 | DEBIT POS, *****30002328128, AUT 112117 DDA PURCHASE GIANT 6507 ST DAVIDS * PA | 6.52 |
| | Subtotal: | 5,712.18 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/23 | 2,256.17 | 11/08 | 2,888.99 |
| 10/24 | 2,063.70 | 11/09 | 2,885.91 |
| 10/25 | 6,993.75 | 11/10 | 2,208.23 |
| 10/26 | 5,800.67 | 11/13 | 1,363.24 |
| 10/27 | 5,365.05 | 11/14 | 1,043.39 |
| 10/30 | 4,956.56 | 11/15 | 1,013.12 |
| 10/31 | 4,574.43 | 11/16 | 994.15 |
| 11/01 | 4,435.58 | 11/20 | 915.31 |
| 11/02 | 4,022.80 | 11/21 | 809.54 |
| 11/03 | 3,515.95 | 11/22 | 447.67 |
| 11/06 | 2,972.11 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender