# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Eastern PA
## _____ DIVISION

IN RE:     Mayur Patel                    }    CASE NUMBER: 15-11648
                                          }
                                          }
                                          }    JUDGE
                                          }
DEBTOR.                                   }    CHAPTER 11

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM    1-Dec-17    TO    30-Dec-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 12/19/2017                              _____/s/ May_____

Debtor's Address
and Phone Number:
Mayur Patel
6 S. Strawberry st unit # 1
Philadelphia, PA 19106

Tel. 973-980-9803

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/req_info.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Mayur Patel |
|---|---|
| Case Number: | 15-11648 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $447.67 | $447.67 |
| CASH- Beginning of Month (Business) | 0 | 0 |
| Total Household Receipts | $5,650.00 | $5,650.00 |
| Total Business Receipts | | |
| Total Receipts | $5,650.00 | $5,650.00 |
| Total Household Disbursements | 5,630.14 | 362,168.58 |
| Total Business Disbursements | | |
| Total Disbursements | 5,630.14 | 362,168.58 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 19.86 | 19.86 |
| CASH- End of Month (Individual) | 467.53 | 467.53 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 5,630.14 | 362,168.58 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 5,630.14 | 362,168.58 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __19th__ day of __January__ 2018__.       _____Mayur P_____
                                                                   Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | $447.67 | $447.67 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $5,000.00 | $5,000.00 |
| Wages from Other Sources (attach list to this report) | $0 | $0 |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| (credit card refund from previous debits | $650.00 | 650 |
| **TOTAL RECEIPTS** | $5,650.00 | 5,650.00 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 4972.49 | |
| Household Repairs & Maintenance | 65.67 | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 48 | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | 0.00 | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 0 | |
| Vehicle Expenses | 183.98 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| Banking fee plus check printing | 35 | |
| | | |
| **Total Household Disbursements** | $5,630.14 | 5,630.14 |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | $467.53 | 467.53 |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Car Insurance  Erie Insurance company | 5/10/2014  5/11/2016 | $2,106  yearly | 0 |
| Erie Insurance home | 11/27/2014  11/27/2015 | $1,867  yearly | 0 |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**　　　　　　　　　　　　　　　　　　　　　　　**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD | | | |
| Account Number: | 431-5293029 | | | |
| Purpose of Account (Business/Personal) | personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 447.67 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 5,650 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 5,630.14 | | | |
| 5. Month End Balance (Must Agree with Books) | 467.53 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $467.53 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

k8

| Name of Bank | TD |
|---|---|
| Account Number | 431-5293029 |
| Purpose of Account (Personal) | personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 241 | 26-Oct | us trustee | fees | $650.00 |
| 243 | 14-Dec | randnor township | parking ticket | $20.00 |
| 244 | 13-Dec | comcast | cable | $152.23 |
| 247 | 12-Dec | utility | gas | $76.10 |
| 782827 | 1-Dec | us trustee fees for sjm limited | fees | $325.00 |
| | | | TOTAL | $1,223.33 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.


**Bank**
America's Most Convenient Bank®         7         STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648  EDPA
6 S STRAWBERRY  ST APT 1
PHILADELPHIA  PA  19106-

Page:                                1 of 6
Statement   Period:        Nov 24 2017-Dec  23 2017
Cust Ref #:                  4315293029-039-7-###
Primary Account #:                    431-5293029

Chapter   11  Checking
MAYUR PATEL                                                                 Account   # 431-5293029
DIP CASE 15-11648 EDPA

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 447.67 | Average Collected Balance | 1,003.74 |
| Electronic Deposits | 5,000.00 | Interest Earned This Period | 0.00 |
| Other Credits | 650.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,873.33 | Days in Period | 30 |
| Electronic Payments | 3,396.81 | | |
| Other Withdrawals | 360.00 | | |
| Ending Balance | 467.53 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total Returned Item Fees (NSF) | $35.00 | $315.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | ATM CHECK DEPOSIT, *****30002328128 AUT 112517 ATM CHECK DEPOSI 200 NORTH RADNOR CHESTER RADNOR * PA | 2,500.00 |
| 12/05 | ATM CHECK DEPOSIT, *****30002328128 AUT 120517 ATM CHECK DEPOSI 212 LANCASTER AVENUE WAYNE * PA | 2,500.00 |
| | Subtotal: | 5,000.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/28 | RETURNED ITEM | 650.00 |
| | Subtotal: | 650.00 |

**Checks Paid**  No. Checks: 6     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/27 | 241 | 650.00 | 12/13 | 244 | 152.23 |
| 11/29 | 241* | 650.00 | 12/12 | 247* | 76.10 |
| 12/14 | 243* | 20.00 | 12/01 | 782827* | 325.00 |
| | | | | Subtotal: | 1,873.33 |

Call  1-800-937-2000        for   24-hour      Bank-by-Phone      services     or    connect     to   www.tdbank.com
Bank Deposits FDI Onsured! TD Bank N.A! Equal Housing Lender

## How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance __467.53__

❷ Total Deposits + _____

❸ Sub Total _____

❹ Total Withdrawals - _____

❺ Adjusted Balance _____

❷
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  |  |

❹
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  |  |

### FOR CONSUMER ACCOUNTS ONLY IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the periodic statements an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustment that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648   EDPA

Page: 3 of 6
Statement Period: Nov 24 2017-Dec 23 2017
Cust Ref #: 4315293029-039-7-###
Primary Account #: 431-5293029

| DAILY ACCOUNT ACTIVITY | | |
|---|---|---|
| **Electronic Payments** | | |
| POSTING DATE | DESCRIPTION | AMOUNT |
| 11/24 | TD ATM DEBIT, *****30002328128, AUT 112317 DDA WITHDRAW  212 LANCASTER AVENUE   WAYNE  * PA | 300.00 |
| 11/24 | DEBIT CARD PURCHASE, *****30002328128, AUT 112217 VISA DDA PUR  WINE AND SPIRITS 4624   KING OF PRUSS * PA | 69.94 |
| 11/24 | DEBIT POS, *****30002328128, AUT 112417 DDA PURCHASE  RITE AID STORE 0857   ARDMORE * PA | 5.60 |
| 11/24 | DEBIT CARD PURCHASE, *****30002328128, AUT 112317 VISA DDA PUR  MCDONALD S F13961   AUDUBON * PA | 3.18 |
| 11/27 | DEBIT CARD PURCHASE, *****30002328128, AUT 112317 VISA DDA PUR  NEW GEO SUPERMARKET   NORRISTOWN * PA | 30.03 |
| 11/27 | DEBIT CARD PURCHASE, *****30002328128, AUT 112517 VISA DDA PUR  CHICK FIL A 02923   POTTSTOWN * PA | 11.80 |
| 11/27 | DEBIT CARD PURCHASE, *****30002328128, AUT 112617 VISA DDA PUR  4806 DOMINOS PIZZA   732 803 7667 * PA | 10.96 |
| 11/27 | DEBIT POS, *****30002328128, AUT 112617 DDA PURCHASE  WAWA 257   WAYNE * PA | 3.70 |
| 11/28 | ELECTRONIC CK PMT-ARC, TRUGREEN 1111 CHECK PYMT 0240 | 569.18 |
| 11/28 | DEBIT CARD PURCHASE, *****30002328128, AUT 112617 VISA DDA PUR  FIVE BELOW 165   PHILADELPHIA * PA | 9.54 |
| 11/29 | DEBIT CARD PURCHASE, *****30002328128, AUT 112817 VISA DDA PUR  GULF OIL 92031961   SOUTH PLAINFI * NJ | 39.72 |
| 11/29 | DEBIT CARD PURCHASE, *****30002328128, AUT 112717 VISA DDA PUR  SAKURA HIBACHI SUSHI   NORRISTOWN * PA | 32.97 |
| 11/29 | DEBIT CARD PURCHASE, *****30002328128, AUT 112817 VISA DDA PUR  WAWA 257 00002576   WAYNE * PA | 3.70 |
| 11/30 | DEBIT CARD PURCHASE, *****30002328128, AUT 112817 VISA DDA PUR  MITHAAS   PISCATAWAY * NJ | 13.77 |
| 11/30 | DEBIT POS, *****30002328128, AUT 113017 DDA PURCHASE  WAWA 257   WAYNE * PA | 3.70 |
| 12/01 | DEBIT CARD PURCHASE, *****30002328128, AUT 112917 VISA DDA PUR  TASTE OF INDIA   WAYNE * PA | 54.90 |
| 12/01 | DEBIT POS, *****30002328128, AUT 120117 DDA PURCH W/CB  RITE AID STORE 0995   WAYNE * PA | 52.12 |
| 12/01 | DEBIT CARD PURCHASE, *****30002328128, AUT 113017 VISA DDA PUR  UNO S CHICAGO GRILL 195   BENSALEM * PA | 33.10 |
| 12/01 | DEBIT CARD PURCHASE, *****30002328128, AUT 112917 VISA DDA PUR  HALAL GUYS   PHILADELPHIA * PA | 6.48 |
| 12/04 | DEBIT POS, *****30002328128, AUT 120217 DDA PURCH W/CB  GIANT 6507   ST DAVIDS * PA | 160.50 |
| 12/04 | DEBIT CARD PURCHASE, *****30002328128, AUT 120117 VISA DDA PUR  NEW GEO SUPERMARKET   NORRISTOWN * PA | 28.22 |
| 12/04 | DEBIT CARD PURCHASE, *****30002328128, AUT 120117 VISA DDA PUR  WINE AND SPIRITS 2306   WAYNE * PA | 26.49 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured! TDBank N.A! EqualHousingLender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648 EDPA

Page: 4 of 6
Statement Period: Nov 24 2017-Dec 23 2017
Cust Ref #: 4315293029-039-7-###
Primary Account #: 431-5293029

## DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DEBIT POS, *****30002328128, AUT 120417 DDA PURCHASE WAWA 268 BRISTOL *PA | 25.00 |
| 12/04 | DEBIT POS, *****30002328128, AUT 120317 DDA PURCHASE WILLIAMS SONOMA 0261 1 KINGOFPRUSSIA *PA | 16.92 |
| 12/04 | DEBIT CARD PAYMENT, *****30002328128, AUT 120117 VISA DDA PUR NETFLIX COM  NETFLIX COM *CA | 12.95 |
| 12/04 | DEBIT POS, *****30002328128, AUT 120217 DDA PURCHASE GIANT 6507 ST DAVIDS *PA | 11.99 |
| 12/04 | DEBIT CARD PURCHASE, *****30002328128, AUT 120117 VISA DDA PUR THE HALAL GUYS KING OF PRUSS *PA | 9.53 |
| 12/04 | DEBIT CARD PURCHASE, *****30002328128, AUT 120217 VISA DDA PUR PIZZA HUT 029991 BRYN MAWR *PA | 8.47 |
| 12/05 | TD ATM DEBIT, *****30002328128, AUT 120517 DDA WITHDRAW 212 LANCASTER AVENUE WAYNE *PA | 40.00 |
| 12/05 | DEBIT CARD PURCHASE, *****30002328128, AUT 120417 VISA DDA PUR DAN DAN WAYNE *PA | 21.73 |
| 12/05 | DEBIT POS, *****30002328128, AUT 120417 DDA PURCHASE AMERICAN AUTO W WAYNE *PA | 19.23 |
| 12/05 | DEBIT POS, *****30002328128, AUT 120517 DDA PURCHASE GIANT 6507 ST DAVIDS *PA | 17.74 |
| 12/05 | DEBIT CARD PURCHASE, *****30002328128, AUT 120317 VISA DDA PUR STARBUCKS STORE 00783 KING OF PRUSS *PA | 11.93 |
| 12/05 | DEBIT POS, *****30002328128, AUT 120517 DDA PURCHASE WAWA 257 WAYNE *PA | 3.70 |
| 12/06 | DEBIT CARD PURCHASE, *****30002328128, AUT 120417 VISA DDA PUR CHECKERS JERSEY CITY JERSEY CITY *NJ | 5.32 |
| 12/07 | DEBIT POS, *****30002328128, AUT 120617 DDA PURCHASE AMERICAN AUTO W WAYNE *PA | 54.75 |
| 12/07 | DEBIT CARD PURCHASE, *****30002328128, AUT 120617 VISA DDA PUR SQ DEVON DONUT BAGEL DEVON *PA | 5.84 |
| 12/08 | DEBIT POS, *****30002328128, AUT 120817 DDA PURCH W/CB GIANT 6507 ST DAVIDS *PA | 105.10 |
| 12/08 | DEBIT CARD PURCHASE, *****30002328128, AUT 120717 VISA DDA PUR FOGO DE CHAO KING OF PRUSS *PA | 31.44 |
| 12/08 | DEBIT CARD PURCHASE, *****30002328128, AUT 120717 VISA DDA PUR PIZZA HUT 029991 BRYN MAWR *PA | 10.59 |
| 12/11 | DEBIT POS, *****30002328128, AUT 120917 DDA PURCHASE WINE AND SPIRITS 2306 WAYNE *PA | 94.31 |
| 12/11 | DEBIT POS, *****30002328128, AUT 120917 DDA PURCH W/CB RITE AID STORE 0995 WAYNE *PA | 77.33 |
| 12/11 | DEBIT POS, *****30002328128, AUT 121017 DDA PURCHASE SUNOCO 03632783 WAYNE *PA | 45.83 |
| 12/11 | DEBIT CARD PURCHASE, *****30002328128, AUT 120717 VISA DDA PUR CHOOLAAH INDIAN BBQ 1005 KING OF PRUSS *PA | 44.98 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured! TDBank,N.A! EqualHousingLender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648   EDPA

Page: 5 of 6
Statement Period: Nov 24 2017-Dec 23 2017
Cust Ref #: 4315293029-039-7-###
Primary Account #: 431-5293029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | DEBIT POS, *****30002328128, AUT 120917 DDA PURCHASE TJMAXX 0 550 EAST LAN ST DAVIDS *PA | 28.39 |
| 12/11 | DEBIT CARD PURCHASE, *****30002328128, AUT 120717 VISA DDA PUR FOUNDING FARMERS KOP KING OF PRUSS *PA | 9.54 |
| 12/11 | DEBIT POS, *****30002328128, AUT 121017 DDA PURCHASE RITE AID STORE 0995 WAYNE *PA | 7.03 |
| 12/11 | DEBIT POS, *****30002328128, AUT 121017 DDA PURCHASE GIANT 6507 ST DAVIDS *PA | 1.86 |
| 12/12 | DEBIT POS, *****30002328128, AUT 121217 DDA PURCHASE BLOOMYS 410 COMMONS BRIDGEWATER *NJ | 130.20 |
| 12/12 | DEBIT POS, *****30002328128, AUT 121217 DDA PURCHASE WAWA 257 WAYNE *PA | 1.69 |
| 12/13 | DEBIT CARD PURCHASE, *****30002328128, AUT 121217 VISA DDA PUR BIRYANI CITY NORRISTOWN *PA | 22.26 |
| 12/13 | DEBIT CARD PURCHASE, *****30002328128, AUT 121117 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA *PA | 5.00 |
| 12/13 | DEBIT CARD PURCHASE, *****30002328128, AUT 121217 VISA DDA PUR MCDONALD S F13961 AUDUBON *PA | 2.12 |
| 12/14 | DEBIT POS, *****30002328128, AUT 121417 DDA PURCHASE WAWA 257 WAYNE *PA | 3.70 |
| 12/15 | DEBIT CARD PURCHASE, *****30002328128, AUT 121417 VISA DDA PUR AMAZON MKTPLACE PMTS WWW WWW AMAZON CO *WA | 73.99 |
| 12/15 | DEBIT POS, *****30002328128, AUT 121417 DDA PURCHASE AMERICAN AUTO W WAYNE *PA | 57.13 |
| 12/15 | DEBIT POS, *****30002328128, AUT 121417 DDA PURCHASE WINE AND SPIRITS 2306 WAYNE *PA | 28.61 |
| 12/15 | DEBIT CARD PURCHASE, *****30002328128, AUT 121417 VISA DDA PUR UNOS 3404 CONSHOHOCKEN *PA | 27.92 |
| 12/15 | DEBIT CARD PURCHASE, *****30002328128, AUT 121417 VISA DDA PUR THE HALAL GUYS KING OF PRUSS *PA | 10.58 |
| 12/18 | DEBIT CARD PURCHASE, *****30002328128, AUT 121617 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL *WA | 115.38 |
| 12/18 | DEBIT POS, *****30002328128, AUT 121717 DDA PURCHASE GIANT 6507 ST DAVIDS *PA | 45.05 |
| 12/18 | ACH DEBIT, PECOENERGY UTIL_BIL ****764089 1218 | 42.90 |
| 12/18 | DEBIT CARD PURCHASE, *****30002328128, AUT 121517 VISA DDA PUR LUKOIL 57234 GUTTENBERG *NJ | 37.83 |
| 12/18 | DEBIT CARD PURCHASE, *****30002328128, AUT 121517 VISA DDA PUR DAN DAN WAYNE *PA | 21.41 |
| 12/18 | DEBIT POS, *****30002328128, AUT 121617 DDA PURCHASE GIANT 6507 ST DAVIDS *PA | 4.23 |
| 12/18 | DEBIT CARD PURCHASE, *****30002328128, AUT 121517 VISA DDA PUR CHICK FIL A 00437 PHILADELPHIA *PA | 3.94 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured!TDBank,N.A!EqualHousingLender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648    EDPA

Page:                                          6 of 6
Statement   Period:      Nov 24 2017-Dec 23 2017
Cust Ref #:              4315293029-039-7-###
Primary Account #:                  431-5293029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | DEBIT CARD PURCHASE, *****30002328128, AUT 121517 VISA DDA PUR PPA ON STREET METERS PHILADELPHIA * PA | 2.00 |
| 12/19 | DEBIT CARD PURCHASE, *****30002328128, AUT 121717 VISA DDA PUR AMAZON COM AMZN COM BILL * WA | 185.45 |
| 12/19 | DEBIT POS, *****30002328128, AUT 121917 DDA PURCHASE HOMEGOODS 550 E LANCAS SAINT DAVIDS * PA | 65.67 |
| 12/20 | DEBIT POS, *****30002328128, AUT 122017 DDA PURCHASE BLOOMYS 660 W DEKALB KING OF PRUSS * PA | 195.00 |
| 12/20 | DEBIT POS, *****30002328128, AUT 121917 DDA PURCHASE TRADER JOE S 632 WAYNE * PA | 14.25 |
| 12/20 | DEBIT CARD PURCHASE, *****30002328128, AUT 121817 VISA DDA PUR TACO BELL 031585 NORRISTOWN * PA | 2.54 |
| 12/21 | DEBIT POS, *****30002328128, AUT 122117 DDA PURCHASE GIANT 6507 ST DAVIDS * PA | 6.78 |
| 12/22 | DEBIT CARD PURCHASE, *****30002328128, AUT 122017 VISA DDA PUR S DENISE HOFFMAN MD KNG OF PRUSSA * PA | 48.00 |
| 12/22 | DEBIT POS, *****30002328128, AUT 122217 DDA PURCHASE AMERICAN AUTO W WAYNE * PA | 46.69 |
| 12/22 | DEBIT CARD PURCHASE, *****30002328128, AUT 122017 VISA DDA PUR CHICK FIL A 02968 KNG OF PRUSSA * PA | 5.39 |
| | Subtotal: | 3,396.81 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/28 | DEBIT | 325.00 |
| 11/28 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 360.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/23 | 447.67 | 12/08 | 2,230.84 |
| 11/24 | 68.95 | 12/11 | 1,921.57 |
| 11/27 | 1,862.46 | 12/12 | 1,713.58 |
| 11/28 | 1,573.74 | 12/13 | 1,531.97 |
| 11/29 | 847.35 | 12/14 | 1,508.27 |
| 11/30 | 829.88 | 12/15 | 1,310.04 |
| 12/01 | 358.28 | 12/18 | 1,037.30 |
| 12/04 | 58.21 | 12/19 | 786.18 |
| 12/05 | 2,443.88 | 12/20 | 574.39 |
| 12/06 | 2,438.56 | 12/21 | 567.61 |
| 12/07 | 2,377.97 | 12/22 | 467.53 |

Call   1-800-937-2000   for   24-hour   Bank-by-Phone   services   or   connect   to   www.tdbank.com
BankDeposits FDIC Insured! TDBank,N.A! Equal Housing Lender