## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : |
|  | : |
|  | : **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL,** | : |
| *et al.*, | : **Case No. 15-11648 (AMC)** |
|  | : (***Jointly Administered***) |
| Debtors. | : |
|  | : |

## <u>CERTIFICATION OF NO OPPOSITION</u>

I, Edmond M. George, Esquire, a partner at the law firm of Obermayer Rebmann

Maxwell & Hippel, LLP ("Obermayer"), counsel to Mayur Patel a/k/a Mike Patel ("Patel") and

counsel SJM Limited, LLC ("SJM" or collectively with Patel, the "Debtors"), hereby certify as

follows:

1.    On December 5, 2017, Asterion, Inc. filed a First Interim Application for

Compensation and Reimbursement of Expenses for the Period September 8, 2015 through

October 31, 2017 (the "Application").

2.    A true and correct copy of the Application was served upon the parties listed on the

service list attached to the Application on December 5, 2017.  A Certificate of Service was filed

with this Court on December 5, 2017.

3.    As of the date hereof, no answer, objection or other responsive pleading has been

received by Obermayer in connection with the Application, and a review of the docket reveals no

answer, objection or other responsive pleading in connection with the Application.

5260770

4.    Asterion, Inc. respectfully requests that the Court consider the Application

uncontested, grant the Application and enter the proposed Order attached to the Application.


Dated: May 3, 2018                    By:    /s/ Edmond M. George
                                            Edmond M. George, Esquire
                                            OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
                                            Centre Square West
                                            1500 Market Street, Suite 3400
                                            Philadelphia, PA  19102
                                            Phone:  (215) 665-3140