UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| MAYUR PATEL a/k/a MIKE PATEL, et al. | : |
| | : Case No. 15-11648 (AMC) |
| | : (Jointly Administered) |
| Debtors. | : |

### ORDER

AND NOW, this __9th__ day of __May__, 2018, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Asterion, Inc., Financial Advisors for Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors"), for the period September 8, 2015 through October 31, 2017 (the "First Fee Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

ORDERED that the First Fee Application is APPROVED; and it is further

ORDERED that Asterion, Inc. is allowed compensation in the amount of $ __22,245.83__, and reimbursement of expenses in the amount of $ __0.00__, for the period September 8, 2015 through October 31, 2017.

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

5206016