United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mayur Patel  
    Debtor

Case No. 15-11648-amc  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: May 09, 2018  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.  
db    #+Mayur Patel,   6 South Strawberry Street,   Unit 1,   Philadelphia, PA 19106-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:

    AMY E. VULPIO   on behalf of Creditor   Toroni Real Estate Partnership vulpioa@whiteandwilliams.com  
    ANDREW F GORNALL   on behalf of Creditor   Capital One, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Capital One, N.A. c/o Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
    EDMOND M. GEORGE   on behalf of Accountant   Asterion Inc. angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com  
    EDMOND M. GEORGE   on behalf of Debtor   SJM Limited, LLC angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com  
    EDMOND M. GEORGE   on behalf of Plaintiff Mayur Patel angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com  
    EDMOND M. GEORGE   on behalf of Attorney   Obermayer Rebmann Maxwell & Hippel LLP angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com  
    EDMOND M. GEORGE   on behalf of Debtor Mayur Patel angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com  
    JAMES CHRISTOPHER VANDERMARK   on behalf of Creditor   Toroni Real Estate Partnership vandermarkj@whiteandwilliams.com  
    JEREMY JOHN KOBESKI   on behalf of Creditor   JPMorgan Chase Bank National Association paeb@fedphe.com  
    KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov  
    MICHAEL D. VAGNONI   on behalf of   SJM Limited LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com  
    MICHAEL D. VAGNONI   on behalf of Debtor   SJM Limited, LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com  
    MICHAEL D. VAGNONI   on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com  
    THOMAS I. PULEO   on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM EDWARD MILLER   on behalf of Creditor   Capital One, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
    TOTAL: 17

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL, et al.** | : | |
| | : | **Case No. 15-11648 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

### ORDER

AND NOW, this __9th__ day of __May__, 2018, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Asterion, Inc., Financial Advisors for Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors"), for the period September 8, 2015 through October 31, 2017 (the "First Fee Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

ORDERED that the First Fee Application is APPROVED; and it is further

ORDERED that Asterion, Inc. is allowed compensation in the amount of $ __22,245.83__, and reimbursement of expenses in the amount of $ __0.00__, for the period September 8, 2015 through October 31, 2017.

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

5206016