United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-11648-amc
Mayur Patel                                                             Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Virginia          Page 1 of 1          Date Rcvd: Jul 06, 2018
                           Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
14034061       Capital One, N.A.,   c/o Rushmore Loan Management Services,
                 P.O. Box 55004, Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              AMY E. VULPIO    on behalf of Creditor    Toroni Real Estate Partnership
               vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Capital One, N.A. c/o Rushmore Loan Management
               Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              EDMOND M. GEORGE    on behalf of Accountant    Asterion Inc.
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;michele.emory@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor    SJM Limited, LLC
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;michele.emory@obermayer.com
              EDMOND M. GEORGE    on behalf of Plaintiff Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;michele.emory@obermayer.com
              EDMOND M. GEORGE    on behalf of Attorney    Obermayer Rebmann Maxwell & Hippel LLP
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;michele.emory@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;michele.emory@obermayer.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Toroni Real Estate Partnership
               vandermarkj@whiteandwilliams.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    JPMorgan Chase Bank National Association
               paeb@fedphe.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL D. VAGNONI    on behalf of     SJM Limited LLC michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
              MICHAEL D. VAGNONI    on behalf of Debtor    SJM Limited, LLC michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
              MICHAEL D. VAGNONI    on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
              THOMAS I. PULEO    on behalf of Creditor    Capital One, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Capital One, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 18

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-11648-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

Mayur Patel
6 South Strawberry Street
Unit 1
Philadelphia PA 19106

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/06/2018.

Name and Address of Alleged Transferor(s):

Claim No. 1: Capital One, N.A.,  c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

Name and Address of Transferee:

U.S. Bank National Association, et al.
c/o Rushmore Loan Management Services
P.O. Box 55004, Irvine, CA 92619-2708

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/08/18

Tim McGrath
**CLERK OF THE COURT**