# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **MAYUR PATEL a/k/a MIKE PATEL, et al.** : | **Case No. 15-11648 (AMC)** |
| : | **(Jointly Administered)** |
| **Debtors.** : | |
| : | |

## NOTICE

     1.    The Final Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), counsel for Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors"), for the Period March 10, 2015 through December 4, 2017 (the "Final Fee Application") has been filed requesting allowance and payment of fees and expenses in the total amount of $222,725.56 consisting of (a) $202,502.50 in fees and $9,712.54 in expenses that were previously allowed in connection with Obermayer's First Interim Fee Application; and (b) 9,685.00 in fees and $825.52 in expenses incurred by Obermayer during October 1, 2017 through December 4, 2017 (the "Current Billing Period"). The Application is made for the final approval of professional fees and expenses.

     2.    The above-referenced Final Fee Application is available for inspection at the Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

     3.    The United States Trustee, any creditor or party-in-interest may file an answer, objection, other responsive pleading or request for hearing, with the Office of the Clerk, United States Bankruptcy Court, whose address is stated in Paragraph 2 above, AND serve a copy on counsel for the Debtors, whose name and address is listed below, on or before twenty one (21) days from the date of this Notice.

     4.    In the absence of any answer, objection or other responsive pleading or request for a hearing, counsel for the Debtors will file with the Clerk of the Court a Certification of No Objection, and the Court may allow the Final Fee Application without a hearing.

                                                      Respectfully submitted,

Dated: <u>July 10, 2018</u>          By:    <u>*/s/ Edmond M. George*</u>
                                                        Edmond M. George, Esquire
                                                        Michael D. Vagnoni, Esquire
                                                        Obermayer Rebmann Maxwell & Hippel LLP
                                                        Centre Square West
                                                        1500 Market Street, Suite 3400
                                                       Philadelphia, PA 19102

5277498