## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL,** : | |
| **et al.** : | **Case No. 15-11648 (AMC)** |
| : | **(Jointly Administered)** |
| **Debtors.** : | |
| : | |

### CERTIFICATE OF SERVICE

I, Edmond M. George, a partner in the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on July 10, 2018, a true and correct copy of the foregoing Final Fee Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP, Counsel for the Debtors, for the Period October 1, 2017 through December 4, 2017, to be served electronically via the Court's CM/ECF system upon the following:

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

ANDREW F GORNALL on behalf of Creditor Capital One, N.A.
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

JEREMY JOHN KOBESKI on behalf of Creditor JPMorgan Chase Bank National Association
paeb@fedphe.com

WILLIAM EDWARD MILLER on behalf of Creditor Capital One, N.A.
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

THOMAS I. PULEO on behalf of Creditor Capital One, N.A.
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

JAMES CHRISTOPHER VANDERMARK on behalf of Creditor Toroni Real Estate Partnership
vandermarkj@whiteandwilliams.com

AMY E. VULPIO on behalf of Creditor Toroni Real Estate Partnership
vulpioa@whiteandwilliams.com

I also certify that on July 10, 2018, a true and correct copy of the Notice of a true and correct copy of the foregoing Final Fee Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP, Counsel for Debtor, for the Period October 1, 2017 through December 4, 2017, to be served on the following on the attached service list via United States First Class Mail, postage pre-paid.

_____/s/ Edmond M. George_____
Edmond M. George, Esquire

5277498

**SERVICE LIST**

| | | |
|---|---|---|
| Ardmore Donuts, LLC<br>44 Greenfield Avenue<br>Store No. 12-14<br>Ardmore, PA 19003 | Bryn Mawr Coffee, LLC<br>596 W. Lancaster Avenue<br>Bryn Mawr, PA 19010 | Chase<br>P.O. Box 15123<br>Wilmington, DE 19850 |
| Chase Bank<br>P.O. Box 24696<br>Columbus, OH 43224 | Community Bank<br>5010 Hardy Street<br>Hattiesburg, MS 39402 | Community Bank<br>3537 Sangani Boulevard<br>Diberville, MS 39540 |
| DirectCapital<br>155 Commerce Way<br>Portsmouth, NH 03801 | Fox Corporation<br>50 Greenfield Avenue<br>Ardmore, PA 19003 | Hanuman Business, Inc.<br>t/a Ramoco Fuels<br>1415 Route 70 East<br>Cherry Hill, NJ 080340 |
| Jayesh Patel<br>12 Anderson Way<br>Monmouth Junction, NJ 08015 | Justin E. Proper, Esquire<br>White and Williams LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103 | PECO<br>PECO Bankruptcy Group<br>2301 Market Street, S4-2<br>Philadelphia, PA 19103 |
| Ritesh Patel<br>930 West<br>165 Service Road South<br>Mobile, AL 36609 | School Lane Holding Company,<br>L.P.<br>c/o C.F. Holloway, III<br>110 Gallagher Road<br>Wayne, PA 19087 | Shirish Patel<br>3850 Dwight Court<br>Mobile, AL 36619 |
| SJM Fuels LLC<br>596 W. Lancaster Avenue<br>Bryn Mawr, PA 19010 | SJM Investments, LLC<br>15250 Poole Street<br>Gulfport, MS 39503 | SJM Limited, LLC<br>150 N. Radnor Chester Road<br>Suite F-200<br>Radnor, PA 19087 |
| Small Business Admin<br>409 3rd Street<br>Washington, DC 20416 | Toroni Real Estate Partnership<br>235 Waterloo Avenue<br>Berwyn, PA 19312 | Wayne Donuts, LLC<br>110 E. Lancaster Avenue<br>Wayne, PA 19087 |
| George C. Zumbano, Esquire<br>Gwathrop Greenwood, PC<br>17 East Gay Street, Suite 100<br>West Chester, PA 19381-0562 | Andrew F Gornall, Esquire<br>Thomas Puleo, Esquire<br>Brian C. Nicholas, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Jeremy John Kobeski, Esquire<br>Phelan Hallinan & Schmieg, LLP<br>555 Grant Street<br>Suite 360<br>Pittsburgh, PA 15219 |
| Amy E. Vulpio, Esquire<br>White and Williams LLP<br>1650 Market Street, 18th Floor<br>Philadelphia, PA 19103<br>*Attorney for Toroni Real Estate* | Kevin P. Callahan, Esquire<br>United States Trustee<br>Dept. of Justice<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | Capital One<br>P.O. Box 21887<br>Eagan, MN 55121 |
| Citi Cards<br>Processing Center<br>Des Moines, IA 50363-0005 | Asterion Inc.<br>215 S. Broad St.<br>3rd Floor<br>Philadelphia, PA 19107 | Barre & Company<br>2204 Morris Avenue<br>Suite 206<br>Union, NJ 07083 |
| Capital One, N.A.<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Capital One, N.A.<br>7933 Preston Road<br>Mail Code 31603-1111<br>Plano, TX 75024-2302 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101 | JPMorgan Chase Bank, N.A.<br>Chase Record Center<br>Attn: Correspondence Mail<br>Mail Code: LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | PECO Energy Company<br>Attn: Merrick Friel<br>2301 Market St., S23-1<br>Philadelphia, PA 19103 |

5277498

| Jatin Patel | Michael Pocchio, Jr., Esquire | William E. Miller, Esquire |
|---|---|---|
| 45 Princeton Road | 21 Meridian Road | Stern & Eisenberg, PC |
| Piscataway, NJ 08854 | Edison, NJ 08820 | 1581 Main Street, Suite 200 |
| | *(Counsel for Jatin Patel)* | The Shops at Valley Square |
| | | Warrington, PA 18976 |

5277498