## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| | **:**  **Chapter 11** |
| *In re***:** | **:**  **Case No. 15-11648 (AMC)** |
| | **:**  **(Jointly Administered)** |
| **Mayur Patel,** *et al.***,** | **:** |
| | **:**  Hearing Date: August 22, 2018 |
| **Debtors.** | **:**  Hearing Time: 11:00 a.m. |
| | **:**  Hearing Place: Courtroom #5 |
| | **:** |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors") have filed a Motion with the court for the Entry of a Final Decree and to Close the Debtors' Chapter 11 Cases (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **July 24, 2018 you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **August 22, 2018, at 11:00 a.m. in Courtroom #5, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

5242034

**Filing Instructions**

7.     **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8.     **If you are not required to file electronically**, you must file your response at:

United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107
Telephone: (215) 408-2800

9.     **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10.    On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Michael D. Vagnoni, Esquire
Angela L. Baglanzis, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Phone:  (215) 665-3066
Fax:  (215) 665-3165
Michael.vagnoni@obermayer.com

Date: July 10, 2018                    By:  /s/ Michael D. Vagnoni
                                            Michael D. Vagnoni, Esquire
                                            Angela L. Baglanzis, Esquire
                                            Obermayer Rebmann Maxwell & Hippel LLP
                                            Centre Square West
                                            1500 Market Street, Suite 3400
                                            Philadelphia, PA  19102
                                            Phone:  (215) 665-3066
                                            Fax:  (215) 665-3165

                                            *Attorneys for Debtors Mayur Patel and SJM Limited, LLC*

5242034                           2