**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL,** | : |
| *et al.*, | : **Case No. 15-11648** (AMC) |
| | : (*Jointly Administered*) |
| **Debtors.** | : |
| | : |

## CERTIFICATION OF NO OPPOSITION

I, Edmond M. George, Esquire, a partner at the law firm of Obermayer Rebmann Maxwell & Hippel, LLP ("Obermayer"), counsel to Mayur Patel a/k/a Mike Patel ("Patel") and counsel SJM Limited, LLC ("SJM" or collectively with Patel, the "Debtors"), hereby certify as follows:

1. On July 10, 2018, Obermayer filed a Final Application for Compensation and Reimbursement of Expenses for the Period March 10, 2015 through December 4, 2017 (the "Application").

2. A true and correct copy of the Application was served upon the parties listed on the service list attached to the Application on July 10, 2018.  A Certificate of Service was filed with this Court on July 10, 2018.

3. As of the date hereof, no answer, objection or other responsive pleading has been received by Obermayer in connection with the Application, and a review of the docket reveals no answer, objection or other responsive pleading in connection with the Application.

5312919

4. Obermayer respectfully requests that the Court consider the Application uncontested, grant the Application and enter the proposed Order attached to the Application.

| | |
|---|---|
| Dated: <u>August 17, 2018</u> | By: <u>   /s/ Edmond M. George   </u><br>Edmond M. George, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL, LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA  19102<br>Phone:  (215) 665-3140 |