OFFICE OF THE UNITED STATES TRUSTEE – REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.

Debtor's Name: __Mayur Patel__     Bank: __TD BANK__

Bankruptcy Number: __15-11648 (AMC)__     Account Number: __3029__

Date of Confirmation: __December 4, 2017__     Account Type: __checking__

Reporting Period (month/year): __July 2018 – July 2018__

    Beginning Cash Balance:     $ __1,844.43__

All receipts received by the debtor:

    Cash Sales:     $ _____

    Collection of Accounts Receivable:     $ __7,667.95__

    Proceeds from Litigation (settlement or otherwise)     $ _____

    Sale of Debtor's Assets:     $ _____

    Capital Infusion pursuant to the Plan:     $ _____

    Interest     $ _____

    Total of cash received:     $ _____

Total of cash available:     $ __7,667.95__

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        Claims of bankruptcy professionals:     $ _____

    Disbursements made pursuant to the administrative claims of
        Bankruptcy professionals:     $ _____

    All other disbursements made in the ordinary
        course:     $ _____

    Total Disbursements     $ __9,306.77__

Ending Cash Balance     $ __205.61__

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__8/17/18__     __May Patel__
Date     Name/Title

5248087



**America's Most Convenient Bank®**    7    STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648  EDPA
427 MIDLAND AVE
WAYNE PA 19087-4303

Page:    1 of 8
Statement Period:    Jun 24 2018-Jul 23 2018
Cust Ref #:    4315293029-039-7-###
Primary Account #:    ███████3029

Chapter    11  Checking
MAYUR PATEL                                    Account  # 431-5293029
DIP CASE 15-11648 EDPA

## ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 1,844.43 | Average Collected Balance | 1,042.59 |
| Deposits | 1,500.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,012.45 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 1,155.50 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 1,684.64 | | |
| Electronic Payments | 7,412.13 | | |
| Other Withdrawals | 210.00 | | |
| Ending Balance | 205.61 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees (NSF) | $175.00 | $210.00 |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/20 | DEPOSIT | 1,500.00 |
| | Subtotal: | 1,500.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | ACH DEPOSIT, SJM FOODS LLC DIRECT DEP ****47548214SEN | 1,018.70 |
| 06/29 | ACH DEPOSIT, ARDMORE DONUTS L DIRECT DEP ****74709657CWV | 438.52 |
| 06/29 | ACH DEPOSIT, BRYN MAWR COFFEE DIRECT DEP ****74712221S8O | 438.52 |
| 06/29 | ACH DEPOSIT, WAYNE DONUTS LLC DIRECT DEP ****74712220SEO | 438.52 |
| 07/13 | ACH DEPOSIT, SJM FOODS LLC DIRECT DEP ****46453603SEN | 1,018.71 |
| 07/13 | ACH DEPOSIT, ARDMORE DONUTS L DIRECT DEP ****75048164CWV | 438.52 |
| 07/13 | ACH DEPOSIT, BRYN MAWR COFFEE DIRECT DEP ****75049431S8O | 438.52 |
| 07/13 | ACH DEPOSIT, WAYNE DONUTS LLC DIRECT DEP ****75049430SEO | 438.52 |
| 07/13 | ACH RETURNED ITEM, HOME SERVICE (US HMSERVEUSA 72208159 | 125.88 |
| 07/20 | ACH RETURNED ITEM, PECOENERGY UTIL_BIL ****131093 0719 | 176.18 |
| 07/20 | ACH RETURNED ITEM, PECOENERGY UTIL_BIL ****764089 0719 | 41.86 |
| | Subtotal: | 5,012.45 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured  TD Bank, N.A.  Equal Housing Lender

## How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance     205.61

❷ Total Deposits   +

❸ Sub Total

❹ Total Withdrawals   -

❺ Adjusted Balance

❷
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

❹
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

### FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustment that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648   EDPA

Page: 3 of 8
Statement Period: Jun 24 2018-Jul 23 2018
Cust Ref #: 4315293029-039-7-###
Primary Account #: ####8029

## DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | RETURNED ITEM | 1,054.26 |
| 07/19 | RETURNED ITEM | 101.24 |
| | Subtotal: | 1,155.50 |

**Checks Paid**   No. Checks: 6   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO | AMOUNT |
|---|---|---|---|---|---|
| 06/26 | 272 | 1,054.26 | 07/18 | 275 | 101.24 |
| 06/26 | 273 | 27.90 | 07/20 | 275* | 101.24 |
| 06/26 | 274 | 279.00 | 07/16 | 276 | 121.00 |
| | | | | Subtotal: | 1,684.64 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062318 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG  COLORADO SPGS *CO | 134.01 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062218 VISA DDA PUR<br>UBER FVJCJ   HELP UBER COM *CA | 126.35 |
| 06/25 | DEBIT POS, *****30019780139, AUT 062518 DDA PURCH W/CB<br>GIANT 6507   ST DAVIDS *PA | 96.50 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062218 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG  COLORADO SPGS *CO | 83.71 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062318 VISA DDA PUR<br>BB CHEYENNE MTN ZOO   COLORADO SP *CO | 74.25 |
| 06/25 | DEBIT POS, *****30019780139, AUT 062518 DDA PURCHASE<br>AMERICAN AUTO W   WAYNE *PA | 65.60 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062218 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG  COLORADO SPGS *CO | 56.47 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062218 VISA DDA PUR<br>THE BROADMOOR RETAIL   COLORADO SPGS *CO | 38.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062418 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG  COLORADO SPGS *CO | 31.90 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062118 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG  COLORADO SPGS *CO | 29.24 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062318 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG  COLORADO SPGS *CO | 29.24 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062218 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG  COLORADO SPGS *CO | 26.58 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062118 VISA DDA PUR<br>FRONTIER ONBOARD   DENVER *CO | 22.98 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062318 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG  COLORADO SPGS *CO | 20.58 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062318 VISA DDA PUR<br>SSA CHEYENNE MT ZOO   COLORADO SPRI *CO | 20.32 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648   EDPA

Page: 4 of 8
Statement Period: Jun 24 2018-Jul 23 2018
Cust Ref #: 4315293029-039-7-###
Primary Account #: 3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062318 VISA DDA PUR<br>SSA CHEYENNE MT ZOO    COLORADO SPRI * CO | 18.39 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062118 VISA DDA PUR<br>CHICK FIL A 86    PHILADELPHIA  * PA | 13.62 |
| 06/25 | DEBIT CARD PURCHASE, *****30002328128, AUT 062218 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG   COLORADO SPGS * CO | 7.23 |
| 06/26 | ACH DEBIT, PECOENERGY    UTIL_BIL  ****131093   0626 | 251.03 |
| 06/26 | NONTD ATM DEBIT, *****30019780139, AUT 062618 DDA WITHDRAW<br>EDISON OAKWOOD PLAZA    EDISON    * NJ | 103.00 |
| 06/26 | DEBIT CARD PURCHASE, *****30019780139, AUT 062518 VISA DDA PUR<br>TIO MEXICAN RESTAURANT    BERWYN    * PA | 29.66 |
| 06/26 | DEBIT POS, *****30019780139, AUT 062618 DDA PURCHASE<br>CHOWPATY SWEET GROCERY    ISELIN    * NJ | 29.50 |
| 06/26 | DEBIT CARD PURCHASE, *****30002328128, AUT 062418 VISA DDA PUR<br>PANDA CONCOURSE A Q75    DENVER    * CO | 15.61 |
| 06/26 | DEBIT POS, *****30019780139, AUT 062618 DDA PURCHASE<br>WAL MART WAL MART STO    PISCATAWAY  * NJ | 12.21 |
| 06/26 | DEBIT CARD PURCHASE, *****30019780139, AUT 062518 VISA DDA PUR<br>THE HALAL GUYS PHI    PHILADELPHIA  * PA | 10.78 |
| 06/26 | DEBIT CARD PURCHASE, *****30002328128, AUT 062418 VISA DDA PUR<br>THE BROADMOOR FOOD BEVRG   COLORADO SPGS * CO | 6.40 |
| 06/27 | DEBIT CARD PURCHASE, *****30019780139, AUT 062618 VISA DDA PUR<br>MEINEKE CAR CARE 0249    SOUTH PLAINFI * NJ | 131.75 |
| 06/27 | DEBIT CARD PURCHASE, *****30019780139, AUT 062518 VISA DDA PUR<br>LIFE TIME CAFE 251    WAYNE    * PA | 1.00 |
| 06/28 | DEBIT CARD PURCHASE, *****30019780139, AUT 062618 VISA DDA PUR<br>SUNOCO 0368297801    HAMILTON TWP * NJ | 48.55 |
| 07/02 | DEBIT CARD PURCHASE, *****30019780139, AUT 070118 VISA DDA PUR<br>MARIE NICOLES    AVALON    * NJ | 224.45 |
| 07/02 | DEBIT POS, *****30019780139, AUT 070118 DDA PURCH W/CB<br>RITE AID STORE 3389    AUDUBON    * PA | 78.38 |
| 07/02 | DEBIT CARD PURCHASE, *****30019780139, AUT 070118 VISA DDA PUR<br>MARIE NICOLES    AVALON    * NJ | 47.05 |
| 07/02 | NONTD ATM DEBIT, *****30019780139, AUT 070218 DDA WITHDRAW<br>299 97TH ST    STONE HARBOR * NJ | 43.25 |
| 07/02 | DEBIT POS, *****30019780139, AUT 063018 DDA PURCHASE<br>WINE AND SPIRITS 4626    NORRISTOWN  * PA | 19.07 |
| 07/02 | DEBIT POS, *****30019780139, AUT 063018 DDA PURCHASE<br>GIANT 6507    ST DAVIDS  * PA | 18.00 |
| 07/02 | DEBIT CARD PAYMENT, *****30019780139, AUT 070118 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM * CA | 15.11 |
| 07/02 | DEBIT POS, *****30019780139, AUT 070218 DDA PURCHASE<br>WAWA 432    AVALON    * NJ | 11.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 15-11648-amc    Doc 303    Filed 08/17/18    Entered 08/17/18 11:02:31    Desc Main
Document      Page 6 of 9



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648  EDPA

Page: 5 of 8
Statement Period: Jun 24 2018-Jul 23 2018
Cust Ref #: 4315293029-039-7-###
Primary Account #: ████3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | DEBIT POS, *****30019780139, AUT 070118 DDA PURCHASE SUNOCO 04257606  WAYNE  * PA | 7.49 |
| 07/03 | DEBIT CARD PURCHASE, *****30019780139, AUT 070118 VISA DDA PUR ICONA GOLDEN INN RESTAUR  609 3685155  * NJ | 46.46 |
| 07/03 | DEBIT POS, *****30019780139, AUT 070318 DDA PURCHASE WINE AND SPIRITS 5134  PHILADELPHIA  * PA | 26.99 |
| 07/05 | NONTD ATM DEBIT, *****30019780139, AUT 070418 DDA WITHDRAW 121 N CHRISTOPHER COL  PHILADELPHIA  * PA | 123.50 |
| 07/05 | DEBIT POS, *****30019780139, AUT 070518 DDA PURCHASE POTTERY BARN 0962 400  BRIDGEWATER  * NJ | 100.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30019780139, AUT 070218 VISA DDA PUR SUNOCO 0547584300  HAMMONTON  * NJ | 60.48 |
| 07/05 | DEBIT CARD PURCHASE, *****30019780139, AUT 070318 VISA DDA PUR HAN DYNASTY  PHILADELPHIA  * PA | 18.31 |
| 07/05 | DEBIT CARD PURCHASE, *****30019780139, AUT 070318 VISA DDA PUR MAMOUNS FALAFEL  PRINCETON  * NJ | 17.33 |
| 07/05 | DEBIT CARD PURCHASE, *****30019780139, AUT 070318 VISA DDA PUR BENJAMIN FRANKLIN BEER  PHILADELPHIA  * PA | 10.78 |
| 07/05 | DEBIT CARD PURCHASE, *****30019780139, AUT 070218 VISA DDA PUR JUICE GIRL  STONE HARBOR  * NJ | 8.00 |
| 07/05 | DEBIT POS, *****30019780139, AUT 070418 DDA PURCHASE WAWA 247  PHILADELPHIA  * PA | 6.79 |
| 07/05 | DEBIT POS, *****30019780139, AUT 070518 DDA PURCHASE QUICK CHEK FOOD  RINGOES  * NJ | 5.85 |
| 07/05 | DEBIT CARD PURCHASE, *****30019780139, AUT 070418 VISA DDA PUR DUNKIN 310408 Q35  PHILADELPHIA  * PA | 5.40 |
| 07/05 | DEBIT CARD PURCHASE, *****30019780139, AUT 070318 VISA DDA PUR DUNKIN 304766 Q35  PHILADELPHIA  * PA | 2.16 |
| 07/09 | TD ATM DEBIT, *****30019780139, AUT 070718 DDA WITHDRAW 212 LANCASTER AVENUE  WAYNE  * PA | 500.00 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070618 VISA DDA PUR S DENISE HOFFMAN MD  KNG OF PRUSSA  * PA | 142.24 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070618 VISA DDA PUR ZAHAV  PHILADELPHIA  * PA | 140.58 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070718 VISA DDA PUR CITY WORKS KING OF PRU  KNG OF PRUSSA  * PA | 106.80 |
| 07/09 | DEBIT POS, *****30019780139, AUT 070718 DDA PURCH W/CB GIANT 6507  ST DAVIDS  * PA | 98.00 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070618 VISA DDA PUR LUKOIL 57323  LAWRENCEVILLE  * NJ | 58.93 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070518 VISA DDA PUR BOTTLE REPUBLIC  SOMERSET  * NJ | 46.89 |
| 07/09 | DEBIT POS, *****30019780139, AUT 070718 DDA PURCHASE WINE AND SPIRITS 4608  BRYN MAWR  * PA | 40.27 |

Call  1-800-937-2000  for  24-hour  Bank-by-Phone  services  or  connect  to  www.tdbank.com

BankDepositsFDICInsured! TDBank,N.A! EqualHousingLender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648   EDPA

Page: 6 of 8
Statement Period:   Jun 24 2018-Jul 23 2018
Cust Ref #:   4315293029-039-7-###
Primary Account #:   ######3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/09 | DEBIT POS, *****30019780139, AUT 070818 DDA PURCHASE<br>WHOLEFDS  DEV 100 821 LAN   WAYNE     * PA | 30.35 |
| 07/09 | DEBIT POS, *****30019780139, AUT 070818 DDA PURCHASE<br>RITE AID STORE  0995    WAYNE    * PA | 27.99 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070718 VISA DDA PUR<br>CITY WORKS  KING OF PRU  KNG OF PRUSSA  * PA | 18.00 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070718 VISA DDA PUR<br>ZIPS DRY CLEANERS  KING O   KING OF PRUSS  * PA | 6.57 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070818 VISA DDA PUR<br>THE HALAL GUYS       KING OF PRUSS  * PA | 5.29 |
| 07/09 | DEBIT CARD PURCHASE, *****30019780139, AUT 070618 VISA DDA PUR<br>PPA ON STREET METERS    PHILADELPHIA  * PA | 5.00 |
| 07/09 | DEBIT POS, *****30019780139, AUT 070918 DDA PURCHASE<br>WAWA 257        WAYNE    * PA | 3.81 |
| 07/09 | DEBIT POS, *****30019780139, AUT 070918 DDA PURCHASE<br>7 ELEVEN        PHILADELPHIA   * PA | 2.59 |
| 07/10 | DEBIT POS, *****30019780139, AUT 071018 DDA PURCHASE<br>BIG LOTS STORES  686 OAK   SOUTH PLAINFI * NJ | 10.66 |
| 07/11 | DEBIT CARD PURCHASE, *****30019780139, AUT 071018 VISA DDA PUR<br>JOSE TEJAS BORDER CAFE   ISELIN    * NJ | 47.87 |
| 07/11 | DEBIT CARD PURCHASE, *****30019780139, AUT 070918 VISA DDA PUR<br>LIFE TIME CAFE 251    WAYNE    * PA | 1.58 |
| 07/12 | ACH DEBIT, HOME SERVICE (US HMSERVEUSA   72208159 | 125.88 |
| 07/12 | DEBIT CARD PURCHASE, *****30019780139, AUT 071118 VISA DDA PUR<br>R AND G PING PONG     WAYNE    * PA | 34.88 |
| 07/12 | DEBIT CARD PURCHASE, *****30019780139, AUT 071018 VISA DDA PUR<br>MAMOUNS FALAFEL       NEW BRUNSWICK  * NJ | 20.25 |
| 07/13 | DEBIT POS, *****30019780139, AUT 071318 DDA PURCH W/CB<br>7 ELEVEN        PHILADELPHIA   * PA | 12.25 |
| 07/16 | DEBIT POS, *****30019780139, AUT 071418 DDA PURCHASE<br>HOME LIGHTING INC    FRAZER    * PA | 1,033.50 |
| 07/16 | DEBIT POS, *****30019780139, AUT 071418 DDA PURCHASE<br>WINE AND SPIRITS  2306   WAYNE    * PA | 100.68 |
| 07/16 | DEBIT CARD PURCHASE, *****30019780139, AUT 071418 VISA DDA PUR<br>CHICKIES  PETES AUDUBON   AUDUBON   * PA | 79.31 |
| 07/16 | DEBIT POS, *****30019780139, AUT 071618 DDA PURCHASE<br>AMERICAN AUTO W     WAYNE    * PA | 61.23 |
| 07/16 | DEBIT POS, *****30019780139, AUT 071418 DDA PURCHASE<br>WAWA 8003         NORRISTOWN  * PA | 48.63 |
| 07/16 | DEBIT POS, *****30019780139, AUT 071518 DDA PURCHASE<br>WINE AND SPIRITS  4626   NORRISTOWN  * PA | 40.26 |
| 07/16 | DEBIT CARD PURCHASE, *****30019780139, AUT 071418 VISA DDA PUR<br>THE HALAL GUYS        KING OF PRUSS  * PA | 18.00 |

Call   1-800-937-2000     for   24-hour    Bank-by-Phone    services    or   connect    to   www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648   EDPA

Page: 7 of 8
Statement Period:   Jun 24 2018-Jul 23 2018
Cust Ref #:   4315293029-039-7-###
Primary Account #:   ████3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/16 | DEBIT POS, *****30019780139, AUT 071518 DDA PURCHASE WAWA 8003   NORRISTOWN   * PA | 8.02 |
| 07/16 | DEBIT CARD PURCHASE, *****30019780139, AUT 071518 VISA DDA PUR DUNKIN 331255 Q35   NORRISTOWN   * PA | 7.92 |
| 07/16 | DEBIT POS, *****30019780139, AUT 071418 DDA PURCHASE WAWA 860   NEWARK   * DE | 5.58 |
| 07/17 | TD ATM DEBIT, *****30019780139, AUT 071618 DDA WITHDRAW 212 LANCASTER AVENUE   WAYNE   * PA | 300.00 |
| 07/17 | DEBIT CARD PURCHASE, *****30019780139, AUT 071618 VISA DDA PUR TMOBILE POSTPAID IVR   800 937 8997   * WA | 297.77 |
| 07/17 | DEBIT POS, *****30019780139, AUT 071618 DDA PURCH W/CB GIANT 6507   ST DAVIDS   * PA | 60.66 |
| 07/17 | DEBIT POS, *****30019780139, AUT 071718 DDA PURCHASE WINE AND SPIRITS 2306   WAYNE   * PA | 19.07 |
| 07/17 | DEBIT POS, *****30019780139, AUT 071718 DDA PURCHASE RITE AID STORE 3389   AUDUBON   * PA | 14.40 |
| 07/18 | DEBIT POS, *****30019780139, AUT 071818 DDA PURCHASE SUNOCO 04257606   WAYNE   * PA | 8.01 |
| 07/19 | ACH DEBIT, PECOENERGY   UTIL_BIL   ****131093   0719 | 176.18 |
| 07/19 | ACH DEBIT, PECOENERGY   UTIL_BIL   ****764089   0719 | 41.86 |
| 07/19 | DEBIT CARD PURCHASE, *****30019780139, AUT 071618 VISA DDA PUR LIFE TIME CAFE 251   WAYNE   * PA | 3.08 |
| 07/20 | DEBIT POS, *****30019780139, AUT 072018 DDA PURCH W/CB GIANT 6507   ST DAVIDS   * PA | 108.07 |
| 07/20 | DEBIT CARD PURCHASE, *****30019780139, AUT 071818 VISA DDA PUR CHICK FIL A 01665   PHILADELPHIA   * PA | 7.54 |
| 07/20 | DEBIT CARD PURCHASE, *****30019780139, AUT 071818 VISA DDA PUR PPA ON STREET METERS   PHILADELPHIA   * PA | 5.00 |
| 07/23 | DEBIT CARD PURCHASE, *****30019780139, AUT 072018 VISA DDA PUR AMERICAN AIR001210103775   FORT WORTH   * TX | 282.40 |
| 07/23 | DEBIT CARD PURCHASE, *****30019780139, AUT 072218 VISA DDA PUR AMERICAN AIR001210103775   FORT WORTH   * TX | 282.40 |
| 07/23 | DEBIT CARD PURCHASE, *****30019780139, AUT 072218 VISA DDA PUR AMERICAN AIR001210103775   FORT WORTH   * TX | 282.40 |
| 07/23 | DEBIT POS, *****30019780139, AUT 072218 DDA PURCHASE SUNOCO 04257606   WAYNE   * PA | 64.94 |
| 07/23 | DEBIT POS, *****30019780139, AUT 072218 DDA PURCHASE WINE AND SPIRITS 2306   WAYNE   * PA | 43.44 |
| 07/23 | DEBIT CARD PURCHASE, *****30019780139, AUT 072118 VISA DDA PUR PLYMOUTH MTING 53 PWC   PLYMOUTH MEET * PA | 29.00 |
| 07/23 | DEBIT CARD PURCHASE, *****30019780139, AUT 072118 VISA DDA PUR PLYMOUTH MTING 53 PWC   PLYMOUTH MEET * PA | 27.00 |

Call  1-800-937-2000   for   24-hour   Bank-by-Phone   services   or   connect   to   www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MAYUR PATEL
DIP CASE 15-11648   EDPA

Page: 8 of 8
Statement Period: Jun 24 2018-Jul 23 2018
Cust Ref #: 4315293029-039-7-###
Primary Account #: ████3029

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/23 | DEBIT CARD PURCHASE, *****30019780139, AUT 072118 VISA DDA PUR PLYMOUTH MTING 53 PWC   PLYMOUTH MEET * PA | 25.00 |
| 07/23 | DEBIT CARD PURCHASE, *****30019780139, AUT 072118 VISA DDA PUR PIZZA HUT 029991   BRYN MAWR    * PA | 10.59 |
| 07/23 | DEBIT POS, *****30019780139, AUT 072318 DDA PURCHASE GIANT 6507   ST DAVIDS   * PA | 2.21 |
| | Subtotal: | 7,412.13 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | OVERDRAFT RET | 35.00 |
| 06/29 | OVERDRAFT PD | 35.00 |
| 07/13 | OVERDRAFT RET | 35.00 |
| 07/19 | OVERDRAFT RET | 35.00 |
| 07/20 | OVERDRAFT RET | 70.00 |
| | Subtotal: | 210.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/23 | 1,844.43 | 07/10 | 126.52 |
| 06/25 | 949.46 | 07/11 | 77.07 |
| 06/26 | -869.89 | 07/12 | -103.94 |
| 06/27 | 16.62 | 07/13 | 2,308.96 |
| 06/28 | -31.93 | 07/16 | 784.83 |
| 06/29 | 2,267.33 | 07/17 | 92.93 |
| 07/02 | 1,802.54 | 07/18 | -16.32 |
| 07/03 | 1,729.09 | 07/19 | -171.20 |
| 07/05 | 1,370.49 | 07/20 | 1,254.99 |
| 07/09 | 137.18 | 07/23 | 205.61 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDeposits DI(Insured) TD Bank,N.A! EqualHousingLender