**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **MAYUR PATEL a/k/a MIKE PATEL,** | : | |
| et al. | : | **Case No. 15-11648 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

# ORDER

AND NOW, this __27th__ day of __August__, 2018, upon consideration of the Final Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), counsel for Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors"), for the period March 10, 2015 through December 4, 2017 (the "Final Fee Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

ORDERED that the Final Fee Application is APPROVED; and it is further

ORDERED that Obermayer is allowed compensation in the amount of $__212,187.50__, on a final basis and reimbursement of expenses in the amount of $__10,538.06__, on a final basis for the period March 10, 2015 through December 4, 2017; and it is further

5277498

ORDERED that the Debtors are hereby authorized and directed to pay Obermayer the difference between the amounts allowed hereunder and the amounts previously paid to Obermayer.

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge