United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-11648-amc
Mayur Patel                                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia        Page 1 of 2        Date Rcvd: Aug 27, 2018
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
db          #+Mayur Patel,   6 South Strawberry Street,   Unit 1,   Philadelphia, PA 19106-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
      AMY E. VULPIO    on behalf of Creditor   Toroni Real Estate Partnership vulpioa@whiteandwilliams.com
      ANDREW F GORNALL    on behalf of Creditor   Capital One, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   Capital One, N.A. c/o Rushmore Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
      EDMOND M. GEORGE    on behalf of Accountant    Asterion Inc. angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com
      EDMOND M. GEORGE    on behalf of Debtor    SJM Limited, LLC angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com
      EDMOND M. GEORGE    on behalf of Plaintiff Mayur  Patel angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com
      EDMOND M. GEORGE    on behalf of Attorney    Obermayer Rebmann Maxwell & Hippel LLP angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com
      EDMOND M. GEORGE    on behalf of Debtor Mayur  Patel angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;michele.emory@obermayer.com
      JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor   Toroni Real Estate Partnership vandermarkj@whiteandwilliams.com
      JEREMY JOHN KOBESKI    on behalf of Creditor   JPMorgan Chase Bank National Association paeb@fedphe.com
      KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
      MICHAEL D. VAGNONI    on behalf of    SJM Limited LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
      MICHAEL D. VAGNONI    on behalf of Debtor   SJM Limited, LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
      MICHAEL D. VAGNONI    on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
      THOMAS I. PULEO    on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: Virginia            Page 2 of 2               Date Rcvd: Aug 27, 2018
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        WILLIAM EDWARD MILLER    on behalf of Creditor    Capital One, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

        TOTAL: 18

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | Chapter 11 |
| **MAYUR PATEL a/k/a MIKE PATEL, et al.** | : | |
| | : | Case No. 15-11648 (AMC) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

## ORDER

AND NOW, this __27th__ day of __August__, 2018, upon consideration of the Final Application for Compensation and Reimbursement of Expenses of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), counsel for Debtors Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors"), for the period March 10, 2015 through December 4, 2017 (the "Final Fee Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

ORDERED that the Final Fee Application is APPROVED; and it is further

ORDERED that Obermayer is allowed compensation in the amount of $ __212,187.50__, on a final basis and reimbursement of expenses in the amount of $ __10,538.06__, on a final basis for the period March 10, 2015 through December 4, 2017; and it is further

5277498

ORDERED that the Debtors are hereby authorized and directed to pay Obermayer the difference between the amounts allowed hereunder and the amounts previously paid to Obermayer.

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge