United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11648-amc
Mayur Patel                                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2             Date Rcvd: Dec 10, 2018
                          Form ID: pdf900             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
```
db              #+Mayur Patel,    6 South Strawberry Street,    Unit 1,    Philadelphia, PA 19106-2849
acc              +Asterion Inc.,    215 S Broad Street,    3rd Floor,    Philadelphia, PA 19107-5318
op               +Barre & Company,    2204 Morris Avenue,    Suite 206,    Union, NJ 07083-5914
cr               +Toroni Real Estate Partnership,    c/o Amy E. Vulpio, Esq.,    White and Williams LLP,
                   1650 Market Street, 18th Fl,    Philadelphia, PA 19103-7395
13491146         +Ardmore Donuts, LLC,    44 Greenfield Avenue,    Store No. 12-14,    Ardmore, PA 19003-1204
13491147         +Bryn Mawr Coffee, LLC,    596 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3804
14034061          Capital One, N.A.,    c/o Rushmore Loan Management Services,
                   P.O. Box 55004, Irvine, CA 92619-2708
13511358         +Capital One, N.A.,    7933 Preston Road,    Mail Code 31603-1111,    Plano, TX 75024-2302
13491148         +Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
13491149         +Chase Bank,    P.O. Box 24696,    Columbus, OH 43224-0696
13491150         +Community Bank,    5010 Hardy Street,    Hattiesburg, MS 39402-1307
13491151         +Community Bank,    3537 Sangani Boulevard,    Diberville, MS 39540-8705
13526625         +Fox Corporation,    50 Greenfield Avenue,    Ardmore, PA 19003-1239
13491153          Fox Corporation,    50 Commonfield Avenue,    Ardmore, PA 19003
13491167         +George C. Zumbano, Esquire,    Gwathrop Greenwood, PC,    17 East Gay Street, Suite 100,
                   West Chester, PA 19380-3144
13570000         +JPMorgan Chase Bank, N.A.,    Chase Record Center,    Attn: Correspondence Mail,
                   Mail Code: LA4-5555,    700 Kansas Lane,,    Monroe, LA 71203-4774
13957659         +Jatin Patel,    45 Princeton Road,    Piscataway, NJ 08854-3029
13491155         +Jayesh Patel,    12 Anderson Way,    Monmouth Junction, NJ 08852-2752
13491156         +Justin E. Proper, Esquire,    White and Williams LLP,    1650 Market Street, Suite 1800,
                   Philadelphia, PA 19103-7304
13491158          Ritesh Patel,    930 West,    165 Service Road South,    Mobile, AL 36609
13491161         +SJM Fuels LLC,    596 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3804
13491162         +SJM Investments, LLC,    15250 Poole Street,    Gulfport, MS 39503-4335
13491163         +SJM Limited, LLC,    535 Lancaster Avenue,    Berwyn, PA 19312-1634
13526626         +SJM Limited, LLC,    150 N. Radnor Chester Road,    Suite F-200,    Radnor, PA 19087-5245
13491159         +School Lane Holding Company, L.P.,    c/o C.F. Holloway, III,    110 Gallagher Road,
                   Wayne, PA 19087-2959
13491160          Shirish Patel,    3850 Dwight Court,    Mobile, AL 36619
13535306         +Toroni Real Estate Partnership,    c/o Amy E. Vulpio, Esquire,    White and Williams LLP,
                   1650 Market Street, 18th Floor,    Philadelphia, PA 19103-7395
13491165         +Toroni Real Estate Partnership,    235 Waterloo Avenue,    Berwyn, PA 19312-1738
14162075          U.S. Bank National Association, et al.,    c/o Rushmore Loan Management Services,
                   P.O. Box 55004, Irvine, CA 92619-2708
13491166         +Wayne Donuts, LLC,    110 E. Lancaster Avenue,    Wayne, PA 19087-4103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg               E-mail/Text: megan.harper@phila.gov Dec 11 2018 02:26:33      City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg               E-mail/Text: cio.bncmail@irs.gov Dec 11 2018 02:25:54      Internal Revenue Service,
                   P.O. Box 7346,    Philadelphia, PA  19101-7346
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:26:15
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 11 2018 02:26:24      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13673849         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 11 2018 02:30:37      Capital One N. A.,
                   c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
13491152         +E-mail/Text: B@directcapital.com Dec 11 2018 02:26:39      DirectCapital,    155 Commerce Way,
                   Portsmouth, NH 03801-3243
13491157         +E-mail/Text: bankruptcygroup@peco-energy.com Dec 11 2018 02:25:56      PECO,
                   PECO Bankruptcy Group,    2301 Market Street, S4-2,    Philadelphia, PA 19103-1338
13515746         +E-mail/Text: bankruptcygroup@peco-energy.com Dec 11 2018 02:25:56      PECO Energy Company,
                   Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13491164         +E-mail/Text: bankruptcynotices@sba.gov Dec 11 2018 02:25:51      Small Business Admin,
                   409 3rd Street,    Washington, DC 20416-0005
                                                                                              TOTAL: 9
```

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*              +Capital One N. A.,    c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
13576964*        +Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                   Philadelphia, Pa. 19101-7346
13601900*        +Internal Revenue Service,    Centralized Insolvency Operation,    Po Box 7317,
                   Philadelphia, PA 19101-7317
```

```
District/off: 0313-2            User: Virginia              Page 2 of 2               Date Rcvd: Dec 10, 2018
                                Form ID: pdf900             Total Noticed: 39

aty           ##+Obermayer Rebmann Maxwell & Hippel LLP,   One Penn Center, 19th Floor,
                1617 John F. Kennedy Blvd.,   Philadelphia, PA 19103-1821
13491154      ##+Hanuman Business, Inc.,   t/a Ramoco Fuels,   1415 Route 70 East,   Cherry Hill, NJ 08034-2235
                                                                                          TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              AMY E. VULPIO    on behalf of Creditor    Toroni Real Estate Partnership
               vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Capital One, N.A. c/o Rushmore Loan Management
               Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              EDMOND M. GEORGE    on behalf of Debtor    SJM Limited, LLC
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Plaintiff Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Attorney    Obermayer Rebmann Maxwell & Hippel LLP
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Debtor Mayur  Patel
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com
              EDMOND M. GEORGE    on behalf of Accountant    Asterion Inc.
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;vanja.moraca@obermayer.com;Lucille.a
               cello@obermayer.com;alicia.sandoval@obermayer.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Toroni Real Estate Partnership
               vandermarkj@whiteandwilliams.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    JPMorgan Chase Bank National Association
               paeb@fedphe.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL D. VAGNONI    on behalf of Debtor Mayur  Patel michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com
              MICHAEL D. VAGNONI    on behalf of     SJM Limited LLC michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com
              MICHAEL D. VAGNONI    on behalf of Debtor    SJM Limited, LLC michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com
              THOMAS I. PULEO    on behalf of Creditor    Capital One, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Capital One, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 18
```

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MAYUR PATEL | : | |
| . | : | |
| | : | |
| | : | Bankruptcy No. 15-11648 (AMC) |
| Debtor | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Acting United States Trustee has filed a **Motion to Compel Payment of Statutory Fees and Filing of Post-Confirmation Disbursement Reports or Alternatively, to Dismiss or Convert to Chapter 7** with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **twenty-one days from date of service**, you or your attorney must do all of the following:

　　(a)　file an answer explaining your position at:
　　　　U.S. Bankruptcy Court, Eastern District of Pennsylvania
　　　　900 Market Street, Suite 400
　　　　Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　(b)　mail a copy to the movant's attorney:
　　　　Kevin P. Callahan, Trial Attorney
　　　　Office of the U.S. Trustee
　　　　833 Chestnut Street, Suite 500
　　　　Philadelphia, PA  19107
　　　　(215) 597-4411 fax (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **January 9, 2019, at 11:00 a.m., in Courtroom #4,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.
Date: December 7, 2018