IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    CHAPTER 11

MAYUR PATEL
                                                   BANKR. NO.  15-11648 (AMC)

        Debtor

## PRAECIPE

**TO THE CLERK OF THE COURT:**

      Kindly **Withdraw** the Acting United States Trustee's Motion to Compel Payment of Statutory Fees and Filing of Post-Confirmation Disbursement Reports or Alternatively, to Dismiss or Convert to Chapter 7**,** which is set for a hearing on **January 9, 2019 at 11:00 a.m**. with the Court.

                                                   Respectfully submitted,

                                                   ANDREW R. VARA
                                                 ASSISTANT U.S. TRUSTEE
                                                 REGION 3

Dated:  December 26, 2018           BY:   */s/ Kevin P. Callahan*
                                                     Kevin P. Callahan
                                                     Trial Attorney