UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| MAYUR PATEL a/k/a MIKE PATEL, | : |
| *et al.*, | : Case No. 15-11648 (AMC) |
| | : (Jointly Administered with |
| Debtors. | : Case No. 15-11877) |
| | : |

## ORDER

AND NOW, this 13th day of, Feb 2019, upon consideration of the Motion of Mayur Patel ("Patel") and SJM Limited, LLC ("SJM" or in conjunction with Patel, the "Debtors") for the Entry of a Final Decree and to Close the Debtors' Chapter 11 Cases, and after notice and a hearing, and this Court having determined that that the estates of the above-captioned Debtors have been fully administered and the Debtors' Second Amended Joint Plan of Reorganization dated October 16, 2017 [Docket No. 253] and approved by order of the Bankruptcy Court dated December 4, 2017 [Docket No. 270] (the "Plan") has been substantively consummated, it is hereby

ORDERED that the Chapter 11 Case of the above captioned Debtor is closed.

BY THE COURT

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

5242034

1