UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re*: | Chapter 11 |
| | Case No. 15-11648 (AMC) |
| **Mayur Patel**, *et al.*, | (Jointly Administered) |
| Debtors. | |

**ORDER SCHEDULING EXPEDITED CONSIDERATION, SHORTENED TIME AND LIMITED NOTICE FOR ENTRY OF AN ORDER REOPENING THE DEBTOR'S CHAPTER 11 CASE; GRANTING A DISCHARGE PURSUANT TO 11 U.S.C. § 1141(d)(5)(A); AND FOR THE ENTRY OF A FINAL DECREE AND TO CLOSE THE DEBTOR'S CHAPTER 11 CASE PURSUANT TO RULE 3022 OF THE FEDERAL RULE OF BANKRUPTCY PROCEDURE**

AND NOW, this __25th__ day of __July__, 2022, upon consideration of the Motion of Mayur Patel ("Patel" or the "Debtor") for the entry of an Order: (i) granting expedited consideration, shortened time and limited notice; (ii) reopening the Debtor's Chapter 11 Case; (iii) granting a discharge pursuant to 11 U.S.C. § 1141(d)(5)(A); and (iv) for the entry of a final decree and to close the Debtor's Chapter 11 case pursuant to Rule 3022 of the Federal Rule of Bankruptcy Procedure (the "Motion");[1] and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1. Debtor's request for an expedited hearing, shortened time, and limited notice on the Motion is GRANTED.

2. A Telephonic hearing to consider the Motion is scheduled for __August 3__, 2022 at __12:30__ a.m./p.m. in the United States Bankruptcy Court, the United States Bankruptcy Court, ~~Robert N.C. Nix Building, 900 Market Street, Courtroom #4, Philadelphia, PA 19107~~.  Any **Parties are to Dial: 877-873-8017  Access Code: 3027681#**

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion, the Bankruptcy Code or Bankruptcy Rules.

4858-6537-9087 v1

objection to the Motion ~~must~~ (while not required) may be filed with the Clerk of the Bankruptcy Court and serviced upon counsel for the Debtor on or before __August 2__, 2022.

3. A copy of this Order shall be served by counsel for Debtor on or before __July 26__, 2022, at __5:00__ ~~a.m.~~/p.m. by facsimile, hand delivery, next day mail or by electronic means upon (i) the Office of the United States Trustee; (ii) the Debtor; and (iii) the Debtor's secured creditors.

4. If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of this Court.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Copy to:

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

4858-6537-9087 v1