**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re*: | Chapter 11 |
| | Case No. 15-11648 (AMC) |
| **Mayur Patel**, *et al.*, | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

    I, Michael D. Vagnoni, Esquire, a partner with the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that true and correct copies of the Order Granting Expedited Consideration, Shortened Time and Limited Notice on Motion of the Debtor for the entry of an Order: (i) granting expedited consideration, shortened time and limited notice; (ii) reopening the Debtor's Chapter 11 Case; (iii) granting a discharge pursuant to 11 U.S.C. § 1141(d)(5)(A); and (iv) for the entry of a final decree and to close the Debtor's Chapter 11 case pursuant to Rule 3022 of the Federal Rule of Bankruptcy Procedure (Docket No. 323) were served via Court's CM/ECF system, and/or by electronic mail, and/or by overnight mail upon the following on the attached service list on July 26, 2022.

                                          */s/ Michael D. Vagnoni*
                                          Michael D. Vagnoni, Esquire

## **SERVICE LIST**

**VIA ELECTRONIC MAIL**:

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

George Conway, Esq. on behalf of U.S. Trustee United States Trustee
George.M.Conway@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

DANIELLE BOYLE-EBERSOLE on behalf of Creditor Capital One, N.A. c/o Rushmore Loan Management Services, and Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services
dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

ANDREW F GORNALL on behalf of Creditor Capital One, N.A.
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

JEREMY J. KOBESKI on behalf of Creditor JPMorgan Chase Bank National Association
jkobeski@grenenbirsic.com

WILLIAM EDWARD MILLER on behalf of Creditor Capital One, N.A.
wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

THOMAS I. PULEO on behalf of Creditor Capital One, N.A.
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

JAMES CHRISTOPHER VANDERMARK on behalf of Creditor Toroni Real Estate Partnership
vandermarkj@whiteandwilliams.com

AMY E. VULPIO on behalf of Creditor Toroni Real Estate Partnership
vulpioa@whiteandwilliams.com

Marian Garza as Bankruptcy Servicer for Capital One N.A.
ecfnotices@ascensioncapitalgroup.com

**<u>VIA OVERNIGHT MAIL</u>**:

Barre & Company
2204 Morris Avenue
Suite 206
Union, NJ 07083

Capital One N. A.
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016