United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11648-amc |
| Mayur Patel | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mayur Patel, 6 South Strawberry Street, Unit 1, Philadelphia, PA 19106-2849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022             Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMY E. VULPIO | on behalf of Creditor Toroni Real Estate Partnership vulpioa@whiteandwilliams.com |
| ANDREW F GORNALL | on behalf of Creditor Capital One  N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Capital One  N.A. c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| EDMOND M. GEORGE | on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

EDMOND M. GEORGE
    on behalf of Accountant Asterion Inc.
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Debtor SJM Limited  LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Plaintiff Mayur Patel
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

JAMES CHRISTOPHER VANDERMARK
    on behalf of Creditor Toroni Real Estate Partnership vandermarkj@whiteandwilliams.com

JEREMY J. KOBESKI
    on behalf of Creditor JPMorgan Chase Bank National Association jkobeski@grenenbirsic.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MICHAEL D. VAGNONI
    on behalf of SJM Limited LLC michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Debtor SJM Limited  LLC michael.vagnoni@obermayer.com,
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

THOMAS I. PULEO
    on behalf of Creditor Capital One  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
    on behalf of Creditor Capital One  N.A. wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 18

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re*: | : Chapter 11 |
| | : Case No. 15-11648 (AMC) |
| **Mayur Patel**, *et al.*, | : (Jointly Administered) |
| | : |
| Debtors. | : |
| | : |

**ORDER SCHEDULING EXPEDITED CONSIDERATION, SHORTENED TIME AND LIMITED NOTICE FOR ENTRY OF AN ORDER REOPENING THE DEBTOR'S CHAPTER 11 CASE; GRANTING A DISCHARGE PURSUANT TO 11 U.S.C. § 1141(d)(5)(A); AND FOR THE ENTRY OF A FINAL DECREE AND TO CLOSE THE DEBTOR'S CHAPTER 11 CASE PURSUANT TO RULE 3022 OF THE FEDERAL RULE OF BANKRUPTCY PROCEDURE**

AND NOW, this ___25th___ day of ___July___, 2022, upon consideration of the Motion of Mayur Patel ("Patel" or the "Debtor") for the entry of an Order: (i) granting expedited consideration, shortened time and limited notice; (ii) reopening the Debtor's Chapter 11 Case; (iii) granting a discharge pursuant to 11 U.S.C. § 1141(d)(5)(A); and (iv) for the entry of a final decree and to close the Debtor's Chapter 11 case pursuant to Rule 3022 of the Federal Rule of Bankruptcy Procedure (the "Motion");[1] and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1. Debtor's request for an expedited hearing, shortened time, and limited notice on the Motion is GRANTED.

2. A Telephonic hearing to consider the Motion is scheduled for ___August 3___, 2022 at ___12:30___ a.m./p.m. in the United States Bankruptcy Court, the United States Bankruptcy Court, ~~Robert N.C. Nix Building, 900 Market Street, Courtroom #4, Philadelphia, PA 19107~~.  Any **Parties are to Dial: 877-873-8017  Access Code: 3027681#**

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion, the Bankruptcy Code or Bankruptcy Rules.

4858-6537-9087 v1

(while not required) may objection to the Motion ~~must~~ be filed with the Clerk of the Bankruptcy Court and serviced upon counsel for the Debtor on or before __August 2__, 2022.

3. A copy of this Order shall be served by counsel for Debtor on or before ____July 26____, 2022, at __5:00__ ~~a.m.~~/p.m. by facsimile, hand delivery, next day mail or by electronic means upon (i) the Office of the United States Trustee; (ii) the Debtor; and (iii) the Debtor's secured creditors.

4. If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of this Court.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Copy to:

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

4858-6537-9087 v1