UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re*: | Chapter 11 |
| | Case No. 15-11648 (AMC) |
| Mayur Patel, *et al.*, | (Jointly Administered) |
| Debtors. | |

ORDER GRANTING THE REQUEST OF MAYUR PATEL
TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b)

**AND NOW,** this \_\_4th\_\_ day of \_\_August\_\_, 2022, upon consideration of the Combined Motion of Mayur Patel (the "Debtor") for an entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice (ii) Reopening the Debtor's Chapter 11 Case; (iii) Granting a Discharge pursuant to 11 U.S.C. § 1141(d)(5)(A); and (iv) Closing the Debtor's Chapter 11 bankruptcy proceeding (the "Motion")[1], and any response thereto, and cause having been demonstrated, it is hereby **ORDERED** as follows:

1. The Debtor's Motion is hereby GRANTED;

2. The Order granting the final decree and closing the Debtor's Case entered on or about February 13, 2019, is hereby vacated for the purpose of granting the Debtor a discharge pursuant to 11 U.S.C. § 1141(d)(5)(A).

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc: Attached service list.

---

[1] All capitalized terms in this Order not otherwise defined shall have the meaning ascribed to them in the Motion.

4858-6537-9087 v1

**SERVICE LIST**

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Kevin P. Callahan, Esq.
Office of the United States Trustee
Dept. of Justice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Toroni Real Estate Partnership
c/o Amy E. Vulpio, Esq.
White and Williams LLP
1650 Market Street, 18th Fl
Philadelphia, PA 19103