UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re*: | Chapter 11 |
| | Case No. 15-11648 (AMC) |
| **Mayur Patel, *et al.*,** | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING DISCHARGE PURSUANT TO 11 U.S.C. § 1141(d)(5)(A)**

**AND NOW**, this 4th day of August, 2022, upon consideration of the Combined Motion of Mayur Patel (the "Debtor") for an entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice (ii) Reopening the Debtor's Chapter 11 Case; (iii) Granting a Discharge pursuant to 11 U.S.C. § 1141(d)(5)(A); and (iv) Closing the Debtor's Chapter 11 bankruptcy proceeding (the "Motion")[1]; and any responses thereto; and after notice and a hearing; and cause therefore having been demonstrated; and this Court having determined that that the estate of the above-captioned debtor has been fully administered and the Plan has been substantively consummated, and that for the reasons set forth in the Motion and on the record at the hearing on the Motion, that cause exists to grant the relief sought in the Motion; it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** in its entirety.

2. The Debtor is hereby granted a **DISCHARGE** pursuant to 11 U.S.C. § 1141(d)(5)(A) from any and all claims or other debts that arose before the effective date of the Plan, and all debts of the kind specified in 11 U.S.C. §§ 502(g), 502(h) or 502(i), whether or not (i) a proof of claim based on such debt is filed or deemed filed pursuant to 11 U.S.C. § 501, (ii) a

---

[1] All capitalized terms in this Order not otherwise defined shall have the meaning ascribed to them in the Motion.

4858-6537-9087 v1

claim is allowed pursuant to Section 502 of the Code, or (iii) the holder of a claim has accepted the Plan.

4. This Court shall retain jurisdiction over the Settlement Agreement until the payments thereunder are completed in full.

_____
Honorable Ashely M. Chan
United States Bankruptcy Court

**SERVICE LIST**

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Kevin P. Callahan, Esq.
Office of the United States Trustee
Dept. of Justice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Toroni Real Estate Partnership
c/o Amy E. Vulpio, Esq.
White and Williams LLP
1650 Market Street, 18th Fl
Philadelphia, PA 19103

4858-6537-9087 v1