United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Mayur Patel
Debtor

Case No. 15-11648-amc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 04, 2022 Form ID: pdf900 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mayur Patel, 6 South Strawberry Street, Unit 1, Philadelphia, PA 19106-2849 |
| aty | + | Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |
| acc | + | Asterion Inc., 215 S Broad Street, 3rd Floor, Philadelphia, PA 19107-5318 |
| op | + | Barre & Company, 2204 Morris Avenue, Suite 206, Union, NJ 07083-5914 |
| cr | + | Toroni Real Estate Partnership, c/o Amy E. Vulpio, Esq., White and Williams LLP, 1650 Market Street, 18th Fl, Philadelphia, PA 19103-7395 |
| 13491146 | + | Ardmore Donuts, LLC, 44 Greenfield Avenue, Store No. 12-14, Ardmore, PA 19003-1204 |
| 13491147 | + | Bryn Mawr Coffee, LLC, 596 W. Lancaster Avenue, Bryn Mawr, PA 19010-3804 |
| 13511358 | + | Capital One, N.A., 7933 Preston Road, Mail Code 31603-1111, Plano, TX 75024-2302 |
| 14034061 | | Capital One, N.A., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 |
| 13491151 | + | Community Bank, 3537 Sangani Boulevard, Diberville, MS 39540-8705 |
| 13491150 | + | Community Bank, 5010 Hardy Street, Hattiesburg, MS 39402-1307 |
| 13526625 | + | Fox Corporation, 50 Greenfield Avenue, Ardmore, PA 19003-1239 |
| 13491153 | | Fox Corporation, 50 Commonfield Avenue, Ardmore, PA 19003 |
| 13491167 | + | George C. Zumbano, Esquire, Gwathrop Greenwood, PC, 17 East Gay Street, Suite 100, West Chester, PA 19380-3144 |
| 13491154 | + | Hanuman Business, Inc., t/a Ramoco Fuels, 1415 Route 70 East, Cherry Hill, NJ 08034-2210 |
| 13957659 | + | Jatin Patel, 45 Princeton Road, Piscataway, NJ 08854-3029 |
| 13491155 | + | Jayesh Patel, 12 Anderson Way, Monmouth Junction, NJ 08852-2752 |
| 13491156 | + | Justin E. Proper, Esquire, White and Williams LLP, 1650 Market Street, Suite 1800, Philadelphia, PA 19103-7304 |
| 13491158 | | Ritesh Patel, 930 West, 165 Service Road South, Mobile, AL 36609 |
| 13491161 | + | SJM Fuels LLC, 596 W. Lancaster Avenue, Bryn Mawr, PA 19010-3804 |
| 13491162 | + | SJM Investments, LLC, 15250 Poole Street, Gulfport, MS 39503-4335 |
| 13526626 | + | SJM Limited, LLC, 150 N. Radnor Chester Road, Suite F-200, Radnor, PA 19087-5245 |
| 13491163 | + | SJM Limited, LLC, 535 Lancaster Avenue, Berwyn, PA 19312-1634 |
| 13491159 | + | School Lane Holding Company, L.P., c/o C.F. Holloway, III, 110 Gallagher Road, Wayne, PA 19087-2959 |
| 13491160 | | Shirish Patel, 3850 Dwight Court, Mobile, AL 36619 |
| 13535306 | + | Toroni Real Estate Partnership, c/o Amy E. Vulpio, Esquire, White and Williams LLP, 1650 Market Street, 18th Floor, Philadelphia, PA 19103-7395 |
| 13491165 | + | Toroni Real Estate Partnership, 235 Waterloo Avenue, Berwyn, PA 19312-1738 |
| 14162075 | | U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 |
| 13491166 | + | Wayne Donuts, LLC, 110 E. Lancaster Avenue, Wayne, PA 19087-4103 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13673849 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:50:08 | Capital One N. A., c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13576964 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2022 23:48:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, Pa. |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 13491152 | + | Email/Text: B@directcapital.com | Aug 04 2022 23:49:00 | DirectCapital, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 13491148 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2022 23:49:41 | Chase, P.O. Box 15123, Wilmington, DE 19850 |
| 13491149 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2022 23:50:07 | Chase Bank, P.O. Box 24696, Columbus, OH 43224 |
| 13570000 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2022 23:50:07 | JPMorgan Chase Bank, N.A., Chase Record Center, Attn: Correspondence Mail, Mail Code: LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 13491157 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 04 2022 23:48:00 | PECO, PECO Bankruptcy Group, 2301 Market Street, S4-2, Philadelphia, PA 19103-1338 |
| 13515746 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 04 2022 23:48:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13491164 | + | Email/Text: bankruptcynotices@sba.gov | Aug 04 2022 23:48:00 | Small Business Admin, 409 3rd Street, Washington, DC 20416-0005 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One N. A., c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13601900 | *+ | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMY E. VULPIO | on behalf of Creditor Toroni Real Estate Partnership vulpioa@whiteandwilliams.com |
| ANDREW F GORNALL | on behalf of Creditor Capital One N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Capital One N.A. c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, |

PABKAttorneyecf@orlans.com

EDMOND M. GEORGE
on behalf of Debtor SJM Limited LLC
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Plaintiff Mayur Patel
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Debtor Mayur Patel
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Accountant Asterion Inc.
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

JAMES CHRISTOPHER VANDERMARK
on behalf of Creditor Toroni Real Estate Partnership vandermarkj@whiteandwilliams.com

JEREMY J. KOBESKI
on behalf of Creditor JPMorgan Chase Bank National Association jkobeski@grenenbirsic.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MICHAEL D. VAGNONI
on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of SJM Limited LLC michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of Debtor SJM Limited LLC michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

THOMAS I. PULEO
on behalf of Creditor Capital One N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
on behalf of Creditor Capital One N.A. wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re*: | **Chapter 11** |
| | **Case No. 15-11648 (AMC)** |
| **Mayur Patel, *et al.*,** | **(Jointly Administered)** |
| **Debtors.** | |

**ORDER GRANTING THE REQUEST OF MAYUR PATEL
TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b)**

**AND NOW,** this 4th day of August, 2022, upon consideration of the Combined Motion of Mayur Patel (the "Debtor") for an entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice (ii) Reopening the Debtor's Chapter 11 Case; (iii) Granting a Discharge pursuant to 11 U.S.C. § 1141(d)(5)(A); and (iv) Closing the Debtor's Chapter 11 bankruptcy proceeding (the "Motion")[1], and any response thereto, and cause having been demonstrated, it is hereby **ORDERED** as follows:

1. The Debtor's Motion is hereby GRANTED**;**

2. The Order granting the final decree and closing the Debtor's Case entered on or about February 13, 2019, is hereby vacated for the purpose of granting the Debtor a discharge pursuant to 11 U.S.C. § 1141(d)(5)(A).

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc: Attached service list.

[1] All capitalized terms in this Order not otherwise defined shall have the meaning ascribed to them in the Motion.

**SERVICE LIST**

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Kevin P. Callahan, Esq.
Office of the United States Trustee
Dept. of Justice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Toroni Real Estate Partnership
c/o Amy E. Vulpio, Esq.
White and Williams LLP
1650 Market Street, 18th Fl
Philadelphia, PA 19103