United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11648-amc |
| Mayur Patel | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mayur Patel, 6 South Strawberry Street, Unit 1, Philadelphia, PA 19106-2849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 06, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMY E. VULPIO | on behalf of Creditor Toroni Real Estate Partnership vulpioa@whiteandwilliams.com |
| ANDREW F GORNALL | on behalf of Creditor Capital One  N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Capital One  N.A. c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| EDMOND M. GEORGE | on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;col |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 1 |

een.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Accountant Asterion Inc.
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Debtor SJM Limited LLC
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Plaintiff Mayur Patel
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

JAMES CHRISTOPHER VANDERMARK
on behalf of Creditor Toroni Real Estate Partnership vandermarkj@whiteandwilliams.com

JEREMY J. KOBESKI
on behalf of Creditor JPMorgan Chase Bank National Association jkobeski@grenenbirsic.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MICHAEL D. VAGNONI
on behalf of SJM Limited LLC michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of Debtor SJM Limited LLC michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

THOMAS I. PULEO
on behalf of Creditor Capital One N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
on behalf of Creditor Capital One N.A. wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 18

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | Case No. 15-11648 (AMC) |
| **Mayur Patel,** *et al.*, | : | (Jointly Administered) |
| | : | |
| **Debtors.** | : | |
| | : | |

### ORDER GRANTING DISCHARGE PURSUANT TO 11 U.S.C. § 1141(d)(5)(A)

**AND NOW**, this <u>4th</u> day of <u>August</u>, 2022, upon consideration of the Combined Motion of Mayur Patel (the "Debtor") for an entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice (ii) Reopening the Debtor's Chapter 11 Case; (iii) Granting a Discharge pursuant to 11 U.S.C. § 1141(d)(5)(A); and (iv) Closing the Debtor's Chapter 11 bankruptcy proceeding (the "Motion")[1]; and any responses thereto; and after notice and a hearing; and cause therefore having been demonstrated; and this Court having determined that that the estate of the above-captioned debtor has been fully administered and the Plan has been substantively consummated, and that for the reasons set forth in the Motion and on the record at the hearing on the Motion, that cause exists to grant the relief sought in the Motion; it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** in its entirety.

2. The Debtor is hereby granted a **DISCHARGE** pursuant to 11 U.S.C. § 1141(d)(5)(A) from any and all claims or other debts that arose before the effective date of the Plan, and all debts of the kind specified in 11 U.S.C. §§ 502(g), 502(h) or 502(i), whether or not (i) a proof of claim based on such debt is filed or deemed filed pursuant to 11 U.S.C. § 501, (ii) a

---

[1] All capitalized terms in this Order not otherwise defined shall have the meaning ascribed to them in the Motion.

4858-6537-9087 v1

claim is allowed pursuant to Section 502 of the Code, or (iii) the holder of a claim has accepted the Plan.

4. This Court shall retain jurisdiction over the Settlement Agreement until the payments thereunder are completed in full.

_____
Honorable Ashely M. Chan
United States Bankruptcy Court

**SERVICE LIST**

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Kevin P. Callahan, Esq.
Office of the United States Trustee
Dept. of Justice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Toroni Real Estate Partnership
c/o Amy E. Vulpio, Esq.
White and Williams LLP
1650 Market Street, 18th Fl
Philadelphia, PA 19103

4858-6537-9087 v1