United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11648-amc |
| Mayur Patel | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

**Recip ID    Recipient Name and Address**
db          + Mayur Patel, 6 South Strawberry Street, Unit 1, Philadelphia, PA 19106-2849

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

**Name**    **Email Address**

AMY E. VULPIO
    on behalf of Creditor Toroni Real Estate Partnership vulpioa@whiteandwilliams.com

ANDREW F GORNALL
    on behalf of Creditor Capital One  N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor Capital One  N.A. c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

EDMOND M. GEORGE
    on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;col

Case 15-11648-amc   Doc 333   Filed 08/06/22   Entered 08/07/22 00:28:36   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 1 |

een.schmidt@obermayer.com

**EDMOND M. GEORGE**
on behalf of Accountant Asterion Inc.
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

**EDMOND M. GEORGE**
on behalf of Debtor SJM Limited LLC
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

**EDMOND M. GEORGE**
on behalf of Plaintiff Mayur Patel
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

**EDMOND M. GEORGE**
on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

**JAMES CHRISTOPHER VANDERMARK**
on behalf of Creditor Toroni Real Estate Partnership vandermarkj@whiteandwilliams.com

**JEREMY J. KOBESKI**
on behalf of Creditor JPMorgan Chase Bank National Association jkobeski@grenenbirsic.com

**KEVIN P. CALLAHAN**
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**MICHAEL D. VAGNONI**
on behalf of SJM Limited LLC michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

**MICHAEL D. VAGNONI**
on behalf of Debtor SJM Limited LLC michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

**MICHAEL D. VAGNONI**
on behalf of Debtor Mayur Patel michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

**THOMAS I. PULEO**
on behalf of Creditor Capital One N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD MILLER**
on behalf of Creditor Capital One N.A. wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 18

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | Case No. 15-11648 (AMC) |
| **Mayur Patel**, *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

**FINAL DECREE AND ORDER TO CLOSE CASE**

AND NOW, this 4th day of August, 2022, upon consideration of the Combined Motion of Mayur Patel (the "Debtor") for an entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice (ii) Reopening the Debtor's Chapter 11 Case; (iii) Granting a Discharge pursuant to 11 U.S.C. § 1141(d)(5)(A); and (iv) Closing the Debtor's Chapter 11 bankruptcy proceeding (the "Motion")[1], and after notice and a hearing, and this Court having determined that that the estate of the above-captioned debtor has been fully administered and the Plan has been substantively consummated, it is hereby

**ORDERED** that the Chapter 11 Case of the above captioned Debtor is closed.

_____
Honorable Ashely M. Chan
United States Bankruptcy Court

cc:    Attached Service List

---

[1] All capitalized terms in this Order not otherwise defined shall have the meaning ascribed to them in the Motion.

4858-6537-9087 v1

**SERVICE LIST**

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Kevin P. Callahan, Esq.
Office of the United States Trustee
Dept. of Justice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Toroni Real Estate Partnership
c/o Amy E. Vulpio, Esq.
White and Williams LLP
1650 Market Street, 18th Fl
Philadelphia, PA 19103

4858-6537-9087 v1